# CERTIFICATE OF CORPORATE RESOLUTION OF
# THE MEMBERS OF LOAN STOP ACQUISITIONS, LLC

I, Brian Burns, do hereby certify that I am a member of Loan Stop Acquisitions, LLC, a Delaware limited liability company existing under and by virtue of the Laws of the State of Delaware.

I do further certify that the following is a true, full, and correct copy of resolutions duly adopted by the unanimous written consent of the members of Loan Stop Acquisitions, LLC on or about October 8, 2024.

RESOLVED, that in the judgment of the members of Loan Stop Acquisitions, LLC (the "Filing Entity"), it is desirable and in the best interests of the Filing Entity, its creditors, members and other interested parties that a voluntary petition for chapter 7 relief (the "Petition") be filed on behalf of the Filing Entity under the provisions of Chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code");

FURTHER RESOLVED, that Brian Burns, (to be referred to herein as the "Designated Officer") be, and hereby is authorized, directed and empowered on an individual basis, on behalf of and in the name of the Filing Entity (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Colorado and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents, (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable in connection with the foregoing, and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officer shall be, and he hereby is, authorized, directed and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the law firm of Snell & Wilmer L.L.P., be and they hereby are, authorized, empowered and directed to represent the Filing Entity, as debtor in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Filing Entity such other attorneys, financial advisors and accountants as the Designated Officer so acting shall deem appropriate in his judgment;

FURTHER RESOLVED, that the Designated Officer, be and, is hereby authorized, directed and empowered from time to time in the name and on behalf of the Filing Entity to take such actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Filing Entity under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall, with the advice of counsel, approve the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Filing Entity;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officer of the Filing Entity, he is hereby authorized, directed and empowered, in the name and on behalf of the Filing Entity, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may, with the advice of counsel, consider necessary or appropriate to enable the Filing Entity to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer of the Filing Entity in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

I do further certify that said resolutions have not been altered, amended, or repealed, and are now in full force and effect.

    IN WITNESS WHEREOF, I have hereunto subscribed my name this 10th day of October 2024.

_____

Loan Stop Acquisitions, LLC
By: Brian Burns