# United States Bankruptcy Court
## District of Colorado

In re **LOAN STOP ACQUISITIONS, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LOAN STOP ACQUISITIONS, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**October 10, 2024**
Date

**/s/ J.Seth Moore**
**J. Seth Moore 24027522**
Signature of Attorney or Litigant
Counsel for **Loan Stop Acquisions, LLC**
**Snell & Wilmer**
**2501 N Harwood St., Suite 1850**
**Dallas, TX 75201**
**214-305-7301 Fax:214-305-7351**
**semoore@swlaw.com**