**Fill in this information to identify the case:**

Debtor name ___LOAN STOP ACQUISITIONS LLC_____

United States Bankruptcy Court for the:_____ District of Colorado

Case number (If known): ___24-16031_____

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................  $ 0_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................  $ 100,000_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................  $ 100,000_____

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ 0_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)    **UNKNOWN**

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................  $ 0_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................  + $ **2,099,891.00**_____

4. **Total liabilities**..................................................................................................................  $ 2,099,891.00
   Lines 2 + 3a + 3b                                                                                                           _____

Official Form 206Sum           Summary of Assets and Liabilities for Non-Individuals           page 1