**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Loan Stop Acquisitions LLC |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number (If known) | 24-16031 |

☒ Check if this is
an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.  **SEE ATTACHED**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | $ _____ |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

Debtor _____
　　　　Name

Case number _(if known)_ _____

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Aldo Acosta

1201 W Thornton Pkwy Lot 324

Thornton, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.2**

**Nonpriority creditor's name and mailing address**
Stanley Adamitis

3978 S. Wadsworth Blvd.

Lakewood, Colorado 80235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.3**

**Nonpriority creditor's name and mailing address**
Terrance Adams

2118 Driftwood Lane

Pueblo, Colorado 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.4**

**Nonpriority creditor's name and mailing address**
Carolyn Adams

4402 Elkhart St

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.5**

**Nonpriority creditor's name and mailing address**
Robin Adams

2780 S Clarkson St

Englewood, Colorado 80113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.6**

**Nonpriority creditor's name and mailing address**
Justin Adkins

6343 E Girard Pl Unit 546

Denver, Colorado 80222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

Debtor   <u>Loan Stop Acquisitions LLC</u>                             Case number *(if known)* 24-16031
          Name

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**
Sean Adler

3085 S Acoma St

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Martine M. Agama

554 Potomac St Apt J

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Vanessa O. Agbo

17090 E Mansfield Ave

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
Gabriela Gonzalez Aguilar

4112 Wapiti Way

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Sonia Aguilar

12916 Cherry Way

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
Areli C. Villanueva- Aguilar

1475 S Zeno St

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.13** **Nonpriority creditor's name and mailing address**
Javier Aguilar

12263 Clermont Ct

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.14** **Nonpriority creditor's name and mailing address**
Manuel Aguilera

1513 E 3rd St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.15** **Nonpriority creditor's name and mailing address**
Mayra A. Aguirre

1144 Berwick Ct.

Fort Collins, Colorado 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.16** **Nonpriority creditor's name and mailing address**
Noe Aguirre

2143 Aztec Dr #E

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.17** **Nonpriority creditor's name and mailing address**
Rose Agwa

4776 S Ireland Ct

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.18** **Nonpriority creditor's name and mailing address**
Jamie Ajlani

3819 S Waco St

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.19**

**Nonpriority creditor's name and mailing address**
Natalie Alamat

3885 1/2 S Acoma St

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Jose A. Contreras Alaniz

3049 Yarrow Clr

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Marvin F. Alas

1010 S Oneida St #A107

Denver, Colorado 80224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
David Alexander

30224 Hillside Rd

Pueblo, Colorado 81006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Jacob A. Alexander

5457 Hill Rd Apt B

Lakeport, California 95453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.24**

**Nonpriority creditor's name and mailing address**
Michael Aliperto

60 S. HARLAN STREET

Denver, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.25** | **Nonpriority creditor's name and mailing address**
Matthew Alires

2732 Sitter Pl

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.26** | **Nonpriority creditor's name and mailing address**
Virginia Allen

18494 E Kepner Pl #204

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.27** | **Nonpriority creditor's name and mailing address**
Kagan Allen

1181 Bellaire St #24

Denver, Colorado 80220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.28** | **Nonpriority creditor's name and mailing address**
Ricardo Almanza

861 Cortez St

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.29** | **Nonpriority creditor's name and mailing address**
Miguel A. Alonso

12693 E Ohio Ave

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.30** | **Nonpriority creditor's name and mailing address**
Felix Alvarado

1121 34th Ave

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.31**
Nonpriority creditor's name and mailing address
Cassandra Alvarado

2044 E. 115th Ave.

Denver, Colorado 80233

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.32**
Nonpriority creditor's name and mailing address
Melissa Marie Alvarado

2300 W County Road 38E Lot 77

Fort Collins, Colorado 80526

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.33**
Nonpriority creditor's name and mailing address
Stefan J. Amador

137 Fox Glove Private Dr

Brighton, Colorado 80601

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.34**
Nonpriority creditor's name and mailing address
Massaud Amin

1655 W 85th Ave Apt 208

Denver, Colorado 80260

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.35**
Nonpriority creditor's name and mailing address
Sharon Amos-Taylor

6771 S Riviera Ct Unit 1234

Aurora, Colorado 80016

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.36**
Nonpriority creditor's name and mailing address
Bryan Anderson

21835 Silver Meadow Cir

Parker, Colorado 80138

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

Debtor     Loan Stop Acquisitions LLC
           _____     Case number (*if known*) 24-16031
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**
Tiana Anderson

4900 Trenton St Apt 215

Denver, Colorado 80238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.38**

**Nonpriority creditor's name and mailing address**
Russell William Anderson

501 Golden Cir Apt 7-209

Golden, Colorado 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.39**

**Nonpriority creditor's name and mailing address**
Kellie R. Anderson

6105 S Parker Rd Apt 8208

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.40**

**Nonpriority creditor's name and mailing address**
Raymond Anderson

307 E Denver St

Holyoke, Colorado 80734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.41**

**Nonpriority creditor's name and mailing address**
Cody Lane Anderson

900 County Road 37

Brighton, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.42**

**Nonpriority creditor's name and mailing address**
Cody J. Anthony

4256 Apollo Village Circle #B

Colorado Sprgs, Colorado 80916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.43** **Nonpriority creditor's name and mailing address**
Alessi J. Antillon

4613 W 1st Road

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.44** **Nonpriority creditor's name and mailing address**
Daniel Antoine

962 S Crystal Way Apt 3-201

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.45** **Nonpriority creditor's name and mailing address**
Diana M. Antonio

108 S Sable Blvd

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.46** **Nonpriority creditor's name and mailing address**
Matthew Apodaca

9725 Elderberry St

Denver, Colorado 80260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.47** **Nonpriority creditor's name and mailing address**
Tonya Aragon

2525 E 104th Ave Unit 1512

Thornton, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.48** **Nonpriority creditor's name and mailing address**
Melissa A. Aragon

1333 W 70th Ave Unit B

Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.49**    **Nonpriority creditor's name and mailing address**
Rosario Aranda

416 West Palmer Lake

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.50**    **Nonpriority creditor's name and mailing address**
Jason Archambeau

9959 E Peakview Ave Apt Y108

Englewood, Colorado 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.51**    **Nonpriority creditor's name and mailing address**
Monique Archuleta

1984 West 76th Ave #1407

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.52**    **Nonpriority creditor's name and mailing address**
Cody J. Archuleta

13606 E 14th Ave Unit 302

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.53**    **Nonpriority creditor's name and mailing address**
Erica Arellano

447 S. 12th Street

Montrose, Colorado 81401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.54**    **Nonpriority creditor's name and mailing address**
Brenda Arellano

2135 S Depew St Apt 48

Denver, Colorado 80227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.55**

**Nonpriority creditor's name and mailing address**
Victor A. Arellano

800 1st St Trlr 21

Kersey, Colorado 80644

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.56**

**Nonpriority creditor's name and mailing address**
Misty Arellano

10353 W 80th Dr Apt D

Arvada, Colorado 80005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.57**

**Nonpriority creditor's name and mailing address**
Maree Arellano

129 Van Buren St Apt 2

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
Veronica V. Arias

2131 6th St

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.59**

**Nonpriority creditor's name and mailing address**
Sipriano Munoz- Armendarez

3360 S Kenton St #4306

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.60**

**Nonpriority creditor's name and mailing address**
Stefany M. Armendariz

10105 W Dartmouth Pl #301

Denver, Colorado 80227

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.61** 
**Nonpriority creditor's name and mailing address**
Gina Armstrong
164 Grubbs Ln
Gun Barrel City, Texas 75156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.62** 
**Nonpriority creditor's name and mailing address**
David Armstrong
15902 E 11th Ave
Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.63** 
**Nonpriority creditor's name and mailing address**
Aaron Armstrong
429 W 10th Street
Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.64** 
**Nonpriority creditor's name and mailing address**
Joseph Armstrong
155 Bonnymede Rd
Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.65** 
**Nonpriority creditor's name and mailing address**
Earlene F. Arnold
388 Kathleen Cir
Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.66** 
**Nonpriority creditor's name and mailing address**
Marleah Arnold
3814 Canterbury Ln
Pueblo, Colorado 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**
Stanely Arnot

4901 W 93rd Ave Unit 1123

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.68** **Nonpriority creditor's name and mailing address**
Ruben Arroyo

2800 S Syracuse Way Apt 15-104

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.69** **Nonpriority creditor's name and mailing address**
Cynthia Arzamendi

6917 Backcountry Loop

Colorado Sprngs, Colorado 80927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.70** **Nonpriority creditor's name and mailing address**
Baffour Asare

1048 S Evanston Way #207

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.71** **Nonpriority creditor's name and mailing address**
Jacob Aschenbrener

4501 Boardwalk  Dr #B17

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.72** **Nonpriority creditor's name and mailing address**
Kaylee Ashley

1110 Mahren Ave

Pueblo, Colorado 81006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.73**

**Nonpriority creditor's name and mailing address**
Victor Asobo

20902 E 40th Pl

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
Marlene Atencio

1650 S Ivory Cir Unit E

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.75**

**Nonpriority creditor's name and mailing address**
Blake Atkins

12226 Colorado Blvd Apt 227

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.76**

**Nonpriority creditor's name and mailing address**
Sloane K. Auguste

624 25 1/2 Rd Apt 21

Grand Junction, Colorado 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.77**

**Nonpriority creditor's name and mailing address**
Brittany Austin-Jackson

3284 Scranton Street

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.78**

**Nonpriority creditor's name and mailing address**
Javier Avila

539 32 1/2 Rd

Clifton, Colorado 81520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.79**
Nonpriority creditor's name and mailing address
Julius Avila-Leon

2259 75th Ave

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.80**
Nonpriority creditor's name and mailing address
Karina Aviles

981 Cragmore St

Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.81**
Nonpriority creditor's name and mailing address
Michelle Awbery

615 Olga St

Clifton, Colorado 81520

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.82**
Nonpriority creditor's name and mailing address
Joaquin Ayala

15300 E Arizona Ave Unit 202

Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.83**
Nonpriority creditor's name and mailing address
Alejandra Ayala

1908 Rice Ave

Pueblo, Colorado 81004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.84**
Nonpriority creditor's name and mailing address
Matthew Ayon

11755 W 65th Pl

Arvada, Colorado 80004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.85**

**Nonpriority creditor's name and mailing address**
Meghanne Baca

5102 Galley Rd #450AW

Colorado Sprgs, Colorado 80915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
Reena Baca

2309 W 15th St

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
Haley Bach

2797 Wewatta Way Unit 3023

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
David Baiotto

765 HAMPSHIRE LANE

Virginia Beach, Virginia 23462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
Slawomir Bakalarski

12915 Lafayette St Unit G

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Joseph Baker

8815 Creekside Way Apt 1531

Denver, Colorado 80129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.91** | **Nonpriority creditor's name and mailing address**
Zachary Baker

2226 S Racine Way #203

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.92** | **Nonpriority creditor's name and mailing address**
Jessica Balderas

401 Interlocken Blvd #3301

Broomfield, Colorado 80021

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.93** | **Nonpriority creditor's name and mailing address**
Latisha R. Balderrama

813 S Vance St Apt 107

Lakewood, Colorado 80226

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.94** | **Nonpriority creditor's name and mailing address**
Carla Balderrama

4573 S Cherokee St

Englewood, Colorado 80110

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.95** | **Nonpriority creditor's name and mailing address**
Tammy L. Ballez

392 S Peoria Cir

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.96** | **Nonpriority creditor's name and mailing address**
Gail R. Balongue

921 PORTER AVE #510

Ocean Springs, Mississippi 39564

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**
Rebecca L. Baran

3801 Salida Ct

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.98**

**Nonpriority creditor's name and mailing address**
Shawante Barber

838 S Kalispell Circle #101

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.99**

**Nonpriority creditor's name and mailing address**
Alisha M. Barela

323 11th St

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.100**

**Nonpriority creditor's name and mailing address**
Juanita Barela-Wheeler

171 Cornell Cir

Pueblo, Colorado 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.101**

**Nonpriority creditor's name and mailing address**
ERNESTINA BARGER

6702 Antigua Dr Unit 52

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.102**

**Nonpriority creditor's name and mailing address**
Domenick Barney

1856 S Pitkin Cir #B

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.103**

**Nonpriority creditor's name and mailing address**
Franks Barraza

4275 Peach Tree Ct

Loveland, Colorado 80538

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.104**

**Nonpriority creditor's name and mailing address**
Ilee Barraza

101 S Newton St

Denver, Colorado 80219

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.105**

**Nonpriority creditor's name and mailing address**
Lidia Barrera

4349 Marlow Cir

Colorado Sprgs, Colorado 80916

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.106**

**Nonpriority creditor's name and mailing address**
Orestes Barrera-Gil

17033 E Wagontrail Pkwy

Aurora, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.107**

**Nonpriority creditor's name and mailing address**
Gavin Barrick

107 Bonnie Vista Dr Apt 4

Fruita, Colorado 81521

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.108**

**Nonpriority creditor's name and mailing address**
Liza Barrientos

8270 Franklin St

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109**

**Nonpriority creditor's name and mailing address**
Christina Barrientos

488 Emery Rd

Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.110**

**Nonpriority creditor's name and mailing address**
Charles Barrios

115 County Road 301

Parachute, Colorado 81635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.111**

**Nonpriority creditor's name and mailing address**
Carlos Barron

4560 S Balsam Way #3-202

Littleton, Colorado 80123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
Joshua Barry

2606 INDIAN HILLS GROVE

Colorado Sprgs, Colorado 80907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.113**

**Nonpriority creditor's name and mailing address**
Alisha K. Basford

514 29 1/4 Rd Unit B

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.114**

**Nonpriority creditor's name and mailing address**
Kimberly Bashasha

8555 Fairmount Dr Apt A-104

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115**    **Nonpriority creditor's name and mailing address**
Bobbie Basquez
6343 W 13th St Rd
Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.116**    **Nonpriority creditor's name and mailing address**
Michelle Basquez
1090 S Parker Rd Apt A204
Denver, Colorado 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.117**    **Nonpriority creditor's name and mailing address**
Riley A. Bassett
77 S Jay St
Lakewood, Colorado 80226

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.118**    **Nonpriority creditor's name and mailing address**
Adam Bates
700 S Dustin Rd
Farmington, New Mexico 87401

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.119**    **Nonpriority creditor's name and mailing address**
Miranda Battelo
242 E 4th St
Ault, Colorado 80610

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.120**    **Nonpriority creditor's name and mailing address**
Chad Baughman
2330 Brushville Lane
Pueblo, Colorado 81006

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.121**
**Nonpriority creditor's name and mailing address**
Janet Baughman

27350 Gale Rd.

Pueblo, Colorado 81006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.122**
**Nonpriority creditor's name and mailing address**
Megan Bay

4745 Eagleridge Cir Apt 105

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.123**
**Nonpriority creditor's name and mailing address**
Ashley J. Beard

9700 Welby Rd Unit 1024

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.124**
**Nonpriority creditor's name and mailing address**
Cassandra Beck

2410 S Salida Way

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.125**
**Nonpriority creditor's name and mailing address**
Judith Becker

451 Malley Dr Unit 101

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.126**
**Nonpriority creditor's name and mailing address**
Rochelle Beers

36125 County Road 43

Eaton, Colorado 80615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address
Rachel Beilman

2946 B 1/2 Road

Grand Junction, Colorado 81503

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.128** Nonpriority creditor's name and mailing address
Lillie Bell

9372 Timberlake Loop

Colorado Spring, Colorado 80927

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.129** Nonpriority creditor's name and mailing address
Octavia Bell

2841 Steele ST

Denver, Colorado 80205

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.130** Nonpriority creditor's name and mailing address
Melvin Bell

9959 E Peakview Ave Apt A101

Englewood, Colorado 80111

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.131** Nonpriority creditor's name and mailing address
Preston Bell

3904 W 7th St

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.132** Nonpriority creditor's name and mailing address
Christopher L. Bell

5122 Perth St

Denver, Colorado 80249

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.133**

**Nonpriority creditor's name and mailing address**
Robert Bellamy

12020 Southern Highland Pkwy

Las Vegas, Nevada 89141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.134**

**Nonpriority creditor's name and mailing address**
Erick Belleza

11185 E Alameda Ave #204

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.135**

**Nonpriority creditor's name and mailing address**
Roberta Bellitto

140 W. 3RD ST. #100

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.136**

**Nonpriority creditor's name and mailing address**
Andrew J. Bellott

1512 N. HILLS BLVD.

Van Buren, Arkansas 72956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.137**

**Nonpriority creditor's name and mailing address**
Connery Benally

921 Rampart Drive

Rock Springs, Wyoming 82901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.138**

**Nonpriority creditor's name and mailing address**
Heather Benavidez

301 Malley Dr Apt 183

Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139** Nonpriority creditor's name and mailing address
Matthew Benson
2286 W Hillside Ave
Englewood, Colorado 80110

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.140** Nonpriority creditor's name and mailing address
Aminata Berety
8888 E. 13th Ave. #35
Denver, Colorado 80220

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.141** Nonpriority creditor's name and mailing address
Stephanie Louise Berresford
738 Palmer Ave.
Pueblo, Colorado 81004

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.142** Nonpriority creditor's name and mailing address
Aldrich Bewry
2353 N. 9th St. Lot A95
Laramie, Wyoming 82072

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.143** Nonpriority creditor's name and mailing address
Rufus Billups
2941 Bunting Ave Apt 4
Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.144** Nonpriority creditor's name and mailing address
Jay Binkley
PO Box 1004
Grand Junction, Colorado 81502

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** — Amount of claim

**3.145**
Nonpriority creditor's name and mailing address
Melissa Birmingham

807 ALPINE ST

Longmont, Colorado 80504

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.146**
Nonpriority creditor's name and mailing address
Jeran Bishop

213 Birch St.

Bennett, Colorado 80102

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.147**
Nonpriority creditor's name and mailing address
Kathleen Bishop

1544 Garland Rd

Pueblo, Colorado 81006

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.148**
Nonpriority creditor's name and mailing address
Alexandra Bittler

6750 Green River Dr Unit H

Highlands Ranch, Colorado 80130

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.149**
Nonpriority creditor's name and mailing address
Janee Bivins

524 Potomac Apt D

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.150**
Nonpriority creditor's name and mailing address
Arlene Bixby

4640 S Laredo St

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.151** **Nonpriority creditor's name and mailing address**
Willie Blackmon

3841 E 121st Ave

Denver, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.152** **Nonpriority creditor's name and mailing address**
Barbara Blair

2610 Crescent Cove Dr Apt 7

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.153** **Nonpriority creditor's name and mailing address**
Sandra Blake

6734 Ashland Pl

Colorado Sprgs, Colorado 80911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.154** **Nonpriority creditor's name and mailing address**
Steven Blan

7903 Emerson St.

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.155** **Nonpriority creditor's name and mailing address**
Tiffany S. Blea

1596 S Norfolk St

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.156** **Nonpriority creditor's name and mailing address**
Ashley Bloom

340 Old Cove Rd N

Jasper, Georgia 30143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**
**Nonpriority creditor's name and mailing address**
Jeffrey Blunck

615 E 10th St

Loveland, Colorado 80537

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.158**
**Nonpriority creditor's name and mailing address**
Levi Bogle

360 Cuchara St

Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.159**
**Nonpriority creditor's name and mailing address**
Sandi Boles

4254 Lipan St

Denver, Colorado 80211

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.160**
**Nonpriority creditor's name and mailing address**
Kevin Bollinger

5165 Dudley St

Arvada, Colorado 80002

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.161**
**Nonpriority creditor's name and mailing address**
Vince Bolton

12846 Jasmine St Unit F

Thornton, Colorado 80602

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.162**
**Nonpriority creditor's name and mailing address**
Kimberly Bonello

12846 E Nevada Cir

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | | Case number (if known) 24-16031 |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.163** Nonpriority creditor's name and mailing address
Lasaundra K. Borne
P.O. Box 351821
Westminster, Colorado 80035

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.164** Nonpriority creditor's name and mailing address
Ashlie M. Bowlby
1324 Madeline Ct
Loveland, Colorado 80537

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.165** Nonpriority creditor's name and mailing address
Dustin Bowman
2469 Clarion Ln
Fort Collins, Colorado 80524

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.166** Nonpriority creditor's name and mailing address
Marcia L. Bowman
6784 W Colorado Ave
Lakewood, Colorado 80232

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.167** Nonpriority creditor's name and mailing address
Maria C. Boyer-Meza
11627 E Cedar Ave
Aurora, Colorado 80012

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.168** Nonpriority creditor's name and mailing address
Brenda Bradford
3416 17th Ave
Evans, Colorado 80620

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.169** Nonpriority creditor's name and mailing address
Jameson John Brammer

840 6th St

Nunn, Colorado 80648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.170** Nonpriority creditor's name and mailing address
Rhonda Branscome

5031 Pay It Forward Drive

Casper, Wyoming 82609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.171** Nonpriority creditor's name and mailing address
Dawn Branson

1920 E. 13TH AVE.

Denver, Colorado 80206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.172** Nonpriority creditor's name and mailing address
Yesica Bravo Mendoza

2021 N 7th St

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.173** Nonpriority creditor's name and mailing address
Ann Breedlove

750 S Lafayette Dr Unit J203

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.174** Nonpriority creditor's name and mailing address
Lori Brendlinger

3224 Rood Ave Apt 3

Clifton, Colorado 81520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.175**
Nonpriority creditor's name and mailing address
Rick Brewer

5105 Scranton Ct

Denver, Colorado 80239

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.176**
Nonpriority creditor's name and mailing address
Christine L. Brewington

3426 Decatur St

Denver, Colorado 80211

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.177**
Nonpriority creditor's name and mailing address
Shantanique Bridgewater

1903 N Mill Street #3702

Lewisville, Texas 75057

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.178**
Nonpriority creditor's name and mailing address
Erika Briones

3025 Zion St

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.179**
Nonpriority creditor's name and mailing address
Karina Briones

4515 Fillmore St

Denver, Colorado 80216

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.180**
Nonpriority creditor's name and mailing address
Joshua Britton

26488 County Rd 16

Keenesburg, Colorado 80643

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181** **Nonpriority creditor's name and mailing address**
Reginald Broadus

4017 North Drive

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.182** **Nonpriority creditor's name and mailing address**
Amy Brock

740 S Vran St

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.183** **Nonpriority creditor's name and mailing address**
Zita Brogan

5904 S Datura St #9

Littleton, Colorado 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.184** **Nonpriority creditor's name and mailing address**
Jason Brohard

116 Santa Fe Trl

Trinidad, Colorado 81082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.185** **Nonpriority creditor's name and mailing address**
Briana Broker

2913 Beldon Dr

Salem, Virginia 24153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.186** **Nonpriority creditor's name and mailing address**
Dashaun Brooks

975 PARK AVE. EXT. APT. 8G

Clearfield, Pennsylvania 16830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187**

**Nonpriority creditor's name and mailing address**
L Mont Brooks

2902 W Sweetwater Ave #3002

Phoenix, Arizona 85029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.188**

**Nonpriority creditor's name and mailing address**
Brandon Brou

480 S Vine St Apt 9

Denver, Colorado 80209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.189**

**Nonpriority creditor's name and mailing address**
Autumn Brown

2303 S. Vaughn Way Apt 316

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.190**

**Nonpriority creditor's name and mailing address**
Bady Brown

11126 E Linvale Dr

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.191**

**Nonpriority creditor's name and mailing address**
Laura Brown

1560 Boulder St Unit 320

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.192**

**Nonpriority creditor's name and mailing address**
Lamar T. Brown

4404 Mariposa Way

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor    Loan Stop Acquisitions LLC
     Name

Case number *(if known)* 24-16031

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.193**

**Nonpriority creditor's name and mailing address**
Colette Brown

19803 E Dartmouth Pl

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.194**

**Nonpriority creditor's name and mailing address**
Lisa Bryant

C/O Robinson & Henry, P.C.

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.195**

**Nonpriority creditor's name and mailing address**
Nicole Budik

30171 E. 163rd Pl.

Brighton, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.196**

**Nonpriority creditor's name and mailing address**
Clint Douglas Buehler

5615 Balsam St

Arvada, Colorado 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.197**

**Nonpriority creditor's name and mailing address**
Arthur Bulega

21241 E Smoky Hill Rd

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.198**

**Nonpriority creditor's name and mailing address**
Jill S. Bunton

9950 E Mexico Ave #702

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | |
|---|---|---|
| | Name | Case number *(if known)* 24-16031 |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.199**

**Nonpriority creditor's name and mailing address**
Steven Burd

16071 E Radcliff Pl Apt A

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.200**

**Nonpriority creditor's name and mailing address**
Terrence Burgess

4775 Argonne St #E105

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.201**

**Nonpriority creditor's name and mailing address**
Allison Burgess

4775 Argonne St #S208

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.202**

**Nonpriority creditor's name and mailing address**
Sherry Burham

922 State St

Fort Morgan, Colorado 80701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.203**

**Nonpriority creditor's name and mailing address**
Shakeya Burkhalter

5546 S Sedalia St

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.204**

**Nonpriority creditor's name and mailing address**
Scott M. Burnett

1142 Bella Springs Vw #324

Colorado Sprgs, Colorado 80921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.205**

**Nonpriority creditor's name and mailing address**
Aaryn D. Burnett

10700 E. Dartmouth Ave.

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.206**

**Nonpriority creditor's name and mailing address**
Elycia Burns

428 Lark Dr

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.207**

**Nonpriority creditor's name and mailing address**
Justin T. Burns

18279 E Hampden Pl

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.208**

**Nonpriority creditor's name and mailing address**
Rachel M. Burns

4977 Fundy St

Denver, Colorado 80249

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.209**

**Nonpriority creditor's name and mailing address**
Marcus Burton

2808 Ridgeview Cir Apt B

Erie, Colorado 80516

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.210**

**Nonpriority creditor's name and mailing address**
Laura Vasquez- Bustamante

1373 Caledonia Cir

Louisville, Colorado 80027

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.211** **Nonpriority creditor's name and mailing address**
Wendy Bustamante

2434 Tempest Dr.

Colorado Spring, Colorado 80939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.212** **Nonpriority creditor's name and mailing address**
Cole Butler

3400 S Lowell Blvd Apt 13-302

Denver, Colorado 80236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.213** **Nonpriority creditor's name and mailing address**
Russell Butler

4217 Mesquite Ln

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.214** **Nonpriority creditor's name and mailing address**
Luz Cabrera

3161 Highland Pl

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.215** **Nonpriority creditor's name and mailing address**
Alicia L. Calderon

4481 Elm Ct

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.216** **Nonpriority creditor's name and mailing address**
Raul Holguin- Calderon

1454 9th St

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* 24-16031

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address**<br>Toyan Calvert<br><br>16036 E Elk Drive<br><br>Denver, Colorado 80239 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.218 | **Nonpriority creditor's name and mailing address**<br>Drew Campbell<br><br>2781 S Jackson St<br><br>Denver, Colorado 80210 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.219 | **Nonpriority creditor's name and mailing address**<br>Willie Campbell<br><br>3596 Fairfax St<br><br>Denver, Colorado 80207 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.220 | **Nonpriority creditor's name and mailing address**<br>Jessica Campos<br><br>9615 Gull St<br><br>Federal Heights, Colorado 80260 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.221 | **Nonpriority creditor's name and mailing address**<br>Alex Campos<br><br>2604 49th Ave Ct<br><br>Greeley, Colorado 80634 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.222 | **Nonpriority creditor's name and mailing address**<br>Mark Caplan<br><br>11100 E Dartmouth Ave Apt 220<br><br>Denver, Colorado 80014 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | | |

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.223**

**Nonpriority creditor's name and mailing address**
Jose Cardenas

615 S. Virginia St. Unit A

El Paso, Texas 79901

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.224**

**Nonpriority creditor's name and mailing address**
Felicia M. Cardenas

3549 29th St Unit 1

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.225**

**Nonpriority creditor's name and mailing address**
Sanjuana Cardona

203 Balsam

Log Lane Villag, Colorado 80705

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.226**

**Nonpriority creditor's name and mailing address**
Rene Cardona

1812 Habitat Lane

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.227**

**Nonpriority creditor's name and mailing address**
Adam R. Carmin

3805 29TH STREET APT. 1

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.228**

**Nonpriority creditor's name and mailing address**
Sadria Carr

3536 S Holly St

Denver, Colorado 80237

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.229 **Nonpriority creditor's name and mailing address**
Marissa Carrillo

243 W 80th Avenue #8306

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.230 **Nonpriority creditor's name and mailing address**
Davida Carrillo

10303 E 113th Ave

Commerce City, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.231 **Nonpriority creditor's name and mailing address**
Elisa Carrillo

12744 Elm Street

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.232 **Nonpriority creditor's name and mailing address**
Catina Carrillo

1224 Claremont Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.233 **Nonpriority creditor's name and mailing address**
Olga S. Carrillo

62880 Lasalle Rd Unit 99

Montrose, Colorado 81401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.234 **Nonpriority creditor's name and mailing address**
Lanise Carro

1330 Coolidge St

Sterling, Colorado 80751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.235** Nonpriority creditor's name and mailing address
Michael C. Carroll

3252 11th Ave Apt 1133

Evans, Colorado 80620

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.236** Nonpriority creditor's name and mailing address
Tina-Marie Carson

17594 E Temple Dr

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.237** Nonpriority creditor's name and mailing address
Stephen Daniel Cartee

1769 Coronado Pkwy N Apt 203

Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.238** Nonpriority creditor's name and mailing address
Taushica Carter

17905 E Greenwood Dr Unit 1519

Aurora, Colorado 80013

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.239** Nonpriority creditor's name and mailing address
Matthew Carter

9310 RIFLE ST

Commerce City, Colorado 80022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.240** Nonpriority creditor's name and mailing address
Tyler Cartwright

1329 E Victory Way

Craig, Colorado 81625

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.241**
Nonpriority creditor's name and mailing address
Angelique Casados

2006 E 10th St

Pueblo, Colorado 81001

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.242**
Nonpriority creditor's name and mailing address
Kasey L. Cash

2002 BATTLECREEK DRIVE #11101

FORT COLLINS, Colorado 80528

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.243**
Nonpriority creditor's name and mailing address
Johnny Casi

743 Hanover St

Aurora, Colorado 80010

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.244**
Nonpriority creditor's name and mailing address
Jessica A. Casillas

8201 E 104th Ave

Henderson, Colorado 80640

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.245**
Nonpriority creditor's name and mailing address
Teofista Casimier

836 E 20th Ave

Denver, Colorado 80205

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.246**
Nonpriority creditor's name and mailing address
Benita Cassandra

15560 E 12th Ave Apt 202

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** Nonpriority creditor's name and mailing address
Tyler Cassidy

19624 Applewood Ct

Parker, Colorado 80138

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.248** Nonpriority creditor's name and mailing address
Viviana Castaneda

4139 W 30th Street Pl

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.249** Nonpriority creditor's name and mailing address
Timothy Castaneda

3060 E. Bridge St. Lot 312

Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.250** Nonpriority creditor's name and mailing address
Felix Castro

1338 Raleigh St

Denver, Colorado 80204

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.251** Nonpriority creditor's name and mailing address
Mossimo Castro

4971 W 81st Pl Apt 1A

Westminster, Colorado 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.252** Nonpriority creditor's name and mailing address
Javier G. Castro

4901 W 93rd Ave Apt 224

Westminster, Colorado 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.253 | **Nonpriority creditor's name and mailing address** <br> Tayani Castro <br><br> 2205 Santa Fe Dr <br><br> Pueblo, Colorado 81006 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 3.254 | **Nonpriority creditor's name and mailing address** <br> Linda Castro-Orrick <br><br> 5415 E Kentucky Ave <br><br> Denver, Colorado 80246 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 3.255 | **Nonpriority creditor's name and mailing address** <br> Cctv Corp. <br><br> 1562 S. Parker Rd. #332 <br><br> Denver, Colorado 80231 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 3.256 | **Nonpriority creditor's name and mailing address** <br> Kristina Ceja <br><br> 632 Quacking Aspen Dr #104 <br><br> Fort Collins, Colorado 80525 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 3.257 | **Nonpriority creditor's name and mailing address** <br> Jerry Cenquigrana <br><br> 275 S 17th Avenue Dr <br><br> Brighton, Colorado 80601 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 3.258 | **Nonpriority creditor's name and mailing address** <br> Jessica Chacon <br><br> 11975 Riverstone Cir Unit B <br><br> Commerce City, Colorado 80640 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $ 1,223.00 |
|---|---|---|---|

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.259**
Nonpriority creditor's name and mailing address
Kimberly Champnoise
5695 W 86th Ave
Arvada, Colorado 80003

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.260**
Nonpriority creditor's name and mailing address
Summer Chapman
10252 W 59th Ave #4
Arvada, Colorado 80004

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.261**
Nonpriority creditor's name and mailing address
Gwen Chappel
540 Sycamore Street
Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.262**
Nonpriority creditor's name and mailing address
Logan Charette
3851 E 121st Ave
Thornton, Colorado 80241

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.263**
Nonpriority creditor's name and mailing address
Brittany Chase
10150 E Virginia Ave #1-106
Denver, Colorado 80247

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.264**
Nonpriority creditor's name and mailing address
Daniela Chavarria
3408 W 11th St
Greeley, Colorado 80634

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

Debtor   Loan Stop Acquisitions LLC
_____
         Name

Case number *(if known)* 24-16031

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.265** **Nonpriority creditor's name and mailing address**
Alan Chavez

7660 Washington St Apt B

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.266** **Nonpriority creditor's name and mailing address**
Alicia Chavez

14965 Maxwell Pl

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.267** **Nonpriority creditor's name and mailing address**
Melissa P. Chavez

3347 E 45th AVe

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.268** **Nonpriority creditor's name and mailing address**
Priscila M. Chavez

13701 Locust St

Thornton, Colorado 80602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.269** **Nonpriority creditor's name and mailing address**
Brianna Chavez

100 Capitol Hill Dr

Walsenburg, Colorado 81089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.270** **Nonpriority creditor's name and mailing address**
Anna M. Hernandez Chavez

8201 W 9th Ave Apt 4A

Lakewood, Colorado 80214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address**<br>Melanie Chavez<br><br>750 Crisman Dr Apt B313<br><br>Longmont, Colorado 80501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>Efrain Chavez Bartolo<br><br>2410 W 15th St<br><br>Greeley, Colorado 80634 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>Christopher Chavous<br><br>1062 Jasper St<br><br>Aurora, Colorado 80011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>Joshua Cherry<br><br>8229 W 90th Pl<br><br>Broomfield, Colorado 80021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.275 | **Nonpriority creditor's name and mailing address**<br>Elizabeth Chlapowski<br><br>4211 E 100th Ave Lot 360<br><br>Thornton, Colorado 80229 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.276 | **Nonpriority creditor's name and mailing address**<br>Amber Christiansen<br><br>2420 W 24th St<br><br>Greeley, Colorado 80634 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.277** | **Nonpriority creditor's name and mailing address**
Bennye Cisneros

7221 W Kentucky Dr Apt B

Denver, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.278** | **Nonpriority creditor's name and mailing address**
Jodi Marie Cisneros

11552 E 118th Pl

Henderson, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.279** | **Nonpriority creditor's name and mailing address**
Keith Clark

1470 S Quebec Way Apt 173

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.280** | **Nonpriority creditor's name and mailing address**
Kiana M. Clark

14586 E 52nd Ave

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.281** | **Nonpriority creditor's name and mailing address**
Sheila Clinkscale

418 Quentin St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.282** | **Nonpriority creditor's name and mailing address**
Adrienne M. Cobbs

4871 Depew St #1A

Denver, Colorado 80212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.283**

**Nonpriority creditor's name and mailing address**
James H. Coffey

406 Western Ave

Brush, Colorado 80723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.284**

**Nonpriority creditor's name and mailing address**
Paul Cohen

277 Skylark Cir

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.285**

**Nonpriority creditor's name and mailing address**
Deondra Coleman

7412 W Desert Cove

Peoria, Arizona 85345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.286**

**Nonpriority creditor's name and mailing address**
Naimah K. Coleman

6036 S Telluride Cir

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.287**

**Nonpriority creditor's name and mailing address**
Rachel Collins

2812 SW Reynolds Dr

Topeka, Kansas 66606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.288**

**Nonpriority creditor's name and mailing address**
Ginger Collins

6185 South Sterne Parkway

Littleton, Colorado 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.289**

**Nonpriority creditor's name and mailing address**
Nicholas Coloroso

7698 S Ammons Ct

Littleton, Colorado 80128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.290**

**Nonpriority creditor's name and mailing address**
Deborah Colston

572 E Paradise Dr

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.291**

**Nonpriority creditor's name and mailing address**
Patricia Coltharp

11948 E Arizona Dr

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.292**

**Nonpriority creditor's name and mailing address**
Tobi Comstock

4591 S Crystal Way Unit G

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.293**

**Nonpriority creditor's name and mailing address**
Kimberley Conner

8736 15th Street Rd

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.294**

**Nonpriority creditor's name and mailing address**
Jorge Contreras

4401 Redmond Dr Apt 25101

Longmont, Colorado 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.295**   **Nonpriority creditor's name and mailing address**
Feliz Conway

16845 E Kenyon Dr

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.296**   **Nonpriority creditor's name and mailing address**
Amanda Conway

9787 Kittredge Street

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.297**   **Nonpriority creditor's name and mailing address**
Rosa Cook

2173 S. Eaton St. Apt 13

Denver, Colorado 80227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.298**   **Nonpriority creditor's name and mailing address**
Thomas A. Cook

2117 19th  Ave

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.299**   **Nonpriority creditor's name and mailing address**
Mavelin J. Cooke

15770 E Linvale Pl

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.300**   **Nonpriority creditor's name and mailing address**
Alyson B. Cookes

17399 E. Warren Pl. Apt FF204

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.301**

**Nonpriority creditor's name and mailing address**
Victoria Coolidge

3247 1/2 Road Ct #2

Clifton, Colorado 81520

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.302**

**Nonpriority creditor's name and mailing address**
Joee Cooter

1995 S. Hazel Ct.

Denver, Colorado 80219

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.303**

**Nonpriority creditor's name and mailing address**
Darlyne Corado

1958 Espana Way

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.304**

**Nonpriority creditor's name and mailing address**
Joseph Coram

9645 Fillmore St

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.305**

**Nonpriority creditor's name and mailing address**
Alissa Cordova

804 Phoenix Dr

Cheyenne, Wyoming 82001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.306**

**Nonpriority creditor's name and mailing address**
Jeanine Cordova

1405 E 12th St

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.307 | **Nonpriority creditor's name and mailing address**<br>Lena Cordova<br><br>1126 3rd Street, Apt B1<br><br>Greeley, Colorado 80631 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.308 | **Nonpriority creditor's name and mailing address**<br>Scott Cornell<br><br>5517 W 65th Ave<br><br>Arvada, Colorado 80003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.309 | **Nonpriority creditor's name and mailing address**<br>Monica Corona<br><br>2131 Grays Peak Dr Unit 202<br><br>Loveland, Colorado 80538 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.310 | **Nonpriority creditor's name and mailing address**<br>Christopher Corral<br><br>44540 E 168th Ave<br><br>Keensburg, Colorado 80643 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.311 | **Nonpriority creditor's name and mailing address**<br>Keila Cortez<br><br>11794 Elizabeth Cir<br><br>Thornton, Colorado 80233 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.312 | **Nonpriority creditor's name and mailing address**<br>Pamela S. Cosby<br><br>1691 S Galena St Apt 634<br><br>Aurora, Colorado 80247 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (*if known*) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.313  **Nonpriority creditor's name and mailing address**
Robert Costello

3256 1/2 Collyer Ave

Clifton, Colorado 81520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.314  **Nonpriority creditor's name and mailing address**
Brandon Couder

10530 Ross Pl

Broomfield, Colorado 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.315  **Nonpriority creditor's name and mailing address**
Tanner C. Coulson

10260 Washington St #1526

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.316  **Nonpriority creditor's name and mailing address**
Aaron Cowart

847 Cliffrose Way

Windsor, Colorado 80550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.317  **Nonpriority creditor's name and mailing address**
Richard Cowden

12994 Emerson St

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.318  **Nonpriority creditor's name and mailing address**
Jessica Cowden

12994 Emerson St

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.319** **Nonpriority creditor's name and mailing address**
Leonard K. Cozad

8701 Huron St Apt 1-105

Thornton, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.320** **Nonpriority creditor's name and mailing address**
Lindsay Craig

12135 GRAPE ST

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.321** **Nonpriority creditor's name and mailing address**
Carol Craig

756 S Dearborn Cir

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.322** **Nonpriority creditor's name and mailing address**
Erin Creasman

2075 Tonopas Ct Unit 101

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.323** **Nonpriority creditor's name and mailing address**
Cathryn Cremas

6303 S Richfield St

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.324** **Nonpriority creditor's name and mailing address**
Guadalupe Crespo

709 S Terry St

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.325**
Nonpriority creditor's name and mailing address
Nathan J. Crimmel

4660 Ludlow St

Boulder, Colorado 80305

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.326**
Nonpriority creditor's name and mailing address
Judith Crockett-Wright

3655 S Verbena St #F104

Denver, Colorado 80237

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.327**
Nonpriority creditor's name and mailing address
Larry D. Cross

3210 N Chestnut St Apt 113

Colorado Sprgs, Colorado 80907

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.328**
Nonpriority creditor's name and mailing address
Alfonso Cruz

2221 S Prairie Ave Lot 13

Pueblo, Colorado 81005

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.329**
Nonpriority creditor's name and mailing address
Janet Cruz

749 Hwy 91 #69

Leadville, Colorado 80461

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.330**
Nonpriority creditor's name and mailing address
Leon E. Cunningham

536 Cunningham Ln

Eastaboga, Alabama 36260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.331**

**Nonpriority creditor's name and mailing address**
Jessica Cunningham

6245 Oak Meadows Blvd

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.332**

**Nonpriority creditor's name and mailing address**
Jason Brian Curl

4042 Flagstone Drive

Johnstown, Colorado 80534

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.333**

**Nonpriority creditor's name and mailing address**
Justin Curnow

780 Sage Forest Ln

Monument, Colorado 80132

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.334**

**Nonpriority creditor's name and mailing address**
Torey Curry

9071 E Mississippi Ave

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.335**

**Nonpriority creditor's name and mailing address**
Brittney Dailey

303 N Moldau Ave

Prague, Nebraska 68050

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.336**

**Nonpriority creditor's name and mailing address**
Samuel Damewood

421 Pleasant Hollow Ct

Grand Junction, Colorado 81507

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** Nonpriority creditor's name and mailing address
Kimberly Danish
4990 S. Granby Street
Aurora, Colorado 80015

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.338** Nonpriority creditor's name and mailing address
Laura Danyliw
3680 Dinosaur St
Castle Rock, Colorado 80109

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.339** Nonpriority creditor's name and mailing address
Terri A. Darling
10765 Allendale Dr
Arvada, Colorado 80004

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.340** Nonpriority creditor's name and mailing address
Kristi Davies
5989 S Windermer St
Littleton, Colorado 80120

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.341** Nonpriority creditor's name and mailing address
Angelique Davies
6576 W 79th Ave
Arvada, Colorado 80003

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.342** Nonpriority creditor's name and mailing address
Jaharriaha Davis
14278 E Grand Dr #136
Aurora, Colorado 80015

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.343**  
**Nonpriority creditor's name and mailing address**  
Kobi Davis  
3705 W 68th Ave Apt C102  
Westminster, Colorado 80030

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.344**  
**Nonpriority creditor's name and mailing address**  
Lacey Davis  
414 Chestnut St  
Sterling, Colorado 80751

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.345**  
**Nonpriority creditor's name and mailing address**  
Dimitrios Davros  
4800 S Pierson Ct  
Littleton, Colorado 80127

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.346**  
**Nonpriority creditor's name and mailing address**  
Gary Dawson  
2310 W 79th Ave #912  
Denver, Colorado 80221

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.347**  
**Nonpriority creditor's name and mailing address**  
Jesse L. Dawson  
15035 E Louisiana Dr Unit A  
Aurora, Colorado 80012

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.348**  
**Nonpriority creditor's name and mailing address**  
Kristen Dawursk  
3600 E 88th Ave Lot 189  
Denver, Colorado 80229

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.349** Nonpriority creditor's name and mailing address
Charles Day

38559 US Highway 59

Jay, Oklahoma 74346

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.350** Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Nonpriority creditor's name and mailing address
Katherine Flores De La Paz

5369 Lewiston St

Denver, Colorado 80239

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.351** Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Nonpriority creditor's name and mailing address
Antonia De Leon

6320 Zephyr St

Arvada, Colorado 80004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.352** Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Nonpriority creditor's name and mailing address
Carla E. Casados De Oliveira

14465 E Hawaii Cir Unit A

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.353** Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Nonpriority creditor's name and mailing address
Mary Dean

10606 Troy Way

Commerce City, Colorado 80022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.354** Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Nonpriority creditor's name and mailing address
Mark Dean

4015 Yosemite Dr

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.355** Nonpriority creditor's name and mailing address
Cristyl Deberard

10330 W 81st Ave

Arvada, Colorado 80005

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.356** Nonpriority creditor's name and mailing address
Lawrence M. Debramaletta

2461 Hatch Cir

Colorado Sprgs, Colorado 80918

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.357** Nonpriority creditor's name and mailing address
Guy Dechant

1835 E 7th St

Pueblo, Colorado 81001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.358** Nonpriority creditor's name and mailing address
Keith Degolier

14701 E Colfax Ave Lot A25

Aurora, Colorado 80011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.359** Nonpriority creditor's name and mailing address
Rachael Deherrera

542 E 3rd St

Center, Colorado 81125

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.360** Nonpriority creditor's name and mailing address
Meredith DeHerrera

1111 86th Ave. Unit P104

Greeley, Colorado 80634

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.361** Nonpriority creditor's name and mailing address
Ruben Delafuente
PO Box 1071
Englewood, Colorado 80150

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.362** Nonpriority creditor's name and mailing address
Rico S. Delarosa
10260 Washington St Apt 2114
Denver, Colorado 80229

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.363** Nonpriority creditor's name and mailing address
Cynthia J. Delarosa
925 11th Ave
Greeley, Colorado 80631

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.364** Nonpriority creditor's name and mailing address
Cristian D. Delgado
585 W Sierra Ave #227
Fresno, California 93704

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.365** Nonpriority creditor's name and mailing address
Jennifer Delgado
4744 Senander Cres
Lakeland, Florida 33810

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.366** Nonpriority creditor's name and mailing address
Christopher Delude
5771 W 92nd Ave #338
Westminster, Colorado 80031

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367**

**Nonpriority creditor's name and mailing address**
Ashley Deluhery

7258 Ellingwood Ave

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.368**

**Nonpriority creditor's name and mailing address**
Olga Mendoza Demedrano

757 Dillon Way Apt 207

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.369**

**Nonpriority creditor's name and mailing address**
Diamond Demmer

45 Lansing St

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.370**

**Nonpriority creditor's name and mailing address**
Justin Denman

2830 Hartford Ave.

Grand Junction, Colorado 81503

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.371**

**Nonpriority creditor's name and mailing address**
Jamal Denson

111 Summerfield Ln

Harvest, Alabama 35749

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.372**

**Nonpriority creditor's name and mailing address**
Lisa M. Denton

10528 Clermont Way

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.373**    **Nonpriority creditor's name and mailing address**
Patricia Deolivera

1901 Alabama Ave

West Sacramento, California 95691

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.374**    **Nonpriority creditor's name and mailing address**
Maria Desalazar

7577 Steward Ln.

Colorado Sprgs, Colorado 80922

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.375**    **Nonpriority creditor's name and mailing address**
Aaron Detienne

1108 101st Avenue Ct

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.376**    **Nonpriority creditor's name and mailing address**
Linda Dewolf

6394 S Dudley Way

Littleton, Colorado 80123

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.377**    **Nonpriority creditor's name and mailing address**
Monica Diaz

4380 S Monaco St #4001

Denver, Colorado 80237

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.378**    **Nonpriority creditor's name and mailing address**
Patricia Diaz

7850 Roslyn St

Commerce City, Colorado 80022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.379** **Nonpriority creditor's name and mailing address**
Michael Dickerson

3007 Stover Cir

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.380** **Nonpriority creditor's name and mailing address**
Sara Ann Dillon

216 Rich St

Delta, Colorado 81416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.381** **Nonpriority creditor's name and mailing address**
Emilee Dinkel

6850 Loudon St

Wellington, Colorado 80549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.382** **Nonpriority creditor's name and mailing address**
Lunka Dinwiddie

3014 Bluestem Rd

Katy, Texas 77493

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.383** **Nonpriority creditor's name and mailing address**
Jeanette Diop

96 N CR 157

Strasburg, Colorado 80136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.384** **Nonpriority creditor's name and mailing address**
Bernard Dixon

1300 S. Willow St.

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.385**

Nonpriority creditor's name and mailing address
Qwajae Dixon

15859 E Jamison St #2305

Englewood, Colorado 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.386**

Nonpriority creditor's name and mailing address
Christopher Lee Dodgin

674 Brentwood Dr

Palisade, Colorado 81526

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.387**

Nonpriority creditor's name and mailing address
Roberta Doleman

9999 E Yale Ave Apt F114

Denver, Colorado 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.388**

Nonpriority creditor's name and mailing address
Anthony Domenico

7402 Church Ranch Blvd #128

Broomfield, Colorado 80021

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.389**

Nonpriority creditor's name and mailing address
Alex Dominguez

34655 Skylark Dr Apt 235

Union City, California 94587

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.390**

Nonpriority creditor's name and mailing address
Uriel Dominguez

1705 W 85th Ave #108

Denver, Colorado 80260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.391** Nonpriority creditor's name and mailing address
Guadalupe Dominguez

14120 Grant St #15-101

Thornton, Colorado 80023

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.392** Nonpriority creditor's name and mailing address
Benjamin T. Doran

6914 W 3rd St Unit 14

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.393** Nonpriority creditor's name and mailing address
Pamela Dorchak

2710 W 101st Pl

Denver, Colorado 80260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.394** Nonpriority creditor's name and mailing address
Shawn A. Douglas

213 11th Ave #42

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.395** Nonpriority creditor's name and mailing address
Kyle Douglass

PO Box 893

Hotchkiss, Colorado 81419

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.396** Nonpriority creditor's name and mailing address
Jennifer Downey

5787 S King St Apt 6

Littleton, Colorado 80123

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

| 3.397 | **Nonpriority creditor's name and mailing address**<br>Raymond Downward<br><br>4536 Westbrook Dr<br><br>Jackson, Michigan 49201 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.398 | **Nonpriority creditor's name and mailing address**<br>Thomas Drake<br><br>144 1st St. Unit B<br><br>Parachute, Colorado 81635 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.399 | **Nonpriority creditor's name and mailing address**<br>Zondra Draper<br><br>5080 Enid Way<br><br>Denver, Colorado 80239 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.400 | **Nonpriority creditor's name and mailing address**<br>Kelsey Draper<br><br>6146 Gorham St<br><br>Frederick, Colorado 80530 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.401 | **Nonpriority creditor's name and mailing address**<br>Anissa Drew<br><br>7390 E Harvard Ave #104G<br><br>Denver, Colorado 80231 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.402 | **Nonpriority creditor's name and mailing address**<br>Kendra Drinnin<br><br>3373 W Tanforan Dr<br><br>Englewood, Colorado 80110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.403
**Nonpriority creditor's name and mailing address**
Danielle J. Duca
1200 Glen Creighton Dr
Dacono, Colorado 80514

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.404
**Nonpriority creditor's name and mailing address**
Jarrette D. Ducray
6751 Leyden St
Commerce City, Colorado 80022

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.405
**Nonpriority creditor's name and mailing address**
Christine Dudek
5356 Arroyo St
Colorado Sprgs, Colorado 80922

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.406
**Nonpriority creditor's name and mailing address**
Toni M. Dudlo
501 E 102nd Ave #C101
Denver, Colorado 80229

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.407
**Nonpriority creditor's name and mailing address**
Nicole Duncan
1335 Vivian St Apt 202
Longmont, Colorado 80501

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.408
**Nonpriority creditor's name and mailing address**
Andrew Duncan
2237 N Glencoe St
Denver, Colorado 80207

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Debtor _____Loan Stop Acquisitions LLC_____        Case number (if known) 24-16031
                Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.409**

Nonpriority creditor's name and mailing address
Michael Rudy Duran

8300 Sheridan Blvd Apt 3A

Arvada, Colorado 80003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.410**

Nonpriority creditor's name and mailing address
Noemi C. Duran

15434 E. FORD CIR. UNIT B2

Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.411**

Nonpriority creditor's name and mailing address
Catherine Duran-Coffey

26 Royal Crest Dr #D

Pueblo, Colorado 81005

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.412**

Nonpriority creditor's name and mailing address
Jason Durand

12150 Race St Apt H203

Thornton, Colorado 80241

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.413**

Nonpriority creditor's name and mailing address
Linda Durand

12150 Race St Apt H203

Thornton, Colorado 80241

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.414**

Nonpriority creditor's name and mailing address
Sara Durnell

150 S Fenton St

Lakewood, Colorado 80226

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** — Amount of claim

**3.415**

**Nonpriority creditor's name and mailing address**
Brandon S. Duvall

1705 S Clayton St

Denver, Colorado 80210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.416**

**Nonpriority creditor's name and mailing address**
Joseph Dyke

1645 Dolores St. Apt. A

Grand Junction, Colorado 81503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.417**

**Nonpriority creditor's name and mailing address**
Kindu Ealy

1187 Revere St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.418**

**Nonpriority creditor's name and mailing address**
Michael Earnest

7473 Pyrite Way

Castle Rock, Colorado 80108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.419**

**Nonpriority creditor's name and mailing address**
Colby Dwayne Easley

5021 Rose Ct

Fort Collins, Colorado 80528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.420**

**Nonpriority creditor's name and mailing address**
Leah Easton

4745 Eagleridge Cir #101

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.421**

**Nonpriority creditor's name and mailing address**
Russell Edmonson

2 Bonnymeade Rd. Apt 204

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.422**

**Nonpriority creditor's name and mailing address**
Clayton Edwards

4201 Corbett Dr Apt 149

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.423**

**Nonpriority creditor's name and mailing address**
Jessep Effinger

2309 Mission Springs Way #7

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.424**

**Nonpriority creditor's name and mailing address**
Cary Ehlers

10326 Tenby Ln Apt 101

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.425**

**Nonpriority creditor's name and mailing address**
Celia Eimer

6580 S IDER ST

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.426**

**Nonpriority creditor's name and mailing address**
Antonio Elden

1912 W 76th Ave Apt 405

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427**   **Nonpriority creditor's name and mailing address**
Marshe Ellidridge

2135 Stout St Apt 407

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.428**   **Nonpriority creditor's name and mailing address**
Daniel K. Elrod

5200 S Delaware St Apt D303

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.429**   **Nonpriority creditor's name and mailing address**
Levi Elzey

12028 E 1st Ave

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.430**   **Nonpriority creditor's name and mailing address**
Kimberly Encinias

1021 Berkley Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.431**   **Nonpriority creditor's name and mailing address**
Troy English

567 S Rogers Dr

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.432**   **Nonpriority creditor's name and mailing address**
Taniqua Enoch

18163 E. Kentucky Ave. #101

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.433** | **Nonpriority creditor's name and mailing address**
Michael Enriquez

414 Gaylord Ave

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.434** | **Nonpriority creditor's name and mailing address**
Ronald Epstein

3552 E 114th Dr

Thorton, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.435** | **Nonpriority creditor's name and mailing address**
Amy Erickson

3874 S Fraser St Apt P3

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.436** | **Nonpriority creditor's name and mailing address**
Annabelle Erivs

3614 Watermans Landing Dr

Evans, Colorado 80620

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.437** | **Nonpriority creditor's name and mailing address**
Lorenzo A. Escalante

5546 Yost Ct

Denver, Colorado 80239

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.438** | **Nonpriority creditor's name and mailing address**
Juan J. Esparza

1210 S Navajo St

Denver, Colorado 80223

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.439**
**Nonpriority creditor's name and mailing address**
Anita C. Espinosa

9701 Pearl St Apt 4206

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.440**
**Nonpriority creditor's name and mailing address**
Ivan Espinoza

2851 Hill Ave

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.441**
**Nonpriority creditor's name and mailing address**
Dominick Espinoza

8130 Downing Dr

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.442**
**Nonpriority creditor's name and mailing address**
Connie Ballejo- Esquilin

2009 E 8th St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.443**
**Nonpriority creditor's name and mailing address**
Kyree D. Evans

14400 E Freemont Ave Apt 2-305

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.444**
**Nonpriority creditor's name and mailing address**
Christopher L. Evans

2260 McElwain Blvd

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.445** Nonpriority creditor's name and mailing address
Jarrod Ewing

595 S Forest St Apt 107

Denver, Colorado 80246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.446** Nonpriority creditor's name and mailing address
Rickee Faddis

19690 Clubhouse Dr #220

Parker, Colorado 80138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.447** Nonpriority creditor's name and mailing address
Rodney Fahrenbruch

780 Ivy Street

Sanford, Colorado 81151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.448** Nonpriority creditor's name and mailing address
Lindsay Fandel

12934 W 24th Pl

Golden, Colorado 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.449** Nonpriority creditor's name and mailing address
Crystal Faricy

6 Belaire Dr

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.450** Nonpriority creditor's name and mailing address
Michael Farrell

3400 Woodcock St. Apt Q1

Berthoud, Colorado 80513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.451**

**Nonpriority creditor's name and mailing address**
Denise M. Farris

100 Sumida Gardens Ln Apt 102

Santa Barbara, California 93111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.452**

**Nonpriority creditor's name and mailing address**
Kortinee Faus

2205 Aztec Dr Apt D

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.453**

**Nonpriority creditor's name and mailing address**
Cammie L. Favinger

1624 K St Apt 8

Belleville, Kansas 66935

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.454**

**Nonpriority creditor's name and mailing address**
Meagan Fawcett

3625 S Verbena St #602

Denver, Colorado 80237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.455**

**Nonpriority creditor's name and mailing address**
Jeannette Federico

39525 Copper Craft Dr.

Murrieta, California 92562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.456**

**Nonpriority creditor's name and mailing address**
Victoria Fell

1030 Teller Ave #11

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457**

**Nonpriority creditor's name and mailing address**
Adam Fellini

6161 E 64th Pl

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.458**

**Nonpriority creditor's name and mailing address**
Stephen Felshaw

742 Teller Ave Apt A

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.459**

**Nonpriority creditor's name and mailing address**
Amanda Fenton

419 E. Petain Ave.

Yuma, Colorado 80759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.460**

**Nonpriority creditor's name and mailing address**
Kevin Ferguson

620 Nickel St.

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.461**

**Nonpriority creditor's name and mailing address**
Jack L. Ferguson

2700 W C St Lot 136

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.462**

**Nonpriority creditor's name and mailing address**
Audrey Fernandez

6861 Ivanhoe St

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.463** Nonpriority creditor's name and mailing address
William Fernandez
322 Monroe St
Denver, Colorado 80206

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.464** Nonpriority creditor's name and mailing address
Dominic Fernandez
Crowley County Correctional
Olney Springs, Colorado 81062

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.465** Nonpriority creditor's name and mailing address
Tyler Fetty
12322 Colorado Blvd #20
Thornton, Colorado 80241

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.466** Nonpriority creditor's name and mailing address
Tyler Fetty
3395 Carder Ct
Highlands Ranch, Colorado 80129

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.467** Nonpriority creditor's name and mailing address
Jacob Fields
3268 E Rd Trlr 98
Clifton, Colorado 81520

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.468** Nonpriority creditor's name and mailing address
Alicia Fierro
808 Bob Blvd Lot 42
Brush, Colorado 80723

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.469** 

**Nonpriority creditor's name and mailing address**
Jorge Fierro

PO Box 232

Fort Morgan, Colorado 80701

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.470**

**Nonpriority creditor's name and mailing address**
Paul Finn

2607 Wyoming Avenue

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.471**

**Nonpriority creditor's name and mailing address**
Martin R. Fino

6560 E 78th Way

Commerce City, Colorado 80022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.472**

**Nonpriority creditor's name and mailing address**
Justin Flack

6830 Vista Lago Loop Apt 203

Zephyrhills, Florida 33542

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.473**

**Nonpriority creditor's name and mailing address**
Aria Fletcher

2260 Florence Ave

Firestone, Colorado 80520

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.474**

**Nonpriority creditor's name and mailing address**
Iliana Flores

12255 Claude Ct Apt 123

Denver, Colorado 80241

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.475**
**Nonpriority creditor's name and mailing address**
Maria S. Flores

2409 W 17th St

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.476**
**Nonpriority creditor's name and mailing address**
BIANCA FLORES

1312 Lakeview Ave #104

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.477**
**Nonpriority creditor's name and mailing address**
Veronica Flores Espitia

1003 E 24th Street Rd

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.478**
**Nonpriority creditor's name and mailing address**
Dominique Florez

2710 Crescent Cove #101

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.479**
**Nonpriority creditor's name and mailing address**
Chavanna Fluker

16233 E Alameda Pl #307

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.480**
**Nonpriority creditor's name and mailing address**
Lea Flynn

1654 Centaur Cir

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.481** **Nonpriority creditor's name and mailing address**
Alexa Foley

203 N Pauline Ave

Milliken, Colorado 80543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.482** **Nonpriority creditor's name and mailing address**
James Foos

514 W Evans Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.483** **Nonpriority creditor's name and mailing address**
Reginald Foose

10818 Cimarron St #804

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.484** **Nonpriority creditor's name and mailing address**
Dawn L. Forbes

400 Tedmon Dr

Fort Collins, Colorado 80521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.485** **Nonpriority creditor's name and mailing address**
Judith Ford

2323 Curtis St

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.486** **Nonpriority creditor's name and mailing address**
Amy Forrest

38 Forsyth Dr

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487**   **Nonpriority creditor's name and mailing address**
Jessie Fortin
4639 E Fair Pl
Centennial, Colorado 80121

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.488**   **Nonpriority creditor's name and mailing address**
Mary Elizabeth Fortner
11801 Washington St Apt J108
Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.489**   **Nonpriority creditor's name and mailing address**
Corian Fox
257 3rd St
Fort Lupton, Colorado 80621

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.490**   **Nonpriority creditor's name and mailing address**
Donnie J Franklin
4355 Davenport Way
Denver, Colorado 80239

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.491**   **Nonpriority creditor's name and mailing address**
Jeremy Franklin
1623 E 1st St
Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**3.492**   **Nonpriority creditor's name and mailing address**
Kathryn Frazier
8600 E Alameda Ave #14-101
Denver, Colorado 80247

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | | Case number (*if known*) 24-16031 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.493**

**Nonpriority creditor's name and mailing address**
Paulino Frederick

1388 Garrison St Apt 102F

Lakewood, Colorado 80215

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.494**

**Nonpriority creditor's name and mailing address**
Felix Fresquez

1304 Castle Creek Ct

Castle Rock, Colorado 80104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.495**

**Nonpriority creditor's name and mailing address**
Angela J. Fritz

11455 W Coal Mine Dr

Littleton, Colorado 80127

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.496**

**Nonpriority creditor's name and mailing address**
Chris Fritzler

4601 S Balsam Way Apt 1725

Littleton, Colorado 80123

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.497**

**Nonpriority creditor's name and mailing address**
Nicholas Fuller

1106 Russ Ave

Pueblo, Colorado 81006

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.498**

**Nonpriority creditor's name and mailing address**
Gabriela A. Fyffe

10123 Grape Ct

Thornton, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.499  **Nonpriority creditor's name and mailing address**
Melinda C. Gable

17428 E Flora Pl

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.500  **Nonpriority creditor's name and mailing address**
Noelle Gabriel

3324 S Field St Apt 178

Lakewood, Colorado 80227

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.501  **Nonpriority creditor's name and mailing address**
Kiana Gadlin

13918 E Mississippi Ave #206

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.502  **Nonpriority creditor's name and mailing address**
Markeasha T. Gaines

14652 E 2nd Ave Apt D202

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.503  **Nonpriority creditor's name and mailing address**
Samantha Galindo

10 Emery Way

Longmont, Colorado 80501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.504  **Nonpriority creditor's name and mailing address**
Alicia R. Gallegos

1115 Bragdon Ave.

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.505** Nonpriority creditor's name and mailing address
Loraine Gallegos

2459 Ash Ave #63

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.506** Nonpriority creditor's name and mailing address
Desirae Gallegos

1045 Pratt St

Longmont, Colorado 80501

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.507** Nonpriority creditor's name and mailing address
Eugene Gallegos

1103 Main St Apt 4

Grand Junction, Colorado 81501

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.508** Nonpriority creditor's name and mailing address
Arlene Gallegos

614 E Emma St

Lafayette, Colorado 80026

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.509** Nonpriority creditor's name and mailing address
Aaron M. Gallegos

1320 Constitution Rd

Pueblo, Colorado 81001

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.510** Nonpriority creditor's name and mailing address
Daisie Gallegos

1870 W Berkeley Pl

Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.511   **Nonpriority creditor's name and mailing address**
Amber R. Gallegos

333 Diablo Pl

Brighton, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.512   **Nonpriority creditor's name and mailing address**
Christine Gallegos

1915 W 19th St

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.513   **Nonpriority creditor's name and mailing address**
Lori Gallegos

863 Newton St

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.514   **Nonpriority creditor's name and mailing address**
Elizabeth Galvan

1729 Countess Ct

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.515   **Nonpriority creditor's name and mailing address**
Carlos A. Galvan Carrera

7400 E 83rd Ave

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.516   **Nonpriority creditor's name and mailing address**
Sheena M. Gaona

1951 28th Ave #29

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517**   **Nonpriority creditor's name and mailing address**
Nichelle D. Garcia

1611 8th St.

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.518**   **Nonpriority creditor's name and mailing address**
Gilberto Garcia

12801 Lafayette St #B103

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.519**   **Nonpriority creditor's name and mailing address**
Denicia Garcia

1341 Strong St

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.520**   **Nonpriority creditor's name and mailing address**
Daniel Garcia

5820 W. 9th Ave.

Lakewood, Colorado 80214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.521**   **Nonpriority creditor's name and mailing address**
Zachariah Garcia

375 50th Avenue Ct

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.522**   **Nonpriority creditor's name and mailing address**
Kyle Garcia

2510 S Wolfe St.

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.523**   Nonpriority creditor's name and mailing address
Altagracia Garcia

2761 Roosevelt Ave

Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.524**   Nonpriority creditor's name and mailing address
Kenneth Garcia

2223 South Dr

Pueblo, Colorado 81008

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.525**   Nonpriority creditor's name and mailing address
Raylene Garcia

2518 49th Ave Ct

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.526**   Nonpriority creditor's name and mailing address
Christina Garcia

20394 E Buchanan Dr

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.527**   Nonpriority creditor's name and mailing address
Alondra Garcia

207 E 12th St Lot 12

Imperial, Nebraska 69033

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.528**   Nonpriority creditor's name and mailing address
Michael Garcia

465 Chatfeild LN

Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.529**    **Nonpriority creditor's name and mailing address**
Rafael Garcia

7568 Sherman St

Denver, Colorado 80221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.530**    **Nonpriority creditor's name and mailing address**
Angel G. Garcia

3257 S Parker Rd #4710

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.531**    **Nonpriority creditor's name and mailing address**
Mendy Garcia

17182 E Adriatic Dr Apt I-107

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.532**    **Nonpriority creditor's name and mailing address**
Lawrence Eugene Garcia

10101 Washington St Apt A-115

Thornton, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.533**    **Nonpriority creditor's name and mailing address**
Robert Garcia

C/O Elaina A. DeNolf

Denver, Colorado 80212

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.534**    **Nonpriority creditor's name and mailing address**
Levita Garcia

1749 Coronado Pkwy N #101

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.535** Nonpriority creditor's name and mailing address
Juan M. Garcia

516 Elm Ave

Eaton, Colorado 80615

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.536** Nonpriority creditor's name and mailing address
Ashley Garcia

12403 E 30th Ave

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.537** Nonpriority creditor's name and mailing address
Edward Garcia

906 E 13th St

Pueblo, Colorado 81001

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.538** Nonpriority creditor's name and mailing address
Misty Garcia

601 Front St

Platteville, Colorado 80651

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.539** Nonpriority creditor's name and mailing address
Lorae Garcia

1640 S Vallejo St

Denver, Colorado 80223

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.540** Nonpriority creditor's name and mailing address
Marsha Williams- Gardener

2086 Massey Ln

Winder, Georgia 30680

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.541** **Nonpriority creditor's name and mailing address**
Corissa M. Garduno

6675 S Apache Dr

Littleton, Colorado 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.542** **Nonpriority creditor's name and mailing address**
Pete Garduno

19595 E Iowa Cir

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.543** **Nonpriority creditor's name and mailing address**
Daniel R. Garica

40632 County Road 37

Ault, Colorado 80610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.544** **Nonpriority creditor's name and mailing address**
Rickel V. Garner

3818 Longhorn Ln

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.545** **Nonpriority creditor's name and mailing address**
Deborah Garrett

572 Elmira St

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.546** **Nonpriority creditor's name and mailing address**
Manuel Garza

10571 Colorado Blvd. Unit D107

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547**

**Nonpriority creditor's name and mailing address**
Lee Ann Gatewood

12726 E Pacific Dr Apt 101

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.548**

**Nonpriority creditor's name and mailing address**
Randall P. Geary

1180 34th St

Denver, Colorado 80205

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.549**

**Nonpriority creditor's name and mailing address**
Aubrey Louise Gebhards

1001 S Havana St Apt 321

Denver, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.550**

**Nonpriority creditor's name and mailing address**
Alemayehu G. Gebresilassie

1037 S Evanston Way Apt 202

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.551**

**Nonpriority creditor's name and mailing address**
Robert A. Gerhard

12048 W Hornsilver Mtn

Littleton, Colorado 80127

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.552**

**Nonpriority creditor's name and mailing address**
Larry G. Gerlock

8587 Dover Ct

Arvada, Colorado 80005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.553** Nonpriority creditor's name and mailing address
Adrianna Germosen
321 Edgar Ave
Clarksdale, Mississippi 38614

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.554** Nonpriority creditor's name and mailing address
Adam Gertenbach
1070 S Dahlia St Apt F2
Denver, Colorado 80246

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.555** Nonpriority creditor's name and mailing address
Jon Giacchino
10788 Worthington Cir
Parker, Colorado 80134

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.556** Nonpriority creditor's name and mailing address
Lisa M. Gibbs
10078 Williams St
Thornton, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.557** Nonpriority creditor's name and mailing address
Sylvester Gibson
5911 S. Willow Way
Greenwood Vllg, Colorado 80111

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.558** Nonpriority creditor's name and mailing address
Erik Giles
3751 W 136th Ave #V4
Broomfield, Colorado 80023

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.559**

**Nonpriority creditor's name and mailing address**
Isaac Giles

243 W 80th Ave #5-205

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.560**

**Nonpriority creditor's name and mailing address**
Terrah Giroir

5959 Dunkirk St. #10105

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.561**

**Nonpriority creditor's name and mailing address**
Kevin J. Gisvold

13941 E Harvard Ave #122

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.562**

**Nonpriority creditor's name and mailing address**
Devonna Glasspoole

3040 S Holly Pl

Denver, Colorado 80222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.563**

**Nonpriority creditor's name and mailing address**
Jolene Glover

9888 E. Vassar Dr. Apt H109

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.564**

**Nonpriority creditor's name and mailing address**
Isaac Goddard

6772 W Ida Dr Apt 336

Littleton, Colorado 80123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.565**
Nonpriority creditor's name and mailing address
Christopher J. Godinez

249 E 3rd St

Ault, Colorado 80610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.566**
Nonpriority creditor's name and mailing address
Jaxson Goetsch

19472 E Princeton Pl

Aurora, Colorado 80013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.567**
Nonpriority creditor's name and mailing address
Lynette Golden

4220 S Mobile Cir #A

Aurora, Colorado 80013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.568**
Nonpriority creditor's name and mailing address
Dawn Gomez

492 29 Rd. Ste B

Grand Junction, Colorado 81504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.569**
Nonpriority creditor's name and mailing address
Jolene Gomez

8105 W Floyd Ave Unit 12-107

Denver, Colorado 80227

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.570**
Nonpriority creditor's name and mailing address
Heather Gomez Garcia

2804 3rd Ave

Pueblo, Colorado 81003

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.571**

**Nonpriority creditor's name and mailing address**
Brianna Gonzales

11563 Steele St

Thornton, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.572**

**Nonpriority creditor's name and mailing address**
Estevan Gonzales

PO Box 482

Elizabeth, Colorado 80107

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.573**

**Nonpriority creditor's name and mailing address**
Joey Gonzales

4744 Dudley St

Wheat Ridge, Colorado 80033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.574**

**Nonpriority creditor's name and mailing address**
Yolanda Gonzales

6206 Red Canyon Dr #B

Highlands Ranch, Colorado 80130

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.575**

**Nonpriority creditor's name and mailing address**
Marc Gonzales

19661 E Stephanie Dr

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.576**

**Nonpriority creditor's name and mailing address**
Gabrielle Josee M. Gonzales

301 Malley Dr Apt 341

Northglenn, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577**    **Nonpriority creditor's name and mailing address**
Raymond M. Gonzales

3770 W 24th St Apt H28

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.578**    **Nonpriority creditor's name and mailing address**
Mary Gonzales

2600 W 103rd Ave Apt 528

Denver, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.579**    **Nonpriority creditor's name and mailing address**
Lee Gonzales

9717 NW 10th St #66

Oklahoma City, Oklahoma 73127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.580**    **Nonpriority creditor's name and mailing address**
Diana Alarcon- Gonzalez

4424 Pennsylvania St

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.581**    **Nonpriority creditor's name and mailing address**
Lucero Gonzalez

1374 S Fulton Way #G102

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.582**    **Nonpriority creditor's name and mailing address**
Christa Gonzalez

5530 W 4th Ave

Lakewood, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.583**

**Nonpriority creditor's name and mailing address**
Maria Gonzalez

435 N 35th Ave Lot 252

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.584**

**Nonpriority creditor's name and mailing address**
Ricardo Valdivia Gonzalez

2111 79th Ave

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.585**

**Nonpriority creditor's name and mailing address**
Simon M. Gonzalez

400 N 19th Ave Unit A204

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.586**

**Nonpriority creditor's name and mailing address**
Michael Lobatos- Gonzalez

12222 E Iowa Dr

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.587**

**Nonpriority creditor's name and mailing address**
Luisa Gonzalez

5569 Gibraltar St

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.588**

**Nonpriority creditor's name and mailing address**
Jose Gonzalez Maldon

1096 South Elkhart Way #208

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.589** | **Nonpriority creditor's name and mailing address**
Debora Good

722 W Belleview Ave

Englewood, Colorado 80110

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.590** | **Nonpriority creditor's name and mailing address**
Victoria Gordon

495 1/2 McMullin

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.591** | **Nonpriority creditor's name and mailing address**
Makelle Gottschalk

5011 Mt Osage St

Longmont, Colorado 80504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.592** | **Nonpriority creditor's name and mailing address**
Jasmine Goudeau

4707 Newport Ave

Saint Louis, Missouri 63116

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.593** | **Nonpriority creditor's name and mailing address**
Kimberly Goudy

18695 Pony Express Drive

Parker, Colorado 80134

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.594** | **Nonpriority creditor's name and mailing address**
Timothy Gould

3333 S Grant St #206

Englewood, Colorado 80113

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.595** **Nonpriority creditor's name and mailing address**
Michael S. Goyack

7550 W 84th Way Apt 1523

Arvada, Colorado 80003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.596** **Nonpriority creditor's name and mailing address**
Lewis H. Graff

2447 Nyssa Dr

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.597** **Nonpriority creditor's name and mailing address**
Brian Graham

665 19th St SW

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.598** **Nonpriority creditor's name and mailing address**
Tammy Grant

3251 County Road 21

Fort Lupton, Colorado 80621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.599** **Nonpriority creditor's name and mailing address**
Justin Grant

9250 Race St

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.600** **Nonpriority creditor's name and mailing address**
Theodore J. Gray

9528 Clayton Court

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.601**
Nonpriority creditor's name and mailing address
Marcus Gray
16255 E Alaska Pl Apt 10
Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.602**
Nonpriority creditor's name and mailing address
Edward Green
6700 E Cedar Ave #B
Denver, Colorado 80224

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.603**
Nonpriority creditor's name and mailing address
Sheli Green
12601 Zuni St Apt 108
Broomfield, Colorado 80020

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.604**
Nonpriority creditor's name and mailing address
Tahini Q. Green
3801 Majestic Trl
Castle Rock, Colorado 80109

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.605**
Nonpriority creditor's name and mailing address
Donta L. Green
3801 Majestic Trl
Castle Rock, Colorado 80109

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.606**
Nonpriority creditor's name and mailing address
Ian Gregory
4983 Knox Ct
Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (*if known*) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607**
Nonpriority creditor's name and mailing address
Donei K. Griggs

17905 E Greenwood Dr Unit 1535

Aurora, Colorado 80013

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.608**
Nonpriority creditor's name and mailing address
Silbestre A. Grimaldo

1226 10th St.

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.609**
Nonpriority creditor's name and mailing address
Alexander Grimes

8382 Erickson Blvd Apt 1303

Littleton, Colorado 80129

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.610**
Nonpriority creditor's name and mailing address
Andrea Grine

84 N 7th Ave

Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.611**
Nonpriority creditor's name and mailing address
Dawn Griner

2216 7th Ave Apt C202

Pueblo, Colorado 81003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.612**
Nonpriority creditor's name and mailing address
James E. Grissom

11625 Community Center Dr

Northglenn, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.613**

**Nonpriority creditor's name and mailing address**
Kellie Gross

3127 Brownie Cir. Spc 32

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.614**

**Nonpriority creditor's name and mailing address**
Daniel Guajardo

12766 E Pacific Dr #10-201

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.615**

**Nonpriority creditor's name and mailing address**
Dominic A. Guerrero

2760 E 86th Ave Apt 146

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.616**

**Nonpriority creditor's name and mailing address**
Rachel M. Guerrero

3314 W 7th St Apt 22

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.617**

**Nonpriority creditor's name and mailing address**
Dominic A. Guerrero

1500 W. THORNTON PKWY LOT 11

THORNTON, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.618**

**Nonpriority creditor's name and mailing address**
Maria Guevara

2961 ALDER STREET

DENVER, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.619**   **Nonpriority creditor's name and mailing address**
Michael Guillen

6767 Balance Cir

Colo Springs, Colorado 80923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.620**   **Nonpriority creditor's name and mailing address**
Ilce Guillen-Meza

3546 N Fillmore St

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.621**   **Nonpriority creditor's name and mailing address**
Brandon Gunsolus

9036 E Louisiana Pl

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.622**   **Nonpriority creditor's name and mailing address**
Jordan Guray

419 1/2 Bear Dance Dr

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.623**   **Nonpriority creditor's name and mailing address**
Yolanda I. Gurule

3011 W 12th St

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.624**   **Nonpriority creditor's name and mailing address**
Anna Gutherie

1331 Gay Cir

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.625**

Nonpriority creditor's name and mailing address
Pascual Gutierrez

175 Longs Peak St.

Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.626**

Nonpriority creditor's name and mailing address
Blake Gutierrez

6464 Honey Grv Apt 210

Colorado Spring, Colorado 80923

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.627**

Nonpriority creditor's name and mailing address
Kristy A. Gutierrez

6433 W 44th Pl

Wheat Ridge, Colorado 80033

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.628**

Nonpriority creditor's name and mailing address
Aaron J. Guzman

103 N. Josephine Ave. #26

Milliken, Colorado 80543

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.629**

Nonpriority creditor's name and mailing address
Vanessa Guzman

1490 W 116th Ave #20

Denver, Colorado 80234

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.630**

Nonpriority creditor's name and mailing address
Jose R. Guzman

2132 27th Avenue Ct Apt C

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**  |  **Amount of claim**

**3.631**

**Nonpriority creditor's name and mailing address**
Jason Guzzone

820 Ash Ave. #2

Marysville, Washington 98270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.632**

**Nonpriority creditor's name and mailing address**
Robert Gyimah

1304 S Fulton Way Apt C205

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.633**

**Nonpriority creditor's name and mailing address**
Jennifer Ha

12043 Ivanhoe Cir

Brighton, Colorado 80602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.634**

**Nonpriority creditor's name and mailing address**
Brett N. Hadlock

693 Urban Ct Apt 908

Golden, Colorado 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.635**

**Nonpriority creditor's name and mailing address**
Amin Halime

2715 W. 86th Ave. Apt 22

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.636**

**Nonpriority creditor's name and mailing address**
Staci M. Hall

9301 Russell Way

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** Nonpriority creditor's name and mailing address
Tony Hall

8111 E. Yale Ave. Apt 9205

Denver, Colorado 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.638** Nonpriority creditor's name and mailing address
Thalia Hall

11320 Jordan Meadow Ln #192

Sandy, Utah 84070

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.639** Nonpriority creditor's name and mailing address
Brianna Halliburton

5301 S Yosemite St Apt 31-206

Greenwood Vllg, Colorado 80111

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.640** Nonpriority creditor's name and mailing address
Tabatha Halsell

19438 Otter Trail Ct

Katy, Texas 77449

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.641** Nonpriority creditor's name and mailing address
Nathian Hamby

2409 S Worchester Ct #A

Aurora, Colorado 80014

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.642** Nonpriority creditor's name and mailing address
Jarion Ricardo Hamm

3853 S Genoa Ct Unit C

Aurora, Colorado 80013

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.643**   **Nonpriority creditor's name and mailing address**
Jackson L. Hamrick

2529 Shetland Dr

Grand Junction, Colorado 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.644**   **Nonpriority creditor's name and mailing address**
Thomas Walter Hancock

1483 W 103rd Pl

Northglenn, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.645**   **Nonpriority creditor's name and mailing address**
Linda Hannon

460 Center St Unit 6474

Moraga, California 94570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.646**   **Nonpriority creditor's name and mailing address**
Richard Hansen

17636 Hoyt Pl

Parker, Colorado 80134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.647**   **Nonpriority creditor's name and mailing address**
Ryan Hanson

9401 Newton St

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.648**   **Nonpriority creditor's name and mailing address**
Savannah Hanson

6730 S. Glencoe St. #110

Centennial, Colorado 80122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.649** | **Nonpriority creditor's name and mailing address**
Ashley Harmon
2800 W 103Rd Ave #1621
Federal Heights, Colorado 80260

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.650** | **Nonpriority creditor's name and mailing address**
Jalaya Harper
11565 Destination Dr #4209
Broomfield, Colorado 80021

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.651** | **Nonpriority creditor's name and mailing address**
Albert Harper
7723 S Cottonwood Mt
Littleton, Colorado 80127

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.652** | **Nonpriority creditor's name and mailing address**
James Harper
2828 ORCHARD AVE. #72
Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.653** | **Nonpriority creditor's name and mailing address**
Jeffrey Thomas Harrell
8951 Lilly Dr
Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.654** | **Nonpriority creditor's name and mailing address**
Wayne Harris
10902 W Toller Dr
Littleton, Colorado 80127

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

### 3.655
**Nonpriority creditor's name and mailing address**
Anthony Harris

857 S Van Godon Ct Apt E103

Denver, Colorado 80228

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

### 3.656
**Nonpriority creditor's name and mailing address**
Cortney Harris

3785 Birchwood Dr

Boulder, Colorado 80304

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

### 3.657
**Nonpriority creditor's name and mailing address**
Taylor M. Harris

13757 E 4th AVe Apt 6-203

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

### 3.658
**Nonpriority creditor's name and mailing address**
Serrina M. Harris

4055 Albion St #126

Denver, Colorado 80216

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

### 3.659
**Nonpriority creditor's name and mailing address**
Janell Harris

3500 S Sherman St Apt 310

Englewood, Colorado 80113

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

### 3.660
**Nonpriority creditor's name and mailing address**
Calvin Harris

170 Twin Lakes Dr

Covington, Georgia 30016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| 3.661 | **Nonpriority creditor's name and mailing address**<br>John Harrison<br><br>1625 E. STUART ST UNIT C82<br><br>Fort Collins, Colorado 80525 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.662 | **Nonpriority creditor's name and mailing address**<br>Teresa Harstad<br><br>5423 Water Tower Promenade<br><br>Arvada, Colorado 80002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.663 | **Nonpriority creditor's name and mailing address**<br>Timothy Harvey<br><br>744 Mockingbird St Apt B203<br><br>Brighton, Colorado 80601 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.664 | **Nonpriority creditor's name and mailing address**<br>Mallory Harvey<br><br>120 Del Norte St<br><br>Denver, Colorado 80221 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.665 | **Nonpriority creditor's name and mailing address**<br>Thomas Hasty<br><br>5810 S Santa Fe Dr #1<br><br>Littleton, Colorado 80120 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.666 | **Nonpriority creditor's name and mailing address**<br>Brian Hatt<br><br>1224 S Mariposa St<br><br>Denver, Colorado 80233 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____ | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.667** Nonpriority creditor's name and mailing address
Krystene Hawkes

15638 W 3rd Pl

Golden, Colorado 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.668** Nonpriority creditor's name and mailing address
Sheri Hayes

509 E 41st St

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.669** Nonpriority creditor's name and mailing address
Patrick Haymes

PO Box 36310

Denver, Colorado 80236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.670** Nonpriority creditor's name and mailing address
Lestel Hays

10738 Odgen St

Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.671** Nonpriority creditor's name and mailing address
Amber Heartz

PO Box 333

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.672** Nonpriority creditor's name and mailing address
Daniel J. Heaton

6462 Highway 66

Platteville, Colorado 80651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.673**
**Nonpriority creditor's name and mailing address**
Leandra Heil

4012 25th Ave

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.674**
**Nonpriority creditor's name and mailing address**
Rodney D. Heinz

214 Grant Ave.

Nunn, Colorado 80648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.675**
**Nonpriority creditor's name and mailing address**
Preston Heisa

510 Coronado Ct Apt D

Clifton, Colorado 81520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.676**
**Nonpriority creditor's name and mailing address**
Joycetta Hempstead

343 S Troy St

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.677**
**Nonpriority creditor's name and mailing address**
Nikisha Henderson

19600 E 57th Ave Apt 202

Aurora, Colorado 80019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.678**
**Nonpriority creditor's name and mailing address**
Salisha Henderson

14400 E Fremont Ave Apt 1-107

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

Debtor    Loan Stop Acquisitions LLC
          Name                                                          Case number (if known) 24-16031

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.679**

**Nonpriority creditor's name and mailing address**
Reaunna N. Hennesy

3921 S Ensenada Ct #103

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.680**

**Nonpriority creditor's name and mailing address**
Gregory Herckner

1201 S Dayton St

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.681**

**Nonpriority creditor's name and mailing address**
Janelle Hering

18841 E Warren Dr Apt 2014

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.682**

**Nonpriority creditor's name and mailing address**
Filbert Hermosillo

6900 Huron St

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.683**

**Nonpriority creditor's name and mailing address**
Renee Hernandez

3934 Alta Vista Drive

Laramie, Wyoming 82072

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.684**

**Nonpriority creditor's name and mailing address**
Leonel Hernandez

7981 Grace Ct

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.685**

**Nonpriority creditor's name and mailing address**
Christina Hernandez

PO BOX 151273

Lakewood, Colorado 80215

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.686**

**Nonpriority creditor's name and mailing address**
Ricardo Hernandez

3609 Wynkoop St Apt 201

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.687**

**Nonpriority creditor's name and mailing address**
Jacqueline Hernandez

1405 E Beech St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.688**

**Nonpriority creditor's name and mailing address**
Bryant Hernandez

6000 S Fraser St Apt 6-301

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.689**

**Nonpriority creditor's name and mailing address**
Mary Jane Hernandez

10999 E 14th Ave Apt 205

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.690**

**Nonpriority creditor's name and mailing address**
Ashley Hernandez

4661 S Decatur St

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.691 **Nonpriority creditor's name and mailing address**
Juan De Dios Hernandez

5018 Andes Way

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.692 **Nonpriority creditor's name and mailing address**
Rey A. Hernandez

178 14th St

Burlington, Colorado 80807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.693 **Nonpriority creditor's name and mailing address**
Mark A. Hernandez

1111 S Utica St

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.694 **Nonpriority creditor's name and mailing address**
Anita Hernandez

138 Glenn Place

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.695 **Nonpriority creditor's name and mailing address**
Jasmine Hernandez

10306 W 59th Pl Apt 2

Arvada, Colorado 80004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.696 **Nonpriority creditor's name and mailing address**
Prentice Herren

6900 Highway 2 Lot 35

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697**

**Nonpriority creditor's name and mailing address**
Anselmo Herrera

1857 S Winona Ct

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.698**

**Nonpriority creditor's name and mailing address**
Cristian Herrera

7420 Bryant St

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.699**

**Nonpriority creditor's name and mailing address**
Adriana Herrera

5546 S Danube Way

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.700**

**Nonpriority creditor's name and mailing address**
Hector Herrera Andrade

10833 Belle Creek Blvd

Commerce City, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.701**

**Nonpriority creditor's name and mailing address**
Sarah L. Hervey

950 52nd Ave Ct Apt O2

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.702**

**Nonpriority creditor's name and mailing address**
Franklin Heslop

16790 E 13th Ave

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.703** Nonpriority creditor's name and mailing address
Douglas Hiatt

6273 E 123rd Ave

Brighton, Colorado 80602

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.704** Nonpriority creditor's name and mailing address
Rebecca Hickey

346 W 109th Avenue

Denver, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.705** Nonpriority creditor's name and mailing address
Aubree Hickman

512 Lincoln St

Fort Morgan, Colorado 80701

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.706** Nonpriority creditor's name and mailing address
Chris Hickman

1014 Ryland Road

Lochbuie, Colorado 80603

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.707** Nonpriority creditor's name and mailing address
Jenesse Hicks

14062 E Iowa Dr Unit 6-605

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.708** Nonpriority creditor's name and mailing address
Bobby Hicks

225 N Sable Blvd #10204

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    <u>Loan Stop Acquisitions LLC</u>                                 Case number *(if known)* 24-16031
Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.709 | **Nonpriority creditor's name and mailing address** <br> <u>Maria Hidalgo</u> <br><br> <u>8562 Field Ct</u> <br><br> <u>Arvada, Colorado 80005</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.710 | **Nonpriority creditor's name and mailing address** <br> <u>Daniel Higginbotham</u> <br><br> <u>9270 Village Pkwy</u> <br><br> <u>Denver, Colorado 80215</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.711 | **Nonpriority creditor's name and mailing address** <br> <u>Lowell Higgins</u> <br><br> <u>5568 S Dodge Ct</u> <br><br> <u>Wichita, Kansas 67217</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.712 | **Nonpriority creditor's name and mailing address** <br> <u>Wanda Hill</u> <br><br> <u>5254 W. 26th Ave., Unit 2</u> <br><br> <u>Edgewater, Colorado 80214</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.713 | **Nonpriority creditor's name and mailing address** <br> <u>Paul M. Hill</u> <br><br> <u>2525 E 104th Ave Unit 1323</u> <br><br> <u>Denver, Colorado 80233</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.714 | **Nonpriority creditor's name and mailing address** <br> <u>Angelica Hill</u> <br><br> <u>14406 E Fremont Ave #4-303</u> <br><br> <u>Englewood, Colorado 80112</u> | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.715**  **Nonpriority creditor's name and mailing address**
James Hill

7931 S Kalispell Way

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.716**  **Nonpriority creditor's name and mailing address**
Desire Hill-Traylor

8001 E 11th Ave Unit 5-107

Denver, Colorado 80220

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.717**  **Nonpriority creditor's name and mailing address**
Jessica Hilt

1228 Eilers Ave

Pueblo, Colorado 81006

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.718**  **Nonpriority creditor's name and mailing address**
Magan Hiltman

745 W 147th Ave #3199

Westminster, Colorado 80023

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.719**  **Nonpriority creditor's name and mailing address**
Thomas Hoff

4382 E Andover Ave

Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.720**  **Nonpriority creditor's name and mailing address**
Devan Hoffman

9783 Pyramid Ct Unit 409

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.721**

**Nonpriority creditor's name and mailing address**
Brian Holcomb

13687 E Dakota Way

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.722**

**Nonpriority creditor's name and mailing address**
Eric Hollie

7615 E Quincy Ave Apt 102

Denver, Colorado 80237

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.723**

**Nonpriority creditor's name and mailing address**
Karen Holmes

3805 6th Ave N

Great Falls, Montana 59405

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.724**

**Nonpriority creditor's name and mailing address**
Sheena K. Holmes

15790 E Alameda Pkwy Apt 204

Aurora, Colorado 80017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.725**

**Nonpriority creditor's name and mailing address**
Jessica A. Holstein

2123 S Holly St

Denver, Colorado 80222

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.726**

**Nonpriority creditor's name and mailing address**
Drake J. Hook

2126 N El Paso St

Colorado Sprgs, Colorado 80907

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727**   **Nonpriority creditor's name and mailing address**
Kathryn A Hopper

2931 Redburn Dr

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.728**   **Nonpriority creditor's name and mailing address**
Hope Hopson

2280 S Oswego Way Apt 205

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.729**   **Nonpriority creditor's name and mailing address**
James R. Hopwood

3128 Antelope Way

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.730**   **Nonpriority creditor's name and mailing address**
Linda Hour

2442 S Eagle Way

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.731**   **Nonpriority creditor's name and mailing address**
James L. House

2550 W 96th Ave Lot 87

Denver, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.732**   **Nonpriority creditor's name and mailing address**
Amy Houston

16199 Green Valley Ranch #2512

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.733** 

Nonpriority creditor's name and mailing address
Pamela Howard

5216 S Riviera Cir

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.734**

Nonpriority creditor's name and mailing address
Lois Howard

15700 E Alameda Pkwy

Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.735**

Nonpriority creditor's name and mailing address
Dashavay S. Howard

1599 S Ivory Cir Unit D

Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.736**

Nonpriority creditor's name and mailing address
Diane Howell

2630 Oakland Ave

Pueblo, Colorado 81004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.737**

Nonpriority creditor's name and mailing address
Aaron Howland

5092 Nighthawk Pkwy

Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.738**

Nonpriority creditor's name and mailing address
Mary Hubbard

3731 S Kirk Way

Aurora, Colorado 80013

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Debtor    <u>Loan Stop Acquisitions LLC</u>                            Case number *(if known)* 24-16031
Name

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.739**

**Nonpriority creditor's name and mailing address**
Amber Huey

17304 E 102nd Pl

Commerce City, Colorado 80022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.740**

**Nonpriority creditor's name and mailing address**
Stephanie Hull

13664 Linden Ct

Thornton, Colorado 80602

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.741**

**Nonpriority creditor's name and mailing address**
Eric Humphrey

16963 E Bethany Pl

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.742**

**Nonpriority creditor's name and mailing address**
Richard Humphrey

1058 S Dahlia St #A29

Denver, Colorado 80246

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.743**

**Nonpriority creditor's name and mailing address**
Bryan Hunt

5026 Hawk Meadow Dr

Colorado Sprgs, Colorado 80916

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.744**

**Nonpriority creditor's name and mailing address**
Tamekia M. Hunt

16611 E ITHICA PL

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.745**

**Nonpriority creditor's name and mailing address**
Michael Huskey

8330 E Quincy Ave

Denver, Colorado 80237

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.746**

**Nonpriority creditor's name and mailing address**
Mohamed Abdulaziz Hussein

10989 Clayton St

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.747**

**Nonpriority creditor's name and mailing address**
Nauliate Hutagalung

3206 S Nucla St

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.748**

**Nonpriority creditor's name and mailing address**
Jeremiah Hyppolite

425 S Galena Way #7-204

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.749**

**Nonpriority creditor's name and mailing address**
Johnathan Hysell

1060 Highway 6 and 50

Mack, Colorado 81525

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.750**

**Nonpriority creditor's name and mailing address**
Lori Ibarra

3770 W 24th St #G26

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.751**

**Nonpriority creditor's name and mailing address**
Mirna Ibarra

18943 E 16th Pl

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.752**

**Nonpriority creditor's name and mailing address**
Isabel A. Ibarra

2626 W 1st St Lot 262

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.753**

**Nonpriority creditor's name and mailing address**
Andrew Infante

616 Pacific Ave

Fort Lupton, Colorado 80621

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.754**

**Nonpriority creditor's name and mailing address**
Randolph Ingersoll

4955 Shelby Dr

Castle Rock, Colorado 80104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.755**

**Nonpriority creditor's name and mailing address**
Jason Ryan Ingram

3501 Stover St Apt 200

Fort Collins, Colorado 80525

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.756**

**Nonpriority creditor's name and mailing address**
Bryan Irizarry-Roig

2180 W 10th Ave

Broomfield, Colorado 80020

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757** Nonpriority creditor's name and mailing address
Brian Ivery

18727 E Progress Pl

Aurora, Colorado 80015

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.758** Nonpriority creditor's name and mailing address
Arionna M. Jackson

8200 W 20th St

Greeley, Colorado 80634

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.759** Nonpriority creditor's name and mailing address
Bridget Jackson

16305 E Alameda Pl Apt 101

Aurora, Colorado 80017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.760** Nonpriority creditor's name and mailing address
Holly Jackson

15950 E Briarwood Cir #315

Aurora, Colorado 80016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.761** Nonpriority creditor's name and mailing address
Tyrone Jackson

2023 E 6th St

Pueblo, Colorado 81001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.762** Nonpriority creditor's name and mailing address
Veronica Jacobo Martinez

2931 North Ave Trlr 39

Grand Junction, Colorado 81504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

Debtor     Loan Stop Acquisitions LLC
           Name                                                          Case number (if known) 24-16031

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.763** **Nonpriority creditor's name and mailing address**
Mohamud Jama

17830 E Princeton Pl

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.764** **Nonpriority creditor's name and mailing address**
Teresa Jammal

1560 S Garfield St

Denver, Colorado 80210

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.765** **Nonpriority creditor's name and mailing address**
June Jaure

9400 E Iliff Ave #104

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.766** **Nonpriority creditor's name and mailing address**
Sarah Jenkins

7321 Bryant St

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.767** **Nonpriority creditor's name and mailing address**
Lynette R. R. Jiron

10701 Pecos St Apt 1312

Northglenn, Colorado 80234

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.768** **Nonpriority creditor's name and mailing address**
Micah Johnson

1655 Hemlock Way

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.769** Nonpriority creditor's name and mailing address
Herbert Johnson

4413 Flaming Gorge Ave

Cheyenne, Wyoming 82001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.770** Nonpriority creditor's name and mailing address
Shelby Johnson

13645 E Yale Ave Unit D

Aurora, Colorado 80014

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.771** Nonpriority creditor's name and mailing address
Felisha Johnson

170 Cherry Cir

Fountain, Colorado 80817

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.772** Nonpriority creditor's name and mailing address
Steven Johnson

6758 W Portland Ave

Littleton, Colorado 80128

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.773** Nonpriority creditor's name and mailing address
Sherry Johnson

2414 14th Avenue

Greeley, Colorado 80631

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.774** Nonpriority creditor's name and mailing address
Candice M. Johnson

325 E 1st St Lot 442

Ault, Colorado 80610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.775** | **Nonpriority creditor's name and mailing address**
Esther Johnston

3565 Eudora St.

Denver, Colorado 80207

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.776** | **Nonpriority creditor's name and mailing address**
Colleen Johnston

17827 Domingo Dr

Parker, Colorado 80134

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.777** | **Nonpriority creditor's name and mailing address**
Jason Jolley

6969 W 90th Ave #531

Broomfield, Colorado 80021

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.778** | **Nonpriority creditor's name and mailing address**
Matthew Jolley

2910 Dawn Dr Apt 4

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.779** | **Nonpriority creditor's name and mailing address**
Leah Jolly

18025 61ST AVE. #2322

Denver, Colorado 80249

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.780** | **Nonpriority creditor's name and mailing address**
George Jones

19010 E Chenango Cir

Aurora, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.781**

**Nonpriority creditor's name and mailing address**
Ronnie Jones

1504 s OURAY CIR #A

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.782**

**Nonpriority creditor's name and mailing address**
Jor Dun Jones

3785 S Delaware St

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.783**

**Nonpriority creditor's name and mailing address**
Keelah Jones

347 Logan Ave

Nunn, Colorado 80648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.784**

**Nonpriority creditor's name and mailing address**
Heidi I. Jones

5041 Garrison St, Apt 202

Wheat Ridge, Colorado 80033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.785**

**Nonpriority creditor's name and mailing address**
Rodney J. Jones

1585 S Norfolk St

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.786**

**Nonpriority creditor's name and mailing address**
Marcus Jones

1113 E Bellmont Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.787**

**Nonpriority creditor's name and mailing address**
Sharon A. Jones

1790 S Pitkin Cir Unit A

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.788**

**Nonpriority creditor's name and mailing address**
Desiree Jones

1501 Northstar Rd 7308

Denton, Texas 76208

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.789**

**Nonpriority creditor's name and mailing address**
Jovan Joseph

1101 Rowena St

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.790**

**Nonpriority creditor's name and mailing address**
Mike Joseph

100 Dayton St Apt B203

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.791**

**Nonpriority creditor's name and mailing address**
Debbie Josue

2299 E 149th Ave

Thornton, Colorado 80602

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.792**

**Nonpriority creditor's name and mailing address**
Mario Juan

2041 6th Ave Apt B

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.793**

**Nonpriority creditor's name and mailing address**
Brandon Jukola

17806 E. GREENWOOD DR. #1636

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.794**

**Nonpriority creditor's name and mailing address**
Shakayla N. Julius

10700 E Dartmouth Ave #R-108

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.795**

**Nonpriority creditor's name and mailing address**
Kumail Jusab

501 N. Ogden Ave.

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.796**

**Nonpriority creditor's name and mailing address**
Elizabeth Kaan

5974 Caitlyn Rose Ln

Middletown, Ohio 45044

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.797**

**Nonpriority creditor's name and mailing address**
Shawn Kailihiwa

3899 Sunridge Terrace Dr

Castle Rock, Colorado 80109

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.798**

**Nonpriority creditor's name and mailing address**
Ted Kalinowski

1753 30th St Apt 4

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                                             **Amount of claim**

---

**3.799**  **Nonpriority creditor's name and mailing address**
Corey Kamerman

4734 Helena St

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.800**  **Nonpriority creditor's name and mailing address**
Cynthia Kasai

3254 S Truckee Way Apt 205

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.801**  **Nonpriority creditor's name and mailing address**
Joshua Keck

2707 Norwich Ave

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.802**  **Nonpriority creditor's name and mailing address**
Lauren Rebecca Kedrow

320 11th Ave S #425

Nashville, Tennessee 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.803**  **Nonpriority creditor's name and mailing address**
Allissa Keen

9117 Royal Melbourne Cir

Peyton, Colorado 80831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.804**  **Nonpriority creditor's name and mailing address**
Brian L. Keim

1451 Turnberry Dr

Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.805**
Nonpriority creditor's name and mailing address
Jared Kelley

5473 Barnstormers Ave

Colorado Sprgs, Colorado 80911

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.806**
Nonpriority creditor's name and mailing address
Keely M. Kelley

320 Lorey Dr

Grand Junction, Colorado 81505

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.807**
Nonpriority creditor's name and mailing address
Brianna Kellner

14003 E Temple Dr #1024

Aurora, Colorado 80015

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.808**
Nonpriority creditor's name and mailing address
Jessica Kelly

7150 Constitution Square hgts

Colorado Sprgs, Colorado 80915

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.809**
Nonpriority creditor's name and mailing address
Khayla Kenner

12968 Grove Way

Broomfield, Colorado 80020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.810**
Nonpriority creditor's name and mailing address
Jody Kerst

5202 E 96th Dr

Denver, Colorado 80229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**   **Amount of claim**

---

**3.811**   **Nonpriority creditor's name and mailing address**
Kathleen Kettl

13650 E Colfax Ave #3329

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.812**   **Nonpriority creditor's name and mailing address**
Willie Key

890 Irving St

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.813**   **Nonpriority creditor's name and mailing address**
Gallia Khaskey

17035 W 94th Ave

Arvada, Colorado 80007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.814**   **Nonpriority creditor's name and mailing address**
Travis Kidd

8761 W. BERRY AVE. #101

Littleton, Colorado 80123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.815**   **Nonpriority creditor's name and mailing address**
Stephanie Kidd

20566 E Maplewood Pl

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.816**   **Nonpriority creditor's name and mailing address**
Christopher Kiefer

53 Macgregor Rd

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor  __Loan Stop Acquisitions LLC_____    Case number (*if known*) 24-16031
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817**  **Nonpriority creditor's name and mailing address**
Kiet V. Kincade

11961 Bellaire St Apt B

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.818**  **Nonpriority creditor's name and mailing address**
Ladaisha King

2531 S Genoa St

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.819**  **Nonpriority creditor's name and mailing address**
Shane Charles King

3611 Morning Glory Dr

Castle Rock, Colorado 80109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.820**  **Nonpriority creditor's name and mailing address**
Shannon Kinnevy

17707 E Durado

Centennial, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.821**  **Nonpriority creditor's name and mailing address**
Laura Kinney

643 ELBRADO BLVD #1332

Broomfield, Colorado 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.822**  **Nonpriority creditor's name and mailing address**
Michael Kippes

11322 Harlan St

Westminster, Colorado 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.823**

**Nonpriority creditor's name and mailing address**
Kristy L. Kirk

2247 S 96th East Ave #D

Tulsa, Oklahoma 74129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.824**

**Nonpriority creditor's name and mailing address**
Shari L. Kirkland

1327 W 84th Ave Apt 13-1322

Federal Heights, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.825**

**Nonpriority creditor's name and mailing address**
Anthony Kirkpatrick

7965 Vallejo St

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.826**

**Nonpriority creditor's name and mailing address**
Stephen Kiser

19873 E Vassar Ave

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.827**

**Nonpriority creditor's name and mailing address**
Jonathan W. Kister

3161 Willow Creek Rd. Apt 232

Prescott, Arizona 86301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.828**

**Nonpriority creditor's name and mailing address**
Barbara Kline

1523 Quitman St. Apt 310

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.829**

**Nonpriority creditor's name and mailing address**
Charla Klipfel

110 S Main St

Fort Morgan, Colorado 80701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.830**

**Nonpriority creditor's name and mailing address**
Laura Kloeppner

205 Lincoln St

Elizabeth, Colorado 80107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.831**

**Nonpriority creditor's name and mailing address**
Samneth Klok

13930 E 104th Dr

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.832**

**Nonpriority creditor's name and mailing address**
Andrew Klopat

8460 Prairie Clover Way

Parker, Colorado 80134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.833**

**Nonpriority creditor's name and mailing address**
Cory A. Knight

4110 Hale Pkwy #1E

Denver, Colorado 80220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.834**

**Nonpriority creditor's name and mailing address**
Robert Knox

711 Fraser St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.835** | **Nonpriority creditor's name and mailing address**
Samuel Korankye

2303 S Vaughn Way Apt 313

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.836** | **Nonpriority creditor's name and mailing address**
Christopher Korf

2909 Des Moines Dr

Fort Collins, Colorado 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.837** | **Nonpriority creditor's name and mailing address**
Julie Korhonen

9427 W Ontario Dr

Littleton, Colorado 80128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.838** | **Nonpriority creditor's name and mailing address**
Vincent Korp

4701 Foothills Dr

Fort Collins, Colorado 80526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.839** | **Nonpriority creditor's name and mailing address**
Donna Kovas

2479 Zenith Ln

Grand Junction, Colorado 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.840** | **Nonpriority creditor's name and mailing address**
Patrick Kramer

2150 W 15th St D101

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
| | Name | |

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.841**

**Nonpriority creditor's name and mailing address**
Debra L. Krause

3822 W 11th St Unit 27

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.842**

**Nonpriority creditor's name and mailing address**
Jonni Kreutzer

23649 E Fremont Cir Unit 201

Aurora, Colorado 80016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.843**

**Nonpriority creditor's name and mailing address**
Molly Kuiken

2526 E Evans Ave

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.844**

**Nonpriority creditor's name and mailing address**
Kylie Kupka

939 Wind River Court

Brighton, Colorado 80601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.845**

**Nonpriority creditor's name and mailing address**
Coyle Kyle

613 Brown Street

Vine Grove, Kentucky 40175

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.846**

**Nonpriority creditor's name and mailing address**
Grocott Kyle

8864 Meade St

Westminster, Colorado 80031

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.847 | **Nonpriority creditor's name and mailing address**<br>Susan A. Labella<br><br>7402 Church Ranch Blvd.<br><br>Broomfield, Colorado 80021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.848 | **Nonpriority creditor's name and mailing address**<br>Cindy Ladd<br><br>950 52nd Avenue Ct #G2<br><br>Greeley, Colorado 80634 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.849 | **Nonpriority creditor's name and mailing address**<br>Benita Lamar<br><br>1109 S Xenia St Apt C<br><br>Denver, Colorado 80247 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.850 | **Nonpriority creditor's name and mailing address**<br>Paul Lambert<br><br>6631 Oneida Street<br><br>Commerce City, Colorado 80022 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.851 | **Nonpriority creditor's name and mailing address**<br>Tory Landgrebe<br><br>10700 Kimblewyck Cir Unit 212<br><br>Northglenn, Colorado 80233 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.852 | **Nonpriority creditor's name and mailing address**<br>Robert J. Lang<br><br>13275 Holly St. Unit C<br><br>Thornton, Colorado 80241 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.853**
Nonpriority creditor's name and mailing address
Gloria Lara

424 32 Road Trailer 193

Clifton, Colorado 81520

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.854**
Nonpriority creditor's name and mailing address
Johnny Lara

4902 E 108th Pl

Thornton, Colorado 80233

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.855**
Nonpriority creditor's name and mailing address
Kathleen Laraon

6380 E Minnesota Dr

Denver, Colorado 80224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.856**
Nonpriority creditor's name and mailing address
Judy Larington

1625 S Iola St Apt 201

Aurora, Colorado 80012

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.857**
Nonpriority creditor's name and mailing address
Amanda Lassoued

4100 Albion St Unit 514

Denver, Colorado 80216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.858**
Nonpriority creditor's name and mailing address
Michael S. Lauer

2140 Oak Pl

Thornton, Colorado 80229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|--------|----------------------------|--|------------------------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.859**

Nonpriority creditor's name and mailing address
Karessa Lauvergeon

8300 Sheridan Blvd Apt 10F

Arvada, Colorado 80003

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.860**

Nonpriority creditor's name and mailing address
Brandon Lawhorn

10175 Park Meadows Dr Unit 105

Littleton, Colorado 80124

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.861**

Nonpriority creditor's name and mailing address
Pamala L. Lawrence

2841 Teller Ave Trlr 11

Grand Junction, Colorado 81501

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.862**

Nonpriority creditor's name and mailing address
Stepanie Lawson

614 White River Dr

Orlando, Florida 32828

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.863**

Nonpriority creditor's name and mailing address
Merrycca Lazcano

621 Oxbow Rd

Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.864**

Nonpriority creditor's name and mailing address
Megen J. Lear

13812 Linden Ct.

Brighton, Colorado 80602

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.865**

**Nonpriority creditor's name and mailing address**
Bruce Lee

11750 Harrison St

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.866**

**Nonpriority creditor's name and mailing address**
Dillon Lee

102 Main St Lot 1

Boone, Colorado 81025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.867**

**Nonpriority creditor's name and mailing address**
Linda Lee

9758 Laredo St Unit 13A

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.868**

**Nonpriority creditor's name and mailing address**
Stephanie M. Lee

PO Box 51

Severance, Colorado 80546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.869**

**Nonpriority creditor's name and mailing address**
Morghan Lee

2885 E Midway Blvd Lot 200

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.870**

**Nonpriority creditor's name and mailing address**
Nina Lee

13021 E 21st Ave #B463

Aurora, Colorado 80045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

**3.871** **Nonpriority creditor's name and mailing address**
Norvin Lee

44 Red Mesa Homes

Crownpoint, New Mexico 87313

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.872** **Nonpriority creditor's name and mailing address**
Dolores V. Legarda

9 S Gay Dr

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.873** **Nonpriority creditor's name and mailing address**
Samuel Leonardi

1515 Baxtar St

Mack, Colorado 81525

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.874** **Nonpriority creditor's name and mailing address**
Katrina Lesse

4035 S Lincoln St

Englewood, Colorado 80113

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.875** **Nonpriority creditor's name and mailing address**
Jamie Lester Bodon

4580 W Mineral Dr Unit 1427

Littleton, Colorado 80128

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.876** **Nonpriority creditor's name and mailing address**
Betty Leung

1716 W 34th Ave

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.877** Nonpriority creditor's name and mailing address
Joseph Levasseur
2886 S Bannock St
Englewood, Colorado 80110

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.878** Nonpriority creditor's name and mailing address
Eric Lewis
9950 E Mexico Ave #704
Denver, Colorado 80247

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.879** Nonpriority creditor's name and mailing address
Eli Leyba
1519 S Galena Way #1217
Aurora, Colorado 80247

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.880** Nonpriority creditor's name and mailing address
Alexandria Licon
1728 E Abriendo Ave
Pueblo, Colorado 81004

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.881** Nonpriority creditor's name and mailing address
Arleen Liddell
2664 S Xanadu Way #B
Aurora, Colorado 80014

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.882** Nonpriority creditor's name and mailing address
Sarah Liebsock
8263 W Floyd Ave Apt 6-106
Lakewood, Colorado 80227

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.883**

**Nonpriority creditor's name and mailing address**
Shelly M. Lindemann

950 S Cimarron Way Apt G101

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.884**

**Nonpriority creditor's name and mailing address**
Tiffany Lindsey

4221 Lipan St

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.885**

**Nonpriority creditor's name and mailing address**
Jason Lintz

8600 E Alameda Ave #19-207

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.886**

**Nonpriority creditor's name and mailing address**
Matthew Lira

9451 WELBY ROAD #533

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.887**

**Nonpriority creditor's name and mailing address**
Crystal Littleton

420 W 12th Ave Unit 1002

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.888**

**Nonpriority creditor's name and mailing address**
Sandra Lizarraga

213 16th Ave

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.889** 

**Nonpriority creditor's name and mailing address**
Carlos Llamas Leyva

1029 49th Ave Apt 1

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.890** 

**Nonpriority creditor's name and mailing address**
Isaiah Loader

3826 W 7th St Road

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.891** 

**Nonpriority creditor's name and mailing address**
Mark L. Loehrig

10700 E Dartmouth Ave Apt O211

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.892** 

**Nonpriority creditor's name and mailing address**
Leilani Loepp

15933 E 112th Pl

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.893** 

**Nonpriority creditor's name and mailing address**
Latrice M. Logan

11400 E Peakview Ave #2101

Englewood, Colorado 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.894** 

**Nonpriority creditor's name and mailing address**
Timothy Loghry

2728 Winnipeg St

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.895**

**Nonpriority creditor's name and mailing address**
Laura Loma

3318 W 7th St Apt 6

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.896**

**Nonpriority creditor's name and mailing address**
Luke James Lombardi-Marsh

1030 E 90th Ave

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.897**

**Nonpriority creditor's name and mailing address**
Jennifer Lomeli

9658 Harris Cir

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.898**

**Nonpriority creditor's name and mailing address**
Kendraann Long

9150 Gale Blvd Unit 2

Thornton, Colorado 80260

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.899**

**Nonpriority creditor's name and mailing address**
Martha L. Long

8794 W. 76th Ave.

Arvada, Colorado 80005

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.900**

**Nonpriority creditor's name and mailing address**
Jason I. Looney

388 Southland Dr E

London, Kentucky 40744

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.901**   **Nonpriority creditor's name and mailing address**
Brandi Lopez

4812 Beach Ct

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.902**   **Nonpriority creditor's name and mailing address**
Demetrius L. Lopez

6718 S Holland Way

Littleton, Colorado 80128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.903**   **Nonpriority creditor's name and mailing address**
Marissa Lopez

6970 Osage St Unit C

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.904**   **Nonpriority creditor's name and mailing address**
Juliet Lopez

6600 8th St #4303

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.905**   **Nonpriority creditor's name and mailing address**
Christina Lopez

5731 W 92nd Ave Apt 126

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.906**   **Nonpriority creditor's name and mailing address**
Jazmin Lopez

6978 Colorado Blvd #2A

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** Nonpriority creditor's name and mailing address
Mai Lor

7235 Tennyson St Apt D

Westminster, Colorado 80030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.908** Nonpriority creditor's name and mailing address
Charles Lotz

3580 Van Teylingen Dr

Colorado Sprgs, Colorado 80917

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.909** Nonpriority creditor's name and mailing address
Peter Loughran

21 Rd 5772

Farmington, New Mexico 87401

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.910** Nonpriority creditor's name and mailing address
Stacy Lovato

404 E 1st St

Ordway, Colorado 81063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.911** Nonpriority creditor's name and mailing address
Heather Love

1600 Glenarm Pl Apt 1609

Denver, Colorado 80202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.912** Nonpriority creditor's name and mailing address
Samihah Lovelace

1095 Tennyson St

Denver, Colorado 80204

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.913**

Nonpriority creditor's name and mailing address
Kiana Lovett

15555 E 40th Ave Unit 10

Denver, Colorado 80239

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.914**

Nonpriority creditor's name and mailing address
Jack Lovett

1502 Wicklow Ln

Fort Collins, Colorado 80526

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.915**

Nonpriority creditor's name and mailing address
Ezra Lowe

15925 E Radcliff Pl #B

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.916**

Nonpriority creditor's name and mailing address
John P. Lowery

2692 Cherry Cir

Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.917**

Nonpriority creditor's name and mailing address
Caylynn Lucero

3175 S Winona Ct.

Denver, Colorado 80236

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.918**

Nonpriority creditor's name and mailing address
Dena Lucero

2500 High St

Canon City, Colorado 81212

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.919** Nonpriority creditor's name and mailing address
Janice Lucero
6113 UNO ST
Arvada, Colorado 80003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.920** Nonpriority creditor's name and mailing address
Celina Lucero
1911 Hollywood Dr
Pueblo, Colorado 81005

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.921** Nonpriority creditor's name and mailing address
Yvonne Lucero
2917 Ridgeview Cir Apt A
Erie, Colorado 80516

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.922** Nonpriority creditor's name and mailing address
Adam A. Lucero
1828 Lakeside Dr
Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.923** Nonpriority creditor's name and mailing address
Leandra J. Lucero
19487 E 62nd Ave
Aurora, Colorado 80019

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.924** Nonpriority creditor's name and mailing address
Cynthia Lucio
6437 Stuart St
Arvada, Colorado 80003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.925** **Nonpriority creditor's name and mailing address**
Adam Luera

9893 Fairwood St

Littleton, Colorado 80125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.926** **Nonpriority creditor's name and mailing address**
Eduardo Luevano

4769 Williams St

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.927** **Nonpriority creditor's name and mailing address**
Mindy Lujan

1907 14TH STREET

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.928** **Nonpriority creditor's name and mailing address**
Erica M. Lujan

1723 Railroad Diagonal

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.929** **Nonpriority creditor's name and mailing address**
Armando Luna

13070 Tamarac St

Thornton, Colorado 80602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.930** **Nonpriority creditor's name and mailing address**
Juan Jose Luna-Carillo

3060 E Bridge St Lot 45

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.931** **Nonpriority creditor's name and mailing address**
Bradley E. Lundy

1768 E. 96th Dr.

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.932** **Nonpriority creditor's name and mailing address**
Joshua D. Lutz

20193 E Batavia Dr

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.933** **Nonpriority creditor's name and mailing address**
Pamela Ly

15020 E Lehigh Ave

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.934** **Nonpriority creditor's name and mailing address**
Joshua Lyles

4011 Rosewood Dr

Dover, Delaware 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.935** **Nonpriority creditor's name and mailing address**
Efren Macan

15390 E Evans Ave Apt 101

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.936** **Nonpriority creditor's name and mailing address**
Clayton Mace

322 S Chelton Rd

Colorado Sprgs, Colorado 80910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.937**

**Nonpriority creditor's name and mailing address**
Stephanie Macias

8681 E 104th Ave

Henderson, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.938**

**Nonpriority creditor's name and mailing address**
Scott A. Macinnes

21588 E Crestline Ln

Centennial, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.939**

**Nonpriority creditor's name and mailing address**
Amber C. Mack

9045 E Girard Ave #55

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.940**

**Nonpriority creditor's name and mailing address**
Jodie Madrid

12153 Melody Dr. Apt 21-303

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.941**

**Nonpriority creditor's name and mailing address**
Sonia V. Madrid

7885 S Logan St

Littleton, Colorado 80122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.942**

**Nonpriority creditor's name and mailing address**
Vanessa Madril

3945 S Federal Blvd Unit A

Englewood, Colorado 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>**Amount of claim**</td></tr>
<tr>
<td>3.943</td>
<td>**Nonpriority creditor's name and mailing address**<br>Joseph A. Maes<br><br>400 Hickory St Lot 19<br><br>Fort Collins, Colorado 80524<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
<tr>
<td>3.944</td>
<td>**Nonpriority creditor's name and mailing address**<br>Amanda Maestas<br><br>2840 W 116th Pl #101<br><br>Denver, Colorado 80234<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
<tr>
<td>3.945</td>
<td>**Nonpriority creditor's name and mailing address**<br>Donna Maez<br><br>13274 Lackland Dr<br><br>Denver, Colorado 80239<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
<tr>
<td>3.946</td>
<td>**Nonpriority creditor's name and mailing address**<br>Erika Maggard<br><br>8354 S Holland Way #201<br><br>Littleton, Colorado 80128<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
<tr>
<td>3.947</td>
<td>**Nonpriority creditor's name and mailing address**<br>Tiffany Mahaso<br><br>9180 Norway Ct<br><br>Parker, Colorado 80134<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
<tr>
<td>3.948</td>
<td>**Nonpriority creditor's name and mailing address**<br>Christine Mahaxay<br><br>8525 W 53rd Ave Apt 202<br><br>Arvada, Colorado 80002<br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes</td>
<td>$ 1,223.00</td>
</tr>
</table>

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.949**
**Nonpriority creditor's name and mailing address**
Amber Mahaxay

8305 NW 161st Terrace

Edmond, Oklahoma 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.950**
**Nonpriority creditor's name and mailing address**
Cory Maj

11764 Elizabeth Cir

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.951**
**Nonpriority creditor's name and mailing address**
Ruben Maldonado

672 Ingalls St

Denver, Colorado 80214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.952**
**Nonpriority creditor's name and mailing address**
Jessica Maldonado

2501 Ash Ave Apt 32

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.953**
**Nonpriority creditor's name and mailing address**
Samuel David Maldonado

11154 Dexter Dr

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.954**
**Nonpriority creditor's name and mailing address**
Maricela Maldonado

6500 E 88th Ave Lot 122

Henderson, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.955**

**Nonpriority creditor's name and mailing address**
Ivory Manis

19420 E 61st Dr

Aurora, Colorado 80019

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.956**

**Nonpriority creditor's name and mailing address**
Harold E. Manley

2225 Karakul Dr

Fort Collins, Colorado 80526

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.957**

**Nonpriority creditor's name and mailing address**
Cristal Manriquez

3653 S Olathe St

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.958**

**Nonpriority creditor's name and mailing address**
Joshua Manzanares

265 Cleveland Ct

Bennett, Colorado 80102

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.959**

**Nonpriority creditor's name and mailing address**
Fantasia Manzanares

484 Tracy Dr Apt 2

Clifton, Colorado 81520

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.960**

**Nonpriority creditor's name and mailing address**
Deanna Marcen

208 Starlite Dr

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.961**   **Nonpriority creditor's name and mailing address**
Joyce Marquez

4102 E 107th Court

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.962**   **Nonpriority creditor's name and mailing address**
Justine M. Marquez

12132 Locust St

Brighton, Colorado 80602

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.963**   **Nonpriority creditor's name and mailing address**
Candace M. Marshall

1185 Clinton St

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.964**   **Nonpriority creditor's name and mailing address**
Kaitlyne Marsolek

12033 W Yuma St

Avondale, Arizona 85323

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.965**   **Nonpriority creditor's name and mailing address**
Kimberly Dawn Martel

2060 W 10th Avenue #G205

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.966**   **Nonpriority creditor's name and mailing address**
Gabrial G. Martel

2060 W 10TH AVE APT G205

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.967**

**Nonpriority creditor's name and mailing address**
Marlene Martin

15069 E Mexico Dr.

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.968**

**Nonpriority creditor's name and mailing address**
Kellie K. Martin

5811 Flax Trl.

Billings, Montana 59106

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.969**

**Nonpriority creditor's name and mailing address**
Shaul Martin

8405 E Hampden Ave #6K

Denver, Colorado 80231

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.970**

**Nonpriority creditor's name and mailing address**
Rob Martin

1324 S Francis St

Longmont, Colorado 80501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.971**

**Nonpriority creditor's name and mailing address**
Gina R. Martin

1920 S Hannibal St #A

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.972**

**Nonpriority creditor's name and mailing address**
Natasha D. Martin

364 S Xanadu St

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

**3.973** **Nonpriority creditor's name and mailing address**
Timothy Martin
2602 Timberwood Dr. Unit 35
Fort Collins, Colorado 80528

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.974** **Nonpriority creditor's name and mailing address**
Daniel A. Martinez
2904 Pinyon Ave Apt B
Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.975** **Nonpriority creditor's name and mailing address**
Travis Martinez
4720 S. Dudley St. Apt 42
Littleton, Colorado 80123

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.976** **Nonpriority creditor's name and mailing address**
Evangaline Martinez
4227 Lipan St
Denver, Colorado 80211

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.977** **Nonpriority creditor's name and mailing address**
Sindy Martinez
831 Hamilton St
Sterling, Colorado 80751

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.978** **Nonpriority creditor's name and mailing address**
Christopher P. Martinez
8873 Colorado Blvd Apt 104
Denver, Colorado 80229

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**     | **Amount of claim**

**3.979**
Nonpriority creditor's name and mailing address
Maria Martinez
8129 S Mobile Way
Englewood, Colorado 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.980**
Nonpriority creditor's name and mailing address
Arcadia Martinez
425 S 28th Ln
Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.981**
Nonpriority creditor's name and mailing address
Theresa Martinez
4205 Cottonwood Lakes Blvd
Denver, Colorado 80241

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.982**
Nonpriority creditor's name and mailing address
Bernita Martinez
2680 B 1/2 Rd. Apt 31B
Grand Junction, Colorado 81503

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.983**
Nonpriority creditor's name and mailing address
Hannah Martinez
3322 W 134th Ave
Broomfield, Colorado 80020

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.984**
Nonpriority creditor's name and mailing address
Dawn Martinez
8189 Birch Dr
Rye, Colorado 81069

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.985**

Nonpriority creditor's name and mailing address
Maryah Martinez

2026 Carlee Dr Apt A11

Pueblo, Colorado 81005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.986**

Nonpriority creditor's name and mailing address
Melissa Martinez

2800 W. 103rd Ave. Apt 1618

Federal Heights, Colorado 80260

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.987**

Nonpriority creditor's name and mailing address
Adilene Martinez

3609 Twilight Dr Lot 27

Rapid City, South Dakota 57703

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.988**

Nonpriority creditor's name and mailing address
John Martinez

6503 S Steele St

Littleton, Colorado 80121

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.989**

Nonpriority creditor's name and mailing address
Ramiro Martinez

9970 W 59th Ave #303

Arvada, Colorado 80004

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.990**

Nonpriority creditor's name and mailing address
Taylor Lauriana Martinez

9536 Dexter Ln

Thornton, Colorado 80229

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.991**    **Nonpriority creditor's name and mailing address**
Daniel Martinez

24 S Holman Way #A1

Golden, Colorado 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.992**    **Nonpriority creditor's name and mailing address**
Eva V. Martinez- Martinez

7481 Beach Ct

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.993**    **Nonpriority creditor's name and mailing address**
Teresa D. Martinez

7343 E 7th Ave

Denver, Colorado 80230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.994**    **Nonpriority creditor's name and mailing address**
David A. Martinez

3601 N Williams St

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.995**    **Nonpriority creditor's name and mailing address**
Isabel Martinez

5924 Monaco St Ste A

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.996**    **Nonpriority creditor's name and mailing address**
David Martinez

3999 N Colorado Blvd #310

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

Debtor    Loan Stop Acquisitions LLC
          _____
          Name                                                                    Case number (if known) 24-16031

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.997** Nonpriority creditor's name and mailing address
Julian Martinez

4262 Apollo Village Cir #A

Colorado Sprgs, Colorado 80916

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.998** Nonpriority creditor's name and mailing address
Melanie Martinez

1428 Sunnyside St

Littleton, Colorado 80126

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.999** Nonpriority creditor's name and mailing address
Jose Hidalgo- Martinez

8009 Greenwood Blvd

Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1000** Nonpriority creditor's name and mailing address
Kristen Martinez

1114 Cherry Ct

Fort Lupton, Colorado 80621

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1001** Nonpriority creditor's name and mailing address
Deno O. Martinez

7206 W 84th Way Apt 816

Arvada, Colorado 80003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1002** Nonpriority creditor's name and mailing address
Eric Martinez

1720 Wabash St

Denver, Colorado 80220

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1003**    **Nonpriority creditor's name and mailing address**
Danielle Martinez

6825 S. Field St. Apt 101

Littleton, Colorado 80128

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1004**    **Nonpriority creditor's name and mailing address**
Tommy Martinez

2912 Bunting Ave

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1005**    **Nonpriority creditor's name and mailing address**
Anita Mascarenas

103 Mount Homestake Dr

Leadville, Colorado 80461

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1006**    **Nonpriority creditor's name and mailing address**
Kathalyne Mason

1450 Blue Sky Way Unit 12-202

Erie, Colorado 80516

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1007**    **Nonpriority creditor's name and mailing address**
Sierra Nicole Mason

5202 Truckee St.

Denver, Colorado 80249

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1008**    **Nonpriority creditor's name and mailing address**
Robert Matamores

3721 Devonshire Ln

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|--------|---------------------------|--|----------------------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1009**

**Nonpriority creditor's name and mailing address**
Kimberly Matchie

8901 Grant St Apt 933

Thornton, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1010**

**Nonpriority creditor's name and mailing address**
Vanessa Mateo

33550 E State Hwy 96 Lot 213

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1011**

**Nonpriority creditor's name and mailing address**
Rachelle V. Matossian

3189 S Sedalia Way

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1012**

**Nonpriority creditor's name and mailing address**
Kelli Matz

9355 W 48th Ave Apt 11

Wheat Ridge, Colorado 80033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1013**

**Nonpriority creditor's name and mailing address**
Patience N. Mavinga

800 S Ironton St Unit A301

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1014**

**Nonpriority creditor's name and mailing address**
Brandon May

3400 S Lowell Blvd Apt 13-302

Denver, Colorado 80236

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1015** **Nonpriority creditor's name and mailing address**
Casey J. McBee

368 E 88th Ave Apt 514

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1016** **Nonpriority creditor's name and mailing address**
Cornell McCain

982 Vaughn St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1017** **Nonpriority creditor's name and mailing address**
Nancy McClure

915 S Honeysuckle Dr

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1018** **Nonpriority creditor's name and mailing address**
Katrina McCormick

445 1/2 Morning Dove Dr

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1019** **Nonpriority creditor's name and mailing address**
Ted McCune

3045 1/2 Mohawk Ave

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1020** **Nonpriority creditor's name and mailing address**
Guadalupe I. McDaniel

1901 Constitution Rd Lot 34

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1021** **Nonpriority creditor's name and mailing address**
Eric McDonald

3708 Valley View Ave

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1022** **Nonpriority creditor's name and mailing address**
Donna McDougall

12352 W Iowa Dr

Denver, Colorado 80228

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1023** **Nonpriority creditor's name and mailing address**
Robb P. McElhinney

4872 E Kentucky Ave Unit B

Denver, Colorado 80246

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1024** **Nonpriority creditor's name and mailing address**
Mauriel McElveen

3267 Tucson St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1025** **Nonpriority creditor's name and mailing address**
Latrisha McElveen

3267 Tucson St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1026** **Nonpriority creditor's name and mailing address**
Whitney McGee

5223 Scranton St

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1027** **Nonpriority creditor's name and mailing address**
Jackie McGee

708 Horizon Drive #140

Grand Junction, Colorado 81506

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1028** **Nonpriority creditor's name and mailing address**
Ryan McGlinchey

10200 Park Meadows Dr

Littleton, Colorado 80124

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1029** **Nonpriority creditor's name and mailing address**
Candace McGuire

197 Rincon Dr

Grand Junction, Colorado 81503

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1030** **Nonpriority creditor's name and mailing address**
Amanda R. McKay

430 Chipeta Ave Apt 21

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1031** **Nonpriority creditor's name and mailing address**
Shean McKelvin

11731 Galapago Ct

Northglenn, Colorado 80234

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1032** **Nonpriority creditor's name and mailing address**
Jericca Dasha McKeown

1320 Anita St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.1033**

**Nonpriority creditor's name and mailing address**
Vincent C. McKinnon

1441 S. Nucla St.

Aurora, Colorado 80017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1034**

**Nonpriority creditor's name and mailing address**
Paul McKlem

29324 E US Highway 50

Pueblo, Colorado 81006

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1035**

**Nonpriority creditor's name and mailing address**
Bethany McLean

6766 Fairfax Dr

Provo, Utah 84604

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1036**

**Nonpriority creditor's name and mailing address**
Ashleigh McLeese

3825 S Monaco Pkwy Apt 131

Denver, Colorado 80237

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1037**

**Nonpriority creditor's name and mailing address**
Constance McMillan

P.O. Box 26125

Colorado Sprgs, Colorado 80936

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1038**

**Nonpriority creditor's name and mailing address**
Sheena McMillan

1236 Saluda Rd.

Chester, South Carolina 29706

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.1039**  **Nonpriority creditor's name and mailing address**
Megan McMillen

10571 Colorado Blvd #F107

THORTON, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1040**  **Nonpriority creditor's name and mailing address**
Terwanda McMoore

5003 W 30th Ave

Denver, Colorado 80212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1041**  **Nonpriority creditor's name and mailing address**
Sharlene McNeeley

641 Potomac St Apt 216

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1042**  **Nonpriority creditor's name and mailing address**
Ashley Dorothy Meachum

4901 W 93rd Ave Apt 2123

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1043**  **Nonpriority creditor's name and mailing address**
Jason Mead

1085 W. 112th Ave. Unit B

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1044**  **Nonpriority creditor's name and mailing address**
Jacob Medina

6795 S Field St Apt 203

Littleton, Colorado 80128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1045**

**Nonpriority creditor's name and mailing address**
Karen Medina

6145 Chase St

Arvada, Colorado 80003

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1046**

**Nonpriority creditor's name and mailing address**
Brooke Medina

4839 S. QUINTERO ST.

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1047**

**Nonpriority creditor's name and mailing address**
Priscilla Medrano

5211 W 11th Street Rd

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1048**

**Nonpriority creditor's name and mailing address**
Cody Meidinger

334 BERWICK AVE

Firestone, Colorado 80520

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1049**

**Nonpriority creditor's name and mailing address**
Jose L. Mejia

25464 E 5th Ave

Aurora, Colorado 80018

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1050**

**Nonpriority creditor's name and mailing address**
Tsega Mekonnen

24357 E Ada Ave

Aurora, Colorado 80018

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1051**

**Nonpriority creditor's name and mailing address**
Stephen Meleski

2504 16th Street

Two Rivers, Wisconsin 54241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1052**

**Nonpriority creditor's name and mailing address**
Florencia Melgarejo

4375 S Granby Way

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1053**

**Nonpriority creditor's name and mailing address**
Debra Y. Melton

13363 E Asbury Dr Apt 202

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1054**

**Nonpriority creditor's name and mailing address**
Lazaro Menchaca

5006 Griffith Ave

Cheyenne, Wyoming 82009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1055**

**Nonpriority creditor's name and mailing address**
Patricia A. Mendez

205 N 50th Ave

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1056**

**Nonpriority creditor's name and mailing address**
Erika Mendoza

520 10th Ave Unit C

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1057 **Nonpriority creditor's name and mailing address**
Tom M. Mendoza
1709 27th St
Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

3.1058 **Nonpriority creditor's name and mailing address**
Mario Julio Mendoza
32 S Amherst St
Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

3.1059 **Nonpriority creditor's name and mailing address**
Rachel Mendoza
350 W 114th Ave #1801
Northglenn, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

3.1060 **Nonpriority creditor's name and mailing address**
Sulma Mendoza-Rios
1608 Newark St
Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

3.1061 **Nonpriority creditor's name and mailing address**
Ruben Mercado
1411 7th St
Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

3.1062 **Nonpriority creditor's name and mailing address**
Farale L. Miles
18425 E Flora Dr #F
Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.1063  **Nonpriority creditor's name and mailing address**
Torianne Millender

1134 Carrington Dr.

Saint Peters, Missouri 63376

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1064  **Nonpriority creditor's name and mailing address**
Sheena Miller

2023 Carlee Dr Apt A

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1065  **Nonpriority creditor's name and mailing address**
Christine Miller

519 Gilpin St

Otis, Colorado 80743

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1066  **Nonpriority creditor's name and mailing address**
Elizabeth Miller

5604 S Sicily Cir

Aurora, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1067  **Nonpriority creditor's name and mailing address**
Robert Miller

2122 28th Ave Apt A

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1068  **Nonpriority creditor's name and mailing address**
Tshannon Miller

3711 W 68th Ave Apt 302F

Westminster, Colorado 80030

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                                      **Amount of claim**

---

**3.1069**

**Nonpriority creditor's name and mailing address**
Karizma Miller

221 N. Logan Ave.

Colorado Sprgs, Colorado 80909

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1070**

**Nonpriority creditor's name and mailing address**
Jerry Milligan

21412 E Crestridge Pl

Centennial, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1071**

**Nonpriority creditor's name and mailing address**
Erin Milliorn

5245 Timber Pl

Elizabeth, Colorado 80107

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1072**

**Nonpriority creditor's name and mailing address**
Molly Milusnic

2700 Troy Ave Apt F624

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1073**

**Nonpriority creditor's name and mailing address**
Chad Minch

380 Terri Dr Apt 8

Loveland, Colorado 80537

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1074**

**Nonpriority creditor's name and mailing address**
Michael Miner

12255 Claude Court #1016

Thornton, Colorado 80241

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1075**

**Nonpriority creditor's name and mailing address**
Dandrea Miner

11285 E Alameda Ave Apt 15

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1076**

**Nonpriority creditor's name and mailing address**
Farah Minjares

332 N 11th Ave

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1077**

**Nonpriority creditor's name and mailing address**
Hannah Mints

710 Carbondale Dr #D

Dacono, Colorado 80514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1078**

**Nonpriority creditor's name and mailing address**
Deidra Mitchek

5256 S Jellison St

Littleton, Colorado 80123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1079**

**Nonpriority creditor's name and mailing address**
Angela Mitchell

5935 Nora Pt Apt 103

Colorado Sprgs, Colorado 80919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1080**

**Nonpriority creditor's name and mailing address**
Michael Mixon

201 S Jasper Cir bldg 21-102

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1081** Nonpriority creditor's name and mailing address
Kelly Mockerman

8860 Westminster Blvd Unit 462

Westminster, Colorado 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1082** Nonpriority creditor's name and mailing address
Bernard D. Mokalo

5442 Netherland St

Denver, Colorado 80249

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1083** Nonpriority creditor's name and mailing address
Joshua Molina

319 S Hazel Ct #107

Denver, Colorado 80219

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1084** Nonpriority creditor's name and mailing address
Veronica M. Molina

7999 Kendall St

Arvada, Colorado 80003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1085** Nonpriority creditor's name and mailing address
Brandy Monarrez

7981 Olive St

Commerce City, Colorado 80022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1086** Nonpriority creditor's name and mailing address
Liz Montalvo

2507 Balsam Ave

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1087**

**Nonpriority creditor's name and mailing address**
Joaquin Montano

10405 Horseback Ridge Ave

Las Vegas, Nevada 89144

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1088**

**Nonpriority creditor's name and mailing address**
Therese Montez

27908 Iris Rd

Pueblo, Colorado 81006

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1089**

**Nonpriority creditor's name and mailing address**
Michael Montoya

5281 Goshawk St

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1090**

**Nonpriority creditor's name and mailing address**
John Montoya

12793 Yates Cir

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1091**

**Nonpriority creditor's name and mailing address**
Kimberley Montoya

718 E 5th St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1092**

**Nonpriority creditor's name and mailing address**
Jennifer M. Montoya

c/o Payday Loan Debt Relief

Clarksville, Tennessee 37042

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

Debtor    Loan Stop Acquisitions LLC
          Name                                                    Case number (if known) 24-16031

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1093**  **Nonpriority creditor's name and mailing address**
Josephine M. Montoya

4343 Liverpool Ct

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1094**  **Nonpriority creditor's name and mailing address**
Israel Montoya

210 Coolidge Ct

Bennett, Colorado 80102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1095**  **Nonpriority creditor's name and mailing address**
David I. Montoya

10910 Rosalie Dr

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1096**  **Nonpriority creditor's name and mailing address**
Trina Montoya

9736 Elizabeth St

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1097**  **Nonpriority creditor's name and mailing address**
Oscar Montoya-Ramos

10767 E Virginia Ave Unit L

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1098**  **Nonpriority creditor's name and mailing address**
Crystal V. Moon

11310 Melody Dr #8-106

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor    Loan Stop Acquisitions LLC       Case number *(if known)* 24-16031
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1099** | **Nonpriority creditor's name and mailing address**
Gloria M. Moore

10248 Kimberwick Dr

Littleton, Colorado 80125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1100** | **Nonpriority creditor's name and mailing address**
Tiffany Moore

484 S Saunders Dr W

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1101** | **Nonpriority creditor's name and mailing address**
Joshua D. Moore

2150 W 15th St Apt 103B

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1102** | **Nonpriority creditor's name and mailing address**
Robert Moore

1430 Main St

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1103** | **Nonpriority creditor's name and mailing address**
Kathleen A. Moore

1840 Linden Ave Apt 1

Grand Junction, Colorado 81503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1104** | **Nonpriority creditor's name and mailing address**
Rochelle M. Moore

19303 E 57th Ave Apt 102

Aurora, Colorado 80019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1105**

**Nonpriority creditor's name and mailing address**
David M. Moore

11310 Melody Dr Apt 1-308

Northglenn, Colorado 80234

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1106**

**Nonpriority creditor's name and mailing address**
Beverly Moraga

7650 Pennsylvania Ct

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1107**

**Nonpriority creditor's name and mailing address**
Raymond Morales

2818 Kendall St Apt 304

Denver, Colorado 80214

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1108**

**Nonpriority creditor's name and mailing address**
Jorge De La Rosa- Morales

1954 W. 76th Ave. Apt 1004

Denver, Colorado 80221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1109**

**Nonpriority creditor's name and mailing address**
Daniel Moran

3456 N Downing St

Denver, Colorado 80205

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1110**

**Nonpriority creditor's name and mailing address**
Ben Moreno

4695 Thompson Ct

Denver, Colorado 80216

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1111**

**Nonpriority creditor's name and mailing address**
Eric Moreno

113 Iron Wedge Cir #203

Parachute, Colorado 81635

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1112**

**Nonpriority creditor's name and mailing address**
Alexis Moreno

700 W 91st Ave Apt D302

Thornton, Colorado 80260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1113**

**Nonpriority creditor's name and mailing address**
Clayton H. Morgan

3445 Riva Ridge Pl Apt H201

Fort Collins, Colorado 80526

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1114**

**Nonpriority creditor's name and mailing address**
Emma Morgan

3445 Riva Ridge Pl Apt H201

Fort Collins, Colorado 80526

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1115**

**Nonpriority creditor's name and mailing address**
Finda Morlu

2383 S Vaughn Way #211

Aurora, Colorado 80014

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1116**

**Nonpriority creditor's name and mailing address**
Alisha Morris

13037 Magnolia St

Thornton, Colorado 80602

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

Debtor     Loan Stop Acquisitions LLC
      Name                                            Case number *(if known)* 24-16031

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1117**   **Nonpriority creditor's name and mailing address**
Shenika Mosley

10086 Henman Ter

Peyton, Colorado 80831

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1118**   **Nonpriority creditor's name and mailing address**
Thomas Moya

543 Hermosa St

Brighton, Colorado 80603

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1119**   **Nonpriority creditor's name and mailing address**
Jose Moya

15902 E. MARISA PLACE

San Antonio, Texas 78247

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1120**   **Nonpriority creditor's name and mailing address**
Jennifer Mullins

535 Roosevelt Ave Apt 405

Pawtucket, Rhode Island 0

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1121**   **Nonpriority creditor's name and mailing address**
Alexjandro R. Munguia

1233 S Joplin St

Aurora, Colorado 80017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1122**   **Nonpriority creditor's name and mailing address**
Matt Murcray

7309 W Hampden Ave #3901

Denver, Colorado 80227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Debtor    <u>Loan Stop Acquisitions LLC</u>           Case number *(if known)* 24-16031
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1123**    **Nonpriority creditor's name and mailing address**
Denise Murphy

1927 27th Ave

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1124**    **Nonpriority creditor's name and mailing address**
Candace L. Muse

6562 S Dover St

Littleton, Colorado 80123

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1125**    **Nonpriority creditor's name and mailing address**
Angela R. Mushatt

2178 30th Street #512

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1126**    **Nonpriority creditor's name and mailing address**
Lydia M. Nabatyanga

14204 E First Dr Apt C11

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1127**    **Nonpriority creditor's name and mailing address**
John Nair

10412 W Dartmouth Ave

Lakewood, Colorado 80227

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1128**    **Nonpriority creditor's name and mailing address**
Juan Naranjo

735 Galena St

Aurora, Colorado 80010

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                                    Amount of claim

**3.1129**

**Nonpriority creditor's name and mailing address**
Melissa M. Naranjo

1801 26th Avenue Ct

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1130**

**Nonpriority creditor's name and mailing address**
Carlos Narquez

1312 S Terry St

Longmont, Colorado 80501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1131**

**Nonpriority creditor's name and mailing address**
Hunpiya Nathan

4801 S Acoma St Apt 36

Englewood, Colorado 80110

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1132**

**Nonpriority creditor's name and mailing address**
William D. Naugle

4300 Yellowbells Dr.

Evans, Colorado 80620

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1133**

**Nonpriority creditor's name and mailing address**
Jessica Nava

795 Jessup St

Brighton, Colorado 80601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1134**

**Nonpriority creditor's name and mailing address**
Robert Navarro

9100 Tejon St Lot 188

Denver, Colorado 80260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1135**

**Nonpriority creditor's name and mailing address**
Nancy Navarro

2036 1st Ave Lot 299

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1136**

**Nonpriority creditor's name and mailing address**
Billy Nealon

6725 Fenton St

Arvada, Colorado 80003

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1137**

**Nonpriority creditor's name and mailing address**
Zachary Neideffer

14310 Grant St Apt 5-208

Thornton, Colorado 80023

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1138**

**Nonpriority creditor's name and mailing address**
Shelly Neighbors

854 Uvalda St

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1139**

**Nonpriority creditor's name and mailing address**
Lisa Nelson

15450 E 13th Ave Apt 101

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1140**

**Nonpriority creditor's name and mailing address**
Kathrine Nelson

311 Cedar St

Grand Junction, Colorado 81503

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1141**  **Nonpriority creditor's name and mailing address**
Mary D. Nevarez

5345 W 3rd Pl Apt 5

Lakewood, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1142**  **Nonpriority creditor's name and mailing address**
Joseph Newgent

750 S Lafayette Dr #B307

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1143**  **Nonpriority creditor's name and mailing address**
Ryan M. Newman

PO Box 1801

Fairplay, Colorado 80440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1144**  **Nonpriority creditor's name and mailing address**
Amanda Newton

4354 Threshing Dr.

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1145**  **Nonpriority creditor's name and mailing address**
Sang Nguyen

13712 E 13th Cir #A108

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1146**  **Nonpriority creditor's name and mailing address**
Stephanie Nichols

9580 Ridgegate Pkwy #1421

Littleton, Colorado 80124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.1147
**Nonpriority creditor's name and mailing address**
Evan William Nickless

485 Amethyst Ave

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1148
**Nonpriority creditor's name and mailing address**
Garrett Nielsen

3266 E. Iona Rd.

Idaho Falls, Idaho 83401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1149
**Nonpriority creditor's name and mailing address**
Michael Nixon

PO Box 308

Hartsel, Colorado 80449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1150
**Nonpriority creditor's name and mailing address**
Lance E. Nixon

514 Potomac St Apt K

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1151
**Nonpriority creditor's name and mailing address**
Godwin Nnamezie

PO Box 5964

Breckenridge, Colorado 80424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1152
**Nonpriority creditor's name and mailing address**
Tamera K. Norcross

2225 Cherry St

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.1153 **Nonpriority creditor's name and mailing address**
Paula Norman

2209 S Main St

Canon City, Colorado 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1154 **Nonpriority creditor's name and mailing address**
Andy Nuanhngam

10001 E Evans Ave Apt 84A

Aurora, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1155 **Nonpriority creditor's name and mailing address**
Florinda Nunez

32301 County Road 29

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1156 **Nonpriority creditor's name and mailing address**
Reymundo Ochoa

11514 Claude Ct

Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1157 **Nonpriority creditor's name and mailing address**
John Odell

829 Chestnut St

Canon City, Colorado 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1158 **Nonpriority creditor's name and mailing address**
Daisy Ojeda

404 E GROVE DRIVE

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1159** 
**Nonpriority creditor's name and mailing address**
Genelle Oliquino

4735 S Addison Ct Unit D

Aurora, Colorado 80016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1160** 
**Nonpriority creditor's name and mailing address**
Olivia Olivas Odea

37842 County Road 18

Holyoke, Colorado 80734

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1161** 
**Nonpriority creditor's name and mailing address**
Corie Olson

1212 Butte Rd Lot 14

Loveland, Colorado 80537

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1162** 
**Nonpriority creditor's name and mailing address**
Coralett Oreilly

1503 E 21st St Apt A

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1163** 
**Nonpriority creditor's name and mailing address**
Tina Orihuela

230 Little Creek Rd

Idaho Springs, Colorado 80452

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1164** 
**Nonpriority creditor's name and mailing address**
Vanessa A. Ornelas

1615 Zuni Rd

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

3.1165   **Nonpriority creditor's name and mailing address**
Audrieanna Ortega

1821 Yakima Ln

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1166   **Nonpriority creditor's name and mailing address**
Victor Ortega

2646 S. SHERIDAN BLVD

Denver, Colorado 80227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1167   **Nonpriority creditor's name and mailing address**
Joanna Ortiz

26900 E Colfax Ave Unit 390

Aurora, Colorado 80018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1168   **Nonpriority creditor's name and mailing address**
Simon Ortiz

592 Grand Cascade Way

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1169   **Nonpriority creditor's name and mailing address**
Rebecca Ortiz

744 Mockingbird St Apt D106

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1170   **Nonpriority creditor's name and mailing address**
Melissa Ortiz

9444 E 108th Ave #204

Henderson, Colorado 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1171 **Nonpriority creditor's name and mailing address**
Ashley Osborne

425 9th Ave Unit 2

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1172 **Nonpriority creditor's name and mailing address**
Dannel Osthoff

3411 S Lincoln St Apt 1

Englewood, Colorado 80113

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1173 **Nonpriority creditor's name and mailing address**
Lucas Oversole

10101 N. Washington St. #B113

Thornton, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1174 **Nonpriority creditor's name and mailing address**
William Owens

15477 W Port Royale Ln

Surpise, Arizona 85379

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1175 **Nonpriority creditor's name and mailing address**
Jacobo Ramon Pacheco

924 Quitman St

Denver, Colorado 80204

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1176 **Nonpriority creditor's name and mailing address**
Pauliana Pacheco

5224 Rim Rock Ln

Fort Collins, Colorado 80526

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1177**

Nonpriority creditor's name and mailing address
William Padilla

527 W 4th St

Walsenburg, Colorado 81089

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1178**

Nonpriority creditor's name and mailing address
Phillip Padilla

435 N 35th Ave Lot 487

Greeley, Colorado 80634

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1179**

Nonpriority creditor's name and mailing address
Nicole E. Padilla

13693 Krameria Way

Thornton, Colorado 80602

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1180**

Nonpriority creditor's name and mailing address
Irsa Padilla Pagan

200 Rampart Way Apt 212

Denver, Colorado 80230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1181**

Nonpriority creditor's name and mailing address
Melissa Pagan Garcia

695 N Canvas Dr

Pueblo West, Colorado 81007

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1182**

Nonpriority creditor's name and mailing address
Cody Pahach

8664 E 48th Ave #201

Denver, Colorado 80238

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1183 **Nonpriority creditor's name and mailing address**
Keii Palmer

4075 S Fundy Way

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1184 **Nonpriority creditor's name and mailing address**
Anthony Palomar

12981 Randolph Pl

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1185 **Nonpriority creditor's name and mailing address**
Jesus Carbajal Palomares

526 24th Ave

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1186 **Nonpriority creditor's name and mailing address**
Ester Palomino

2675 W Jewell Ave

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1187 **Nonpriority creditor's name and mailing address**
Susana Palomo

3529 Golden St

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1188 **Nonpriority creditor's name and mailing address**
ANGEL PANTOJA

5053 Jasper Ct

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1189** **Nonpriority creditor's name and mailing address**
Quentin M. Pantoya

9888 E Vassar Dr #B306

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1190** **Nonpriority creditor's name and mailing address**
Rachelle Paplow

6088 S Lima St

Englewood, Colorado 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1191** **Nonpriority creditor's name and mailing address**
Cherise Pardue

3058 Uvalda St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1192** **Nonpriority creditor's name and mailing address**
DAMIAN PAREDES

730 WILCOX ST. #101

Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1193** **Nonpriority creditor's name and mailing address**
Steven Parker

2207 E 12th St Apt 109

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1194** **Nonpriority creditor's name and mailing address**
Michael A. Parks

7829 W 47th Ave

Wheat Ridge, Colorado 80033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.1195** Nonpriority creditor's name and mailing address
Jonas Parra
1425 Adams Ave. Apt 40
El Centro, California 92243

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1196** Nonpriority creditor's name and mailing address
Natalie Parra
577 Newark Ct
Aurora, Colorado 80010

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1197** Nonpriority creditor's name and mailing address
CRYSTAL PASILLAS
6721 Palace Dr
Colorado Sprgs, Colorado 80918

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1198** Nonpriority creditor's name and mailing address
Karena Patel
4380 S Monaco St Unit 2075
Denver, Colorado 80237

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1199** Nonpriority creditor's name and mailing address
Aaron Patrick
9440 Hoffman Way Apt C206
Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1200** Nonpriority creditor's name and mailing address
Shelby Paul
930 Silverqueen Rd
Pueblo, Colorado 81008

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1201**
Nonpriority creditor's name and mailing address
Nancy C. Paul

3105 Ouray Ave

Grand Junction, Colorado 81504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1202**
Nonpriority creditor's name and mailing address
Cody Paz

11602 Community Center Dr

Denver, Colorado 80233

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1203**
Nonpriority creditor's name and mailing address
William W. W. Pearl

9391 Ellen Ct

Denver, Colorado 80229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1204**
Nonpriority creditor's name and mailing address
Marcus T. Peoples

1300 MILKY WAY APT 39B

DENVER, Colorado 80260

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1205**
Nonpriority creditor's name and mailing address
Patrice Peppers

2543 Meridian Pkwy #2304

Durham, North Carolina 27713

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1206**
Nonpriority creditor's name and mailing address
Samantha I. Peralta

3016 Sunset Dr

Evans, Colorado 80620

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1207** Nonpriority creditor's name and mailing address
Alicia Regina Perdue

2134 W 21st st

Pueblo, Colorado 81003

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1208** Nonpriority creditor's name and mailing address
Oscar Peregrino

2121 Settlers Dr

Pueblo, Colorado 81008

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1209** Nonpriority creditor's name and mailing address
Vanessa Perez

825 W Pitkin Ave

Pueblo, Colorado 81004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1210** Nonpriority creditor's name and mailing address
Omar Perez

23413 E Dorado Pl Unit B

Aurora, Colorado 80016

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1211** Nonpriority creditor's name and mailing address
Deresa Perez

1780 W 85th Ave Apt 302

Denver, Colorado 80260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1212** Nonpriority creditor's name and mailing address
Carmen Perez

8000 E 12th Ave Apt 18-16

Denver, Colorado 80220

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.1213**

**Nonpriority creditor's name and mailing address**
Alexandro Perez

1940 Elmira St

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1214**

**Nonpriority creditor's name and mailing address**
Pat Perez Melendez

2551 17th Ave

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1215**

**Nonpriority creditor's name and mailing address**
Wilber Perez-Albino

150 S Sable Blvd #I105

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1216**

**Nonpriority creditor's name and mailing address**
Erwin Pete

8435 W Hampden Ave Apt 105

Denver, Colorado 80227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1217**

**Nonpriority creditor's name and mailing address**
Jennifer Pettit

206 1/2 Colorado Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1218**

**Nonpriority creditor's name and mailing address**
BREE PHILLIPS

5063 S Elkhart Way Unit F

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                          **Amount of claim**

**3.1219** | **Nonpriority creditor's name and mailing address**
Jessica Philman

13718 Cook St

Thornton, Colorado 80602

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1220** | **Nonpriority creditor's name and mailing address**
Michael Phung

3860 Marshall St

Wheat Ridge, Colorado 80033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1221** | **Nonpriority creditor's name and mailing address**
Maria D. Hernandez Pichardo

860 W 132nd Ave Lot 315

Denver, Colorado 80234

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1222** | **Nonpriority creditor's name and mailing address**
Tiffany Pieraldi

3954 S Richfield St

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1223** | **Nonpriority creditor's name and mailing address**
Dawn M. Pierner

238 E Harmony Rd #D9

Fort Collins, Colorado 80525

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1224** | **Nonpriority creditor's name and mailing address**
Jordan Pierson

93 Tammie Dr

Buena Vista, Colorado 81211

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | | Case number *(if known)* 24-16031 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1225** Nonpriority creditor's name and mailing address
Megan Louise Pies

7309 W Hampden Ave #5202

Commerce City, Colorado 80022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1226** Nonpriority creditor's name and mailing address
Dannette S. Pike

2036 Kachina Dr #12

Pueblo, Colorado 81008

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1227** Nonpriority creditor's name and mailing address
ANTHONY PIKES

3658 Jackson St.

Denver, Colorado 80205

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1228** Nonpriority creditor's name and mailing address
Emmanuel Pineda

4120 E 115th Pl

Denver, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1229** Nonpriority creditor's name and mailing address
BRIAN PINKERTON

3153 E Mergnaser Ln

Grand Junction, Colorado 81504

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1230** Nonpriority creditor's name and mailing address
Samatha Pino

29035 Gale Rd

Pueblo, Colorado 81006

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1231** **Nonpriority creditor's name and mailing address**
Camilla Pino

12763 Leyden St Unit E

Thornton, Colorado 80602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1232** **Nonpriority creditor's name and mailing address**
Oludare S. Pipeola

744 Mockingbird St Apt E202

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1233** **Nonpriority creditor's name and mailing address**
Cinthya Plascencia

1229 E 7th St

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1234** **Nonpriority creditor's name and mailing address**
Lindsey Poahway

233 Antelope Dr

Cache, Oklahoma 73527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1235** **Nonpriority creditor's name and mailing address**
Kelli Margaret Poles

2800 S Syracuse Way #5-304

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1236** **Nonpriority creditor's name and mailing address**
Kelly A. Poleyestewa

7045 VRAIN ST

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|--------|---------------------------|-----------------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1237** 
Nonpriority creditor's name and mailing address
Jason M. Polidore

1629 Bahama St

Aurora, Colorado 80011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1238** 
Nonpriority creditor's name and mailing address
Demetrius Polk

9123 E Mississippi Ave #15-301

Denver, Colorado 80247

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1239** 
Nonpriority creditor's name and mailing address
James E. Polk

20000 MITCHELL PLACE UNIT 49

Denver, Colorado 80249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1240** 
Nonpriority creditor's name and mailing address
Ruth Pollock

13873 E Richthofen Cir #1203

Aurora, Colorado 80011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1241** 
Nonpriority creditor's name and mailing address
Annette N. Poole

8804 Clover Meadow Ln

Parker, Colorado 80134

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1242** 
Nonpriority creditor's name and mailing address
Shawn Poole

2893 S Salida Ct

Aurora, Colorado 80013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|--------|---------------------------|-----------------------------------|
|        | Name                      |                                   |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1243**
**Nonpriority creditor's name and mailing address**
Darryel Poole

1137 BERKLEY AVE.

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1244**
**Nonpriority creditor's name and mailing address**
Christian Populis

1190 S Chelton Rd Apt 332

Colorado Sprgs, Colorado 80910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1245**
**Nonpriority creditor's name and mailing address**
Lilly Porche

5383 Southern Blvd #139

Dallas, Texas 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1246**
**Nonpriority creditor's name and mailing address**
Fale Porter

5559 E 130th Dr

Denver, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1247**
**Nonpriority creditor's name and mailing address**
Johnathan Portillo

1493 E 96th Dr

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1248**
**Nonpriority creditor's name and mailing address**
Brittney Potter

307 Holden Lane

Johnstown, Colorado 80534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

3.1249 **Nonpriority creditor's name and mailing address**
Ahjanaye Sharmaine Potts
16530 E 11th Ave
Aurora, Colorado 80011

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

3.1250 **Nonpriority creditor's name and mailing address**
Sudip Poudel
1594 E 131st Pl
Denver, Colorado 80241

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

3.1251 **Nonpriority creditor's name and mailing address**
RYAN POULIN
9301 Lillian Lane
Thornton, Colorado 80229

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

3.1252 **Nonpriority creditor's name and mailing address**
Ashley Powell
137 E 8th Ave
Denver, Colorado 80203

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

3.1253 **Nonpriority creditor's name and mailing address**
Christopher Powers
10251 Zuni St #D102
Denver, Colorado 80260

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

3.1254 **Nonpriority creditor's name and mailing address**
Rebecca Prentiss
1120 W CR 14 Apt G4
Berthoud, Colorado 80513

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☒ No   ☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

**3.1255**

**Nonpriority creditor's name and mailing address**
Mitchell Preslar

3109 Eugenia Pl

Salt Lake City, Utah 84119

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1256**

**Nonpriority creditor's name and mailing address**
Michelle Prien

501 E 102nd Ave Apt H201

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1257**

**Nonpriority creditor's name and mailing address**
Robert Pritchard

7553 E Easter Way

Centennial, Colorado 80112

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1258**

**Nonpriority creditor's name and mailing address**
Tracey Pryor

21710 3rd Ave

Phippsburg, Colorado 80469

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1259**

**Nonpriority creditor's name and mailing address**
Marci E. Pryor

21458 E 51st Dr

Denver, Colorado 80249

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1260**

**Nonpriority creditor's name and mailing address**
Humberto Puerta Moreno

16855 E Asbury Ave

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1261**
**Nonpriority creditor's name and mailing address**
Carla Puller

12099 E Archer Pl Apt 118

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1262**
**Nonpriority creditor's name and mailing address**
Nicole Purcell

4051 Alcott St, Unit B

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1263**
**Nonpriority creditor's name and mailing address**
Florence Puteho

7637 E Warren Dr Apt 11-108

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1264**
**Nonpriority creditor's name and mailing address**
Dillion Pyle

111 Sterling Dr

Chickasha, Oklahoma 73018

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1265**
**Nonpriority creditor's name and mailing address**
Tai Quetschenbach

901 N Sherman St Apt 324

Denver, Colorado 80203

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1266**
**Nonpriority creditor's name and mailing address**
Celia Quinonez

12985 E Elgin Dr

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1267** — **Nonpriority creditor's name and mailing address**
Charles Quintana

1200 S. Oneida At. Apt 12-106

Denver, Colorado 80224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1268** — **Nonpriority creditor's name and mailing address**
Shanelle Quintana

3019 W Highland Park Pl

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1269** — **Nonpriority creditor's name and mailing address**
Andrea Quintana

334 S Archdale Dr Apt A23

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1270** — **Nonpriority creditor's name and mailing address**
Bryna F. Quintana

3228 S. GARRISON ST. #216

LAEKWOOD, Colorado 80227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1271** — **Nonpriority creditor's name and mailing address**
Gregory Quintana

6176 Parfet Ct

Arvada, Colorado 80004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1272** — **Nonpriority creditor's name and mailing address**
Leanna Quintana

1333 Winona Ct

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1273**

**Nonpriority creditor's name and mailing address**
Jesse Quintanilla

1281 S Sable Blvd

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1274**

**Nonpriority creditor's name and mailing address**
Jesus Quiroz Serna

3534 S Ammons St

Denver, Colorado 80235

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1275**

**Nonpriority creditor's name and mailing address**
Lisa Rachal

536 28 Road

Grand Junction, Colorado 81501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1276**

**Nonpriority creditor's name and mailing address**
Greg Rademacher

4331 New Bedford Dr

Fort Collins, Colorado 80525

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1277**

**Nonpriority creditor's name and mailing address**
Susan Rader

2985 Bookcliff Ave

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1278**

**Nonpriority creditor's name and mailing address**
Ruben Ramirez

520 Court Rd Unit 606

Grand Junction, Colorado 81501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

---

3.1279 **Nonpriority creditor's name and mailing address**
Kim Ramirez

770 Albion St Apt 207

Denver, Colorado 80220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1280 **Nonpriority creditor's name and mailing address**
Daniel Martinez- Ramirez

217 20th Avenue Ct

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1281 **Nonpriority creditor's name and mailing address**
AUSTIN S. RAMIREZ

2602 Water Front St

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1282 **Nonpriority creditor's name and mailing address**
D. Douglas Randall

2928 Kennedy Ave. Unit A

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1283 **Nonpriority creditor's name and mailing address**
Eric Randle

11310 MELODY DRIVE APT 9-107

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1284 **Nonpriority creditor's name and mailing address**
Jamar Randolph

4354 Liverpool Ct

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1285 | **Nonpriority creditor's name and mailing address**<br>Sharhonda Ransom<br><br>1460 Pawnee St<br><br>Orange Park, Florida 32065 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.1286 | **Nonpriority creditor's name and mailing address**<br>Trisha Raupp<br><br>1562 W. Carol Ave.<br><br>Mesa, Arizona 85202 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.1287 | **Nonpriority creditor's name and mailing address**<br>Shane Ray<br><br>800 S Wortman Ave<br><br>Olathe, Colorado 81425 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.1288 | **Nonpriority creditor's name and mailing address**<br>TAMISHA RAY<br><br>5395 E Yale Ave Apt 204<br><br>Denver, Colorado 80222 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.1289 | **Nonpriority creditor's name and mailing address**<br>Scott Curtis Rayhill<br><br>1343 W 133rd Cir<br><br>Denver, Colorado 80234 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| 3.1290 | **Nonpriority creditor's name and mailing address**<br>Alice M. Reeves<br><br>4810 E 33rd Ave<br><br>Denver, Colorado 80207 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $ 1,223.00 |
| | **Date or dates debt was incurred** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1291** Nonpriority creditor's name and mailing address
Jesus Regalado

1939 S Quebec Way #F603

Denver, Colorado 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1292** Nonpriority creditor's name and mailing address
Dalton Regrut

4440 Parfet St

Wheat Ridge, Colorado 80033

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1293** Nonpriority creditor's name and mailing address
Gwendolyn Remollo

290 Park Ave W Apt 410

Denver, Colorado 80205

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1294** Nonpriority creditor's name and mailing address
Huston Rendell

1996 Cathay St

Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1295** Nonpriority creditor's name and mailing address
Michael R. Reneau

5415 E Kentucky Ave

Denver, Colorado 80246

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1296** Nonpriority creditor's name and mailing address
Anthony G. Rey

207 Ingalls St Apt 8

Lakewood, Colorado 80226

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1297** Nonpriority creditor's name and mailing address
Veronica Reyes
2884 W 135th Ave
Broomfield, Colorado 80020

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1298** Nonpriority creditor's name and mailing address
Candy Reynolds
17705 E Greenwood Dr #2034
Aurora, Colorado 80013

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1299** Nonpriority creditor's name and mailing address
Rachell Reynolds
716 1/2 Spanish Trail Dr
Grand Junction, Colorado 81505

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1300** Nonpriority creditor's name and mailing address
Victoria Reynolds
210 8th St
Gilcrest, Colorado 80623

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1301** Nonpriority creditor's name and mailing address
Tamara Rhoades
5700 E Florida Ave
Denver, Colorado 80224

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1302** Nonpriority creditor's name and mailing address
Amanda Rice
102 Senter Ave Lot A12
Burlington, Colorado 80807

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1303**

**Nonpriority creditor's name and mailing address**
Nicole Rice-Collins

5959 Dunkirk St Apt 7102

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1304**

**Nonpriority creditor's name and mailing address**
Deserea L. Richards

4498 S Irenald Ln

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1305**

**Nonpriority creditor's name and mailing address**
Floyd Richardson

443 Atacamite Ct

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1306**

**Nonpriority creditor's name and mailing address**
Lakisha Richardson

3311 W 18th St

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1307**

**Nonpriority creditor's name and mailing address**
Madison Rickey

15475 Andrews Dr Unit 205

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1308**

**Nonpriority creditor's name and mailing address**
Maranda M. Rider

655 Callisto Dr #101

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1309**
**Nonpriority creditor's name and mailing address**
Carly Riemenschneider

207 S Jefferson Ave #3

Loveland, Colorado 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1310**
**Nonpriority creditor's name and mailing address**
Lila Riggin

7980 W 51st Ave APT 807

Arvada, Colorado 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1311**
**Nonpriority creditor's name and mailing address**
Christopher Riggs

6674 Braun Ct

Arvada, Colorado 80004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1312**
**Nonpriority creditor's name and mailing address**
Erik Rios

4570 Cathay Ct

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1313**
**Nonpriority creditor's name and mailing address**
Pedro P. Rios

405 10th St

Fort Collins, Colorado 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1314**
**Nonpriority creditor's name and mailing address**
Cory Riske

1303 W Swallow Rd Unit 9A

Fort Collins, Colorado 80526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.1315** **Nonpriority creditor's name and mailing address**
Melanie D. Rivas

16680 Cavanaugh Rd

Keenesburg, Colorado 80643

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1316** **Nonpriority creditor's name and mailing address**
Arthur Rivas

2410 E. Evans Ave.

Pueblo, Colorado 81004

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1317** **Nonpriority creditor's name and mailing address**
Maria Rivera

1203 West ST

Pueblo, Colorado 81003

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1318** **Nonpriority creditor's name and mailing address**
Leslie J. Rivera

10653 Flagler Ct

Parker, Colorado 80134

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1319** **Nonpriority creditor's name and mailing address**
Arias Rivera

3024 Denver St Apt 1

Evans, Colorado 80620

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1320** **Nonpriority creditor's name and mailing address**
Linda Rivera

1720 70th Ave

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1321**

**Nonpriority creditor's name and mailing address**
Jamie Robb

1420 Crete Ct #B

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1322**

**Nonpriority creditor's name and mailing address**
Jason A. Robb

11721 Jackson St

Thornton, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1323**

**Nonpriority creditor's name and mailing address**
Jesse Robbins

8905 W 63rd Ave

Arvada, Colorado 80004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1324**

**Nonpriority creditor's name and mailing address**
Pius Roberts

12754 E Kansas Dr #204

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1325**

**Nonpriority creditor's name and mailing address**
Elisa J. Roberts

11046 S 20 Mile Rd Apt 1311

Parker, Colorado 80134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1326**

**Nonpriority creditor's name and mailing address**
PAUL ROBERTS

13630 E Kentucky Ave

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1327**

Nonpriority creditor's name and mailing address
Makeshia M. Robins

803 Dounce St.

Lafayette, Colorado 80026

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1328**

Nonpriority creditor's name and mailing address
Zachary E. Robinson

508 7th St

Greeley, Colorado 80631

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1329**

Nonpriority creditor's name and mailing address
Dezmen Robinson

5731 W. 92nd Ave Apt 151

Westminster, Colorado 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1330**

Nonpriority creditor's name and mailing address
Dakotah Robinson

3200 Lake Park Way #306

Longmont, Colorado 80503

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1331**

Nonpriority creditor's name and mailing address
Jeremy Robinson

635 Eldorado Blvd Apt 1111

Broomfield, Colorado 80021

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1332**

Nonpriority creditor's name and mailing address
Jahmall Robinson

2429 S Xanadu Way Unit B

Aurora, Colorado 80014

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

Debtor    Loan Stop Acquisitions LLC

Name

Case number *(if known)* 24-16031

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.1333**   **Nonpriority creditor's name and mailing address**
Jeremy Robinson

7550 S. BLACKHAWK ST. #13102

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1334**   **Nonpriority creditor's name and mailing address**
Wyola Robitaille

7540 BROADWAY APT 204

Denver, Colorado 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1335**   **Nonpriority creditor's name and mailing address**
Jerod Robles

39 Normandy Cir

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1336**   **Nonpriority creditor's name and mailing address**
Carlos J. Robles

9595 Pecos St Lot #664

Thornton, Colorado 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1337**   **Nonpriority creditor's name and mailing address**
Rosa Rocha

8150 W. 12TH ST. #65

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1338**   **Nonpriority creditor's name and mailing address**
Ann Rodriguez

22575 E Union Cir

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1339**   **Nonpriority creditor's name and mailing address**
Rumaldo Rodriguez

218 Centennial Drive

Kersey, Colorado 80644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1340**   **Nonpriority creditor's name and mailing address**
Manuel Rodriguez

2108 McNitt St.

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1341**   **Nonpriority creditor's name and mailing address**
Janae Rodriguez

4001 Ideal Dr

Fort Collins, Colorado 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1342**   **Nonpriority creditor's name and mailing address**
David C. Rodriguez

1226 10th Street

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1343**   **Nonpriority creditor's name and mailing address**
Celeste Rodriguez

17754 E. 103rd

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1344**   **Nonpriority creditor's name and mailing address**
Martin Rodriguez

14614 Vance Jackson Rd #6309

San Antonio, Texas 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1345**
Nonpriority creditor's name and mailing address
Flor De Maria Rodriguez
811 Ram Ave
Fort Morgan, Colorado 80701

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1346**
Nonpriority creditor's name and mailing address
Vanessa Rodriguez
7702 Zuni St
Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1347**
Nonpriority creditor's name and mailing address
Cristian Rodriguez
473 Cedar Ave
Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1348**
Nonpriority creditor's name and mailing address
Alejandra M. Rodriguez
518 Willow Dr
Lochbuie, Colorado 80603

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1349**
Nonpriority creditor's name and mailing address
Julio A. Rodriguez
1523 S Carson St
Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1350**
Nonpriority creditor's name and mailing address
Christian Tijerina- Rodriguez
625 S Park Ave
Fort Lupton, Colorado 80621

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1351** 
Nonpriority creditor's name and mailing address
Ashley N. Rodriquez

653 Cressa Dr

Loveland, Colorado 80537

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1352**
Nonpriority creditor's name and mailing address
Israel Roel

5143 W 12th St

Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1353**
Nonpriority creditor's name and mailing address
Sheila Rogers

1162 Supple Cir

Pueblo, Colorado 81006

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1354**
Nonpriority creditor's name and mailing address
Shelby Rogers

2765 Patterson Rd Apt 104B

Grand Junction, Colorado 81506

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1355**
Nonpriority creditor's name and mailing address
Chadney Rogers

1850 S Wyandot St

Denver, Colorado 80223

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1356**
Nonpriority creditor's name and mailing address
Ruby Rojas Flores

5400 Sheridan Blvd Lot 45

Arvada, Colorado 80002

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|--------|---------------------------|----------------------------------|
|        | Name |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1357** Nonpriority creditor's name and mailing address
Samantha Rolf

2917 Plymouth Rd

Grand Junction, Colorado 81503

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1358** Nonpriority creditor's name and mailing address
Cheresa Rollerson

5085 Blackhawk Way

Denver, Colorado 80239

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1359** Nonpriority creditor's name and mailing address
Derek Romero

9701 Pearl St Apt 5205

Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1360** Nonpriority creditor's name and mailing address
Rebekah Romero

1102 Virginia Dr

Rocky Ford, Colorado 81067

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1361** Nonpriority creditor's name and mailing address
Shylo Romero

1303 Lewis Ave

La Junta, Colorado 81050

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1362** Nonpriority creditor's name and mailing address
Vanessa Romero

3443 Quivas St

Denver, Colorado 80211

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

3.1363 **Nonpriority creditor's name and mailing address**
Nickelette Romero

12165 Claude Ct #A203

Northglenn, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1364 **Nonpriority creditor's name and mailing address**
John Romero

1017 Juniper Dr

Windsor, Colorado 80550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1365 **Nonpriority creditor's name and mailing address**
Teresa Ronquillo

435 N 35th Ave Unit 413

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1366 **Nonpriority creditor's name and mailing address**
Adam Roquet

2330 N Broadway Apt 504

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1367 **Nonpriority creditor's name and mailing address**
Elizabeth Rosales

1410 W 104th Pl

Northglenn, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1368 **Nonpriority creditor's name and mailing address**
Maribel Rosas

7751 Blanchard Ave.

Fontana, California 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1369** Nonpriority creditor's name and mailing address
Sara Ellen Rosensteel

10219 Vine Ct

Thornton, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1370** Nonpriority creditor's name and mailing address
Nyiesha Ross

3874 Malta St

Denver, Colorado 80249

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1371** Nonpriority creditor's name and mailing address
Isabelle Rowe

2761 Basswood St

Denver, Colorado 80260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1372** Nonpriority creditor's name and mailing address
David Rowe

7945 Cartilla Ave Ste A

Ranch Cucamonga, California 91730

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1373** Nonpriority creditor's name and mailing address
Jose Manuel Rubi

5196 E 97th Pl

Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.1374** Nonpriority creditor's name and mailing address
Monica Rubio

1410 E 3rd St

Pueblo, Colorado 81001

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1375** | **Nonpriority creditor's name and mailing address**
Jaime C. Rubio

1355 Quentin St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1376** | **Nonpriority creditor's name and mailing address**
Caitlyn Rudolph

2206 E 14th St Apt D

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1377** | **Nonpriority creditor's name and mailing address**
Debbie Ruiz

28 Amherst Ave Apt 2C

Pueblo, Colorado 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1378** | **Nonpriority creditor's name and mailing address**
Santiago Ruiz Silva

230 West St

Fort Morgan, Colorado 80701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1379** | **Nonpriority creditor's name and mailing address**
Cesar A. Ruiz-Garza

25161 E Aberdeen Dr

Aurora, Colorado 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1380** | **Nonpriority creditor's name and mailing address**
Enrique A. Ruiz-Williams

3313 Claremont Ave

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.1381 **Nonpriority creditor's name and mailing address**
Stephen Russell

85 Harlan St #8

Denver, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1382 **Nonpriority creditor's name and mailing address**
McKinzie Russell

10780 Hickory Ridge Ln

Highlands Ranch, Colorado 80126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1383 **Nonpriority creditor's name and mailing address**
Caleb Russell

10169 Park Meadows Dr #335

Lone Tree, Colorado 80124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1384 **Nonpriority creditor's name and mailing address**
Nubia A. Saenz

11233 Quivas Loop

Westminster, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1385 **Nonpriority creditor's name and mailing address**
Anita M. Saines

9100 E Florida Ave #6-105

Denver, Colorado 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1386 **Nonpriority creditor's name and mailing address**
Joseph Salas

4948 Thistle Dr

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                                      Amount of claim

---

3.1387 **Nonpriority creditor's name and mailing address**
Mario Salazar

11801 York St #411

Denver, Colorado 80233

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1388 **Nonpriority creditor's name and mailing address**
Gloria Salazar

3430 S Biscay Way

Aurora, Colorado 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1389 **Nonpriority creditor's name and mailing address**
Gregory J. Salazar

4144 Meadowview Ct

Evans, Colorado 80620

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1390 **Nonpriority creditor's name and mailing address**
Cassandra Salazar

3230 W Exposition Ave

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1391 **Nonpriority creditor's name and mailing address**
Josephine Sales

117 Alpine Ave

Fort Morgan, Colorado 80701

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1392 **Nonpriority creditor's name and mailing address**
Marie Patricia Salguero

1777 E 78th Ave Unit 214

Denver, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1393** **Nonpriority creditor's name and mailing address**
Stephanie Salinas

101 E 88th Ave Apt G107

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1394** **Nonpriority creditor's name and mailing address**
Alyssa E. Salisbury

330 S. Newland St.

Lakewood, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1395** **Nonpriority creditor's name and mailing address**
Heather Salisbury

5031 S Ulster St #1120

Denver, Colorado 80237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1396** **Nonpriority creditor's name and mailing address**
JUSTIN SALTZMAN

616 East 3Rd Street

Alliance, Nebraska 69301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1397** **Nonpriority creditor's name and mailing address**
Theriott A. Sams

14693 E 47th Ave

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1398** **Nonpriority creditor's name and mailing address**
Kendrick Samuels

PERSONAL & CONFIDENTIAL

Denver, Colorado 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1399** **Nonpriority creditor's name and mailing address**
Janet Sanabria

151 Bristlecone St

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1400** **Nonpriority creditor's name and mailing address**
James Sanchez

4153 E 126th Ave

Denver, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1401** **Nonpriority creditor's name and mailing address**
Sergio Sanchez

374 Depew St

Lakewood, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1402** **Nonpriority creditor's name and mailing address**
Jeffery Sanchez

1406 25th Ave Ct

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1403** **Nonpriority creditor's name and mailing address**
Adilene Sanchez

5630 W Warren Ave Apt 201

Denver, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1404** **Nonpriority creditor's name and mailing address**
Uriel M. Sanchez

1822 W 27th St

Pueblo, Colorado 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1405**

**Nonpriority creditor's name and mailing address**
Viola Marie Sanchez

6980 Stuart St #1-306

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1406**

**Nonpriority creditor's name and mailing address**
Joanna Sanchez

523 Rado Drive C

Grand Junction, Colorado 81507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1407**

**Nonpriority creditor's name and mailing address**
William Sanders

445 Stathmore Lane #109

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1408**

**Nonpriority creditor's name and mailing address**
Thomas Sanders

8126 Chipita Park Rd

Cascade, Colorado 80809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1409**

**Nonpriority creditor's name and mailing address**
Latasia Sanders

14238 E Grand Dr Unit 117

Aurora, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1410**

**Nonpriority creditor's name and mailing address**
Geneva Sanders

10700 E Dartmouth Ave

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1411**  
**Nonpriority creditor's name and mailing address**  
Hugo Sandoval

24 Pennwood Ln

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

---

**3.1412**  
**Nonpriority creditor's name and mailing address**  
Sheldon M. Sandoval

16446 E 17th Pl Apt 3011

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

---

**3.1413**  
**Nonpriority creditor's name and mailing address**  
FRANK SANDOVAL

11658 E. 25TH DR. #9-201

Aurora, Colorado 80010

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

---

**3.1414**  
**Nonpriority creditor's name and mailing address**  
Terrence Sandrin

2375 S Columbine St

Denver, Colorado 80210

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

---

**3.1415**  
**Nonpriority creditor's name and mailing address**  
Catherine M. Sandrin

2375 S Columbine St

Denver, Colorado 80210

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

---

**3.1416**  
**Nonpriority creditor's name and mailing address**  
Dorreen Saner

7961 Zuni St

Denver, Colorado 80221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417**   **Nonpriority creditor's name and mailing address**
Bryan N. Santa Cruz

620 Columbine St.

Sterling, Colorado 80751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1418**   **Nonpriority creditor's name and mailing address**
Delfino G. Santistevan

331 E Johnson Ave

Trinidad, Colorado 81082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1419**   **Nonpriority creditor's name and mailing address**
Yvonne Santistevan

2120 Oakwood Ln

Pueblo, Colorado 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1420**   **Nonpriority creditor's name and mailing address**
Marjorie Santos

300 Beth Ave

Fort Lupton, Colorado 80621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1421**   **Nonpriority creditor's name and mailing address**
Camille Santos

899 N Pearl St Apt 22

Denver, Colorado 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1422**   **Nonpriority creditor's name and mailing address**
Nickole Sapeda

241 NW Pen St

Warren, Ohio 44485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* 24-16031 | |

| Part 2: | Additional Page |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

**3.1423** 
**Nonpriority creditor's name and mailing address**
Karen Sauceda

1424 7th St

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1424** 
**Nonpriority creditor's name and mailing address**
Lacey C. Sauer

740 El Paso Blvd

Denver, Colorado 80221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1425** 
**Nonpriority creditor's name and mailing address**
Biyancah Saunders

8501 E Alameda Ave #928

Denver, Colorado 80230

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1426** 
**Nonpriority creditor's name and mailing address**
Sean Schaper

192 Edlun Rd

Grand Junction, Colorado 81503

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1427** 
**Nonpriority creditor's name and mailing address**
Chance D. Schawo

2108 30th St Apt 2031

Greeley, Colorado 80631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1428** 
**Nonpriority creditor's name and mailing address**
Nicholas Schecter

4747 Eagle Ridge Circle #208

Pueblo, Colorado 81008

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.1429 **Nonpriority creditor's name and mailing address**
Sean Schlueter

3632 Conifer Dr

Loveland, Colorado 80538

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1430 **Nonpriority creditor's name and mailing address**
Leland Schmoker

1749 County Road 7.2

Bailey, Colorado 80421

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1431 **Nonpriority creditor's name and mailing address**
Anna Scholl

14296 E Whitaker Pl #109

Centennial, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1432 **Nonpriority creditor's name and mailing address**
Tyrell Schoolfield

24723 E Applewood Dr

Aurora, Colorado 80016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1433 **Nonpriority creditor's name and mailing address**
Rebekka Schreffler

976 Kalispell St

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1434 **Nonpriority creditor's name and mailing address**
Sabrina Scott

2440 Newport St

Denver, Colorado 80207

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1435** **Nonpriority creditor's name and mailing address**
Breonna R. Scott

16306 E Fremont Ave #5

Aurora, Colorado 80016

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1436** **Nonpriority creditor's name and mailing address**
Mary C. Scott

400 Parkway Cir N

Fort Collins, Colorado 80525

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1437** **Nonpriority creditor's name and mailing address**
Stephanie Scott

20 OAKLAND STREET #2

Aurora, Colorado 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1438** **Nonpriority creditor's name and mailing address**
Dana Christine Scritchfield

1817 6th St. SW

Loveland, Colorado 80537

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1439** **Nonpriority creditor's name and mailing address**
Kristi Scrivner

120 Edgeview Dr Apt 4505

Broomfield, Colorado 80021

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

**3.1440** **Nonpriority creditor's name and mailing address**
Alexis Sculley

5956 S Winnipeg St

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1441**  
**Nonpriority creditor's name and mailing address**  
Matthew C. Sellers-Jones  

4136 S Nucla Way  

Aurora, Colorado 80013  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

**3.1442**  
**Nonpriority creditor's name and mailing address**  
Tammy Sena  

1217 Horseshoe Dr  

Pueblo, Colorado 81001  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

**3.1443**  
**Nonpriority creditor's name and mailing address**  
Yvette Serna  

146 E Countryside Dr  

Pueblo West, Colorado 81007  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

**3.1444**  
**Nonpriority creditor's name and mailing address**  
Susan Serna  

145 7th St  

Fort Lupton, Colorado 80621  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

**3.1445**  
**Nonpriority creditor's name and mailing address**  
VERONICA SERNA  

4460 S Pitkin St #110  

Aurora, Colorado 80015  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

**3.1446**  
**Nonpriority creditor's name and mailing address**  
Paul A. Serrano  

411 12th St  

Greeley, Colorado 80631  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☒ Contingent  
☒ Unliquidated  
☒ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

$ 1,223.00

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1447** | **Nonpriority creditor's name and mailing address**
Justin Serve

919 William Crt Apt C

Palisade, Colorado 81526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1448** | **Nonpriority creditor's name and mailing address**
Denise Session

4005 S Roslyn St

Denver, Colorado 80237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1449** | **Nonpriority creditor's name and mailing address**
Samantha Shahabian

12252 Bannock Cir Unit C

Denver, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1450** | **Nonpriority creditor's name and mailing address**
Dalton Shambaugh

906 R Rd

Mack, Colorado 81525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1451** | **Nonpriority creditor's name and mailing address**
Brandy I. Shaw

9307 Ingalls St.

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1452** | **Nonpriority creditor's name and mailing address**
Trischelle Sheeler

4019 Upham St

Wheat Ridge, Colorado 80033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

3.1453 **Nonpriority creditor's name and mailing address**
Sally Shelton

600 10th Ave NM

Rio Rancho, New Mexico 87144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1454 **Nonpriority creditor's name and mailing address**
Joshua Shepard

14701 E Tennessee Dr#138

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1455 **Nonpriority creditor's name and mailing address**
Dominique Shepley

11291 E Alameda Ave #7

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1456 **Nonpriority creditor's name and mailing address**
David Shippley

12495 Vrain Cir

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1457 **Nonpriority creditor's name and mailing address**
Lisa M. Short

2933 Bunting Ave #C

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

3.1458 **Nonpriority creditor's name and mailing address**
Michael Short

454 Elkhart St Apt D

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1459** 
Nonpriority creditor's name and mailing address
Maria Sierra
5408 Elm Ct
Denver, Colorado 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1460**
Nonpriority creditor's name and mailing address
Jesus S. Silerio
3803 Rannoch St
Fort Collins, Colorado 80524

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1461**
Nonpriority creditor's name and mailing address
Joseph Silva
18625 E 47th Ave
Denver, Colorado 80249

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1462**
Nonpriority creditor's name and mailing address
Alexis Silvestre
13741 E Richthofen Cir #T106
Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1463**
Nonpriority creditor's name and mailing address
Chaz C. Simmons
901 Colorado Blvd Apt 415
Denver, Colorado 80206

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1464**
Nonpriority creditor's name and mailing address
Shenna Simon
9241 Grove St
Westminster, Colorado 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1465** **Nonpriority creditor's name and mailing address**
Ying Singhaichana

7151 Berthoud St

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1466** **Nonpriority creditor's name and mailing address**
Destiny Sisneros

8719 US Hwy 285 S Lot D-7

Alamosa, Colorado 81101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1467** **Nonpriority creditor's name and mailing address**
Eric Skillman

4653 Lincoln St

Englewood, Colorado 80113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1468** **Nonpriority creditor's name and mailing address**
Yammen Slaieh

148 Elizabeth St

Cameron, Louisiana 70631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1469** **Nonpriority creditor's name and mailing address**
Michael Slamowitz

6290 Arabella Dr

Castle Rock, Colorado 80108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1470** **Nonpriority creditor's name and mailing address**
David Slattery

156 S. CODY STREET

Denver, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.1471    **Nonpriority creditor's name and mailing address**
Andrew P. Slawson

801 S Cherry St Apt 441

Denver, Colorado 80246

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1472    **Nonpriority creditor's name and mailing address**
Lucas Slipka

1340 Lonnie Way

Fruita, Colorado 81521

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1473    **Nonpriority creditor's name and mailing address**
Jessica J. Smelcer

1981 Blake St

Denver, Colorado 80202

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1474    **Nonpriority creditor's name and mailing address**
Sara Smiley

1104 W 13th St Apt 2

Pueblo, Colorado 81003

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1475    **Nonpriority creditor's name and mailing address**
Harmony Smith

8240 Turnpike Dr.

Westminster, Colorado 80031

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

3.1476    **Nonpriority creditor's name and mailing address**
John Smith

12040 W Mexico Ave

Lakewood, Colorado 80228

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1477**

Nonpriority creditor's name and mailing address
Bethany Smith

625 Manhattan Pl Apt 202

Boulder, Colorado 80303

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.1478**

Nonpriority creditor's name and mailing address
Ryan Matthew Smith

754 Elati St

Denver, Colorado 80204

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.1479**

Nonpriority creditor's name and mailing address
Erica Smith

2515 S Sheridan Blvd Apt 1

Denver, Colorado 80227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.1480**

Nonpriority creditor's name and mailing address
Jennifer Smith

16433 E Radcliff Pl Apt B

Aurora, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.1481**

Nonpriority creditor's name and mailing address
Tim Smith

949 Durum Ct

Windsor, Colorado 80550

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

**3.1482**

Nonpriority creditor's name and mailing address
Bradley Smith

1025 W 112th Ave Apt B

Denver, Colorado 80234

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**   **Amount of claim**

---

**3.1483**   **Nonpriority creditor's name and mailing address**
Kenneth A. Smith

10148 S Turkey Creek Rd

Morrison, Colorado 80465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1484**   **Nonpriority creditor's name and mailing address**
Samantha Smith

1198 Ash St

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1485**   **Nonpriority creditor's name and mailing address**
Kathryn B. Smith

5286 S Jebel Way

Centennial, Colorado 80015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1486**   **Nonpriority creditor's name and mailing address**
Shad Smith

600 Raintree Blvd Lot 14

Canon City, Colorado 81212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1487**   **Nonpriority creditor's name and mailing address**
JORDAN SMITH

10701 Pecos St Apt 1106

Northglenn, Colorado 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1488**   **Nonpriority creditor's name and mailing address**
Jay Vonn Snow

10606 County Rd EE

Las Animas, Colorado 81054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1489 **Nonpriority creditor's name and mailing address**
Samantha Solano

9395 W Colfax Ave Apt 2

Denver, Colorado 80215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1490 **Nonpriority creditor's name and mailing address**
Mkayla Solano

13950 Hayesmount Rd

Brighton, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1491 **Nonpriority creditor's name and mailing address**
Angela Solberg

1376 E Colony Cir

Sand Springs, Oklahoma 74063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1492 **Nonpriority creditor's name and mailing address**
Sabdy Soliz

7309 Bradburn Blvd Apt D

Westminster, Colorado 80030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1493 **Nonpriority creditor's name and mailing address**
Adam Soltero

1925 S. FRANKLIN AVE.

Colorado Sprgs, Colorado 80905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

3.1494 **Nonpriority creditor's name and mailing address**
Kimberly D. Sorensen

2766 W Langenberg Ave

Roseburg, Oregon 97471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1495**
Nonpriority creditor's name and mailing address
Jonathan Sparrow

10961 Unity Lane

Commerce City, Colorado 80022

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1496**
Nonpriority creditor's name and mailing address
Kurt Spencer

103 Cutty Sark Ct

Silverthorne, Colorado 80498

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1497**
Nonpriority creditor's name and mailing address
Larry Spurlin

10201 Riverdale Rd Lot 167

Thornton, Colorado 80229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1498**
Nonpriority creditor's name and mailing address
Matthew Staffiero

17111 Campion Way

Parker, Colorado 80134

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1499**
Nonpriority creditor's name and mailing address
Cheryl Stage

2136 27th St

Greeley, Colorado 80631

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1500**
Nonpriority creditor's name and mailing address
Kathryn Stanback

10 W 5th St Apt 4

Cortez, Colorado 81321

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1501**

**Nonpriority creditor's name and mailing address**
Joleen R. Stanczyk

5290 W 80th Ave, Apt 107G

Westminster, Colorado 80003

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1502**

**Nonpriority creditor's name and mailing address**
Gabrielle Starks

7855 W Mansfield Pkwy

Denver, Colorado 80235

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1503**

**Nonpriority creditor's name and mailing address**
Kenneth Stephens

8660 Richard Rd

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1504**

**Nonpriority creditor's name and mailing address**
Quincey Sterrett

9189 Gale Blvd. Apt 1531

Thornton, Colorado 80260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1505**

**Nonpriority creditor's name and mailing address**
Michael Stevens

2111 E 103rd Ave

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1506**

**Nonpriority creditor's name and mailing address**
Arnell James Stewart

3682 Forest St

Denver, Colorado 80207

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1507**    **Nonpriority creditor's name and mailing address**
Mary Stewart

11501 Washington St #615

Northglenn, Colorado 80233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1508**    **Nonpriority creditor's name and mailing address**
Deja Stewart

401 N Timberline Rd Lot 3

Fort Collins, Colorado 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1509**    **Nonpriority creditor's name and mailing address**
Patricia Stockton

14400 Albrook Dr #23

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1510**    **Nonpriority creditor's name and mailing address**
Austin Stoltz

446 N Glendevey Dr

Pueblo West, Colorado 81007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1511**    **Nonpriority creditor's name and mailing address**
Damien Stone

3335 Oregon Trl SW

Marietta, Georgia 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1512**    **Nonpriority creditor's name and mailing address**
Harmony Stone

6628 Cabara Cir

Colorado Sprgs, Colorado 80920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1513**

**Nonpriority creditor's name and mailing address**
Tammy R. Stone

10735 Downing St

Northglenn, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1514**

**Nonpriority creditor's name and mailing address**
Jessica Stowers

12174 Adams St

Thornton, Colorado 80241

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1515**

**Nonpriority creditor's name and mailing address**
Mandy Straight

9052 W Chatfield Dr

Littleton, Colorado 80128

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1516**

**Nonpriority creditor's name and mailing address**
Ryan Strauch

2756 S Quintero St

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1517**

**Nonpriority creditor's name and mailing address**
Nicholas R. Streeter

19972 E. Kent Dr.

Aurora, Colorado 80013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1518**

**Nonpriority creditor's name and mailing address**
Samuel N. Strickland

18004 B Rd

Delta, Colorado 81416

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1519** | **Nonpriority creditor's name and mailing address**
Desiray D. Strickland

856 Short Rd

Hotchkiss, Colorado 81419

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1520** | **Nonpriority creditor's name and mailing address**
Laronda Strong

12302 S Yukon Ave

Glenpool, Oklahoma 74033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1521** | **Nonpriority creditor's name and mailing address**
Blanca Suarez

7593 Raritan St

Denver, Colorado 80221

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1522** | **Nonpriority creditor's name and mailing address**
Carlos Angel Suazo

7045 Vrain St

Westminster, Colorado 80030

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1523** | **Nonpriority creditor's name and mailing address**
Hali Suazo

9769 Fred Dr

Northglenn, Colorado 80260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1524** | **Nonpriority creditor's name and mailing address**
David Sussman

554 State Route 14

Deerfield, Ohio 44411

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.1525**

**Nonpriority creditor's name and mailing address**
Candice Swan

9200 Yucca Way

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1526**

**Nonpriority creditor's name and mailing address**
Daniel E. Swanson

13018 S Parker Ave

Pine, Colorado 80470

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1527**

**Nonpriority creditor's name and mailing address**
Michelle Tafoya

3400 S Lowell Blvd Apt 1-204

Denver, Colorado 80236

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1528**

**Nonpriority creditor's name and mailing address**
LEELA TAFOYA

696 Bosque Vista Pt

Colorado Sprgs, Colorado 80916

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1529**

**Nonpriority creditor's name and mailing address**
BARBARA ILEEN TAFOYA

715 Ogden Ave

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**3.1530**

**Nonpriority creditor's name and mailing address**
Kuong Taing

221 E Longs Peak Ave

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | | | Amount of claim |
|---|---|---|---|

**3.1531** 

**Nonpriority creditor's name and mailing address**
Jennifer Talamantes

574 E 23rd St Apt 12

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1532**

**Nonpriority creditor's name and mailing address**
Michael Talamantes

1307 23rd Ave Ct

Greeley, Colorado 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1533**

**Nonpriority creditor's name and mailing address**
Danelle Talley-Harris

4901 W 93rd Ave Apt 623

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1534**

**Nonpriority creditor's name and mailing address**
Kevin M. Tantanella

2082 Monte Vista Dr

Lochbuie, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1535**

**Nonpriority creditor's name and mailing address**
Edgar E. Tarango

679 S Reed Ct #3-403

Denver, Colorado 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1536**

**Nonpriority creditor's name and mailing address**
Nichelle Tarver

12984 E Mexico Ave

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.1537** Nonpriority creditor's name and mailing address
Valeen Tasco

10742 E Exposition Ave Apt 128

Aurora, Colorado 80012

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1538** Nonpriority creditor's name and mailing address
Janisha Taylor

16974 E Wyoming Dr

Aurora, Colorado 80017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1539** Nonpriority creditor's name and mailing address
Krystal Taylor

2662 S Cathay Way #106

Aurora, Colorado 80013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1540** Nonpriority creditor's name and mailing address
Jeff Taylor

5687 W Ken Caryl Pl

Littleton, Colorado 80128

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1541** Nonpriority creditor's name and mailing address
Jalen Taylor

3069 S. Yampa Way

Aurora, Colorado 80013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**3.1542** Nonpriority creditor's name and mailing address
Bryan K. Taylor

11500 W 38th Ave APT 36

Wheat Ridge, Colorado 80033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1543** **Nonpriority creditor's name and mailing address**
Katie M. Taylor

2273 Havana St

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1544** **Nonpriority creditor's name and mailing address**
Ladarrian T. Taylor

14400 E Fremont Ave Apt 2-305

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1545** **Nonpriority creditor's name and mailing address**
KENDRA TAYLOR

2356 Bowen St

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1546** **Nonpriority creditor's name and mailing address**
Josepha Tellei

106-2 Sherwood Cir

Minot A F B, North Dakota 58704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1547** **Nonpriority creditor's name and mailing address**
Bruce Terry

15601 E Jamison Dr Apt 325

Englewood, Colorado 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1548** **Nonpriority creditor's name and mailing address**
Chante Thomas

4232 Calle Cazuela

Santa Fe, New Mexico 87507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                              **Amount of claim**

---

**3.1549**   **Nonpriority creditor's name and mailing address**
Lauralee Thomas

9800 W 51st Pl Unit C215

Arvada, Colorado 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1550**   **Nonpriority creditor's name and mailing address**
Glynis Williams- Thompson

18793 Mitchell Pl

Denver, Colorado 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1551**   **Nonpriority creditor's name and mailing address**
Timothy C. Thompson

3306 Amoroso Ct. Unit 2

Fort Meade, Maryland 20755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1552**   **Nonpriority creditor's name and mailing address**
Luis Tinoco

7565 E Harvard Ave Apt 206

Denver, Colorado 80231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1553**   **Nonpriority creditor's name and mailing address**
Marcus D. Tinsley

761 Fraser St

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1554**   **Nonpriority creditor's name and mailing address**
Frederick Tobin

1117 Constitution Rd

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | | Case number (if known) 24-16031 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1555**
**Nonpriority creditor's name and mailing address**
Patrick Torres

2807 Imperial Ave

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1556**
**Nonpriority creditor's name and mailing address**
Catherine Torres

3550 S Harlan St #17-278

Denver, Colorado 80235

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1557**
**Nonpriority creditor's name and mailing address**
Gabriella Torres

5610 Terracina Pl.

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1558**
**Nonpriority creditor's name and mailing address**
Clorinda Torres

1026 E River St

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1559**
**Nonpriority creditor's name and mailing address**
Rashel Torrez

7160 S Wenatchee Way Unit B

Aurora, Colorado 80016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1560**
**Nonpriority creditor's name and mailing address**
Lisa Marie Townsend

11753 Pennsylvania St

Denver, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1561**

**Nonpriority creditor's name and mailing address**
Zyure Traino

5540 S Sherman St Apt 8

Littleton, Colorado 80121

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1562**

**Nonpriority creditor's name and mailing address**
Tina Trammer

13642 E Nevada Pl

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1563**

**Nonpriority creditor's name and mailing address**
Johnathan Troublefield

302 River Rd #A

Roswell, New Mexico 88203

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1564**

**Nonpriority creditor's name and mailing address**
Lorrie Trujillo

PO Box 3442

Pueblo, Colorado 81005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1565**

**Nonpriority creditor's name and mailing address**
Patricio Trujillo

1507 Armenta Rd

Avondale, Colorado 81022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1566**

**Nonpriority creditor's name and mailing address**
Linda Trujillo

108 Camelot Ct #105

Cheyenne, Wyoming 82009

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|--------|----------------------------|-----------------------------------|
|        | Name                       |                                   |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1567**

**Nonpriority creditor's name and mailing address**
Nicole Trujillo

750 S Lafayette Dr C105

Lafayette, Colorado 80026

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1568**

**Nonpriority creditor's name and mailing address**
Geronimo Trujillo

33550 E State Hwy 96 Lot 12

Pueblo, Colorado 81001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1569**

**Nonpriority creditor's name and mailing address**
Bruce Tuner

969 N Downing St Apt 305

Denver, Colorado 80218

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1570**

**Nonpriority creditor's name and mailing address**
Johnella Turner-Luna

2345 W 16th St Apt 210

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1571**

**Nonpriority creditor's name and mailing address**
Kristy M. Turtura

788 Mercury Cir

Lone Tree, Colorado 80124

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1572**

**Nonpriority creditor's name and mailing address**
Dustin Tyndall

3046 Walnut Ave Apt 2

Grand Junction, Colorado 81504

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.1573**

**Nonpriority creditor's name and mailing address**
Amanda M. Ulmer

11632 Community Center Dr

Northglenn, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1574**

**Nonpriority creditor's name and mailing address**
Joel A. Underwood

19855 E Garden Dr

Centennial, Colorado 80015

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1575**

**Nonpriority creditor's name and mailing address**
Sarah Unruh

3247 1/2 Main St Apt A

Clifton, Colorado 81520

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1576**

**Nonpriority creditor's name and mailing address**
Leslie Uriarte

2133 S Eaton St Apt 29

Denver, Colorado 80227

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1577**

**Nonpriority creditor's name and mailing address**
Sylvia Urquidez

22114 E Princeton Cir

Aurora, Colorado 80018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1578**

**Nonpriority creditor's name and mailing address**
Jose Valadez

12490 Navajo Ct.

Denver, Colorado 80234

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.1579** **Nonpriority creditor's name and mailing address**
Britney Valdez

11645 Grant St

Denver, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1580** **Nonpriority creditor's name and mailing address**
Angela F. Valdez

1877 E. 99th Ave.

Thornton, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1581** **Nonpriority creditor's name and mailing address**
Korbin R. Valdez

3706 Mountain View Dr

Evans, Colorado 80620

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1582** **Nonpriority creditor's name and mailing address**
Christina M. Valdez

8492 Monroe Way

Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1583** **Nonpriority creditor's name and mailing address**
Dolores Valdez

4555 Mariposa Way

Denver, Colorado 80211

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1584** **Nonpriority creditor's name and mailing address**
John Valdez

1644 Euclid Ave.

Pueblo, Colorado 81004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1585** 

**Nonpriority creditor's name and mailing address**
Jose Valencia

602 E 24th St

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1586**

**Nonpriority creditor's name and mailing address**
Heather McVinua Vallecillo

9980 Train Station Cir. #222

Lone Tree, Colorado 80124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1587**

**Nonpriority creditor's name and mailing address**
Staci L. Van Jacobs

551 Sterling Ln

Dacono, Colorado 80514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1588**

**Nonpriority creditor's name and mailing address**
Walter Van Lue

236 Westin Ave.

Brighton, Colorado 80603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1589**

**Nonpriority creditor's name and mailing address**
Daniel Vandyke

2904 Kanal Ct

Grand Junction, Colorado 81503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1590**

**Nonpriority creditor's name and mailing address**
Brandon Vangelder

117 N Robinson Ave

Florence, Colorado 81226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1591** Nonpriority creditor's name and mailing address
Shaughn Varnell
5170 S Malta Way
Centennial, Colorado 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

**3.1592** Nonpriority creditor's name and mailing address
Miranda A Varney
2251 E 84th Ave
Denver, Colorado 80229

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

**3.1593** Nonpriority creditor's name and mailing address
Kimberly Vasquez
2071 Midland Pl
Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

**3.1594** Nonpriority creditor's name and mailing address
Tabitha Vasquez
562 Potomac St Apt H
Aurora, Colorado 80011

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

**3.1595** Nonpriority creditor's name and mailing address
James Charles Vasquez
2071 Midland Pl
Brighton, Colorado 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

**3.1596** Nonpriority creditor's name and mailing address
RACHEL VASQUEZ
9420 W 51st Ave
Arvada, Colorado 80002

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1597** Nonpriority creditor's name and mailing address
Florencia Vasquez Garcia
711 S Norwood Ave
Pueblo, Colorado 81001

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1598** Nonpriority creditor's name and mailing address
Reina Vega
3300 Raccoon Ln.
Pueblo, Colorado 81005

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1599** Nonpriority creditor's name and mailing address
JONATHAN A. VEGA
1170 S Eaton Cir Apt 1H
Castle Rock, Colorado 80104

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1600** Nonpriority creditor's name and mailing address
Susan Velasquez
10699 Riverbrook Cir
Highlands Ranch, Colorado 80126

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1601** Nonpriority creditor's name and mailing address
Edgar Verdugo-Soto
4959 W 30th St
Greeley, Colorado 80634

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1602** Nonpriority creditor's name and mailing address
Kierstien E. Vetter
6969 W 90th Ave Unit 527
Broomfield, Colorado 80021

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1603**

**Nonpriority creditor's name and mailing address**
Steven Vialpando

112 Granville Ave

Firestone, Colorado 80520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1604**

**Nonpriority creditor's name and mailing address**
Rina R. Vieweg

12801 Lafayette St Unit G208

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1605**

**Nonpriority creditor's name and mailing address**
Alexis Vigil

4242 E Bromley Ln #A302

Brighton, Colorado 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1606**

**Nonpriority creditor's name and mailing address**
Levi Vigil

1032 Alexander Cir.

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1607**

**Nonpriority creditor's name and mailing address**
Anthony Vigil

2402 Crestwood Ln

Pueblo, Colorado 81008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1608**

**Nonpriority creditor's name and mailing address**
Jill Vigil

5704 S Pearl St Apt A

Littleton, Colorado 80121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1609**

**Nonpriority creditor's name and mailing address**
Danielle Vigil

3600 N Cascade Ave #26

Colorado Sprgs, Colorado 80907

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1610**

**Nonpriority creditor's name and mailing address**
Lamont Villa

2980 W 119th Ave

Westminster, Colorado 80234

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1611**

**Nonpriority creditor's name and mailing address**
ROGELIO VILLAGOMEZ

1299 Knox Ct #333

Denver, Colorado 80204

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1612**

**Nonpriority creditor's name and mailing address**
Pedro Villagrana

1641 Monument Ave

Pueblo, Colorado 81001

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1613**

**Nonpriority creditor's name and mailing address**
Trinidad Villalobas

3061 W 92nd Ave Unit 2A

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1614**

**Nonpriority creditor's name and mailing address**
Christirae Villalobos

4915 E. 124th Way

Thornton, Colorado 80241

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1615**

**Nonpriority creditor's name and mailing address**
Christopher P. Villanueva

2795 N Speer Blvd Unit 363

Denver, Colorado 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1616**

**Nonpriority creditor's name and mailing address**
Joe Villela

2770 Copper Peak Ln #E304

Longmont, Colorado 80504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1617**

**Nonpriority creditor's name and mailing address**
Maria Vizcaino

6525 Zenobia St

Arvada, Colorado 80003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1618**

**Nonpriority creditor's name and mailing address**
Corey Voss

1869 E Geddes Cir S

Littleton, Colorado 80122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1619**

**Nonpriority creditor's name and mailing address**
WENDY A. WACKER

233 Bent Ave

Akron, Colorado 80720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1620**

**Nonpriority creditor's name and mailing address**
Christopher Wade

1521 Deerwood Dr E

Mobile, Alabama 36118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (if known) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1621**  **Nonpriority creditor's name and mailing address**
Felicia Waggoner

5810 Whiting Way

Peyton, Colorado 80831

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1622**  **Nonpriority creditor's name and mailing address**
Letrisha Wagner

3868 Heatherglenn Ln

Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1623**  **Nonpriority creditor's name and mailing address**
Pateastis Waits

3701 Le Fever Dr #4112

Fort Collins, Colorado 80528

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1624**  **Nonpriority creditor's name and mailing address**
Javier Walker

181 Alpine Dr SE

Leesburg, Virginia 20175

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1625**  **Nonpriority creditor's name and mailing address**
Kendall S. Walker

835 Appleby Pl

Castle Rock, Colorado 80104

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1626**  **Nonpriority creditor's name and mailing address**
Andrea Ward

16701 E. 41st St. S

Independence, Missouri 64055

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    **Amount of claim**

**3.1627**

**Nonpriority creditor's name and mailing address**
Tiffany Ward

15875 E 8th Dr

Aurora, Colorado 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1628**

**Nonpriority creditor's name and mailing address**
Johnie Watkins

3365 Poplar St

Denver, Colorado 80207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1629**

**Nonpriority creditor's name and mailing address**
Naomi Watkins

1405 S Chambers Rd Unit 101

Aurora, Colorado 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1630**

**Nonpriority creditor's name and mailing address**
Dawn Wattley

13744 E Lehigh Ave Apt F

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1631**

**Nonpriority creditor's name and mailing address**
Lashan Wattley

925 E 17th Ave

Denver, Colorado 80218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

**3.1632**

**Nonpriority creditor's name and mailing address**
Amy Weaver

24677 E Arizona Cir

Aurora, Colorado 80018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1633** **Nonpriority creditor's name and mailing address**
Jessica R. Webb

2427 N. Overland Trail

Laporte, Colorado 80535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1634** **Nonpriority creditor's name and mailing address**
Angela Webber

581 Fairfield Ct.

Grand Junction, Colorado 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1635** **Nonpriority creditor's name and mailing address**
William Weber

435 N 35th Ave Lot 101

Greeley, Colorado 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1636** **Nonpriority creditor's name and mailing address**
Kate Weber

4773 N Xenia St

Denver, Colorado 80238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1637** **Nonpriority creditor's name and mailing address**
Cynthia W. Weber

1105 S Cherry S Apt 3-302

Denver, Colorado 80246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

---

**3.1638** **Nonpriority creditor's name and mailing address**
Daniel Webster

600 W County Line Rd #8-101

Littleton, Colorado 80129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1639**

**Nonpriority creditor's name and mailing address**
Archie L. Wegner

2138 Firestone Ct

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1640**

**Nonpriority creditor's name and mailing address**
Joseph Wehrman

4844 S Taft St

Morrison, Colorado 80465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1641**

**Nonpriority creditor's name and mailing address**
Casey Welch

8812 Kent St

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1642**

**Nonpriority creditor's name and mailing address**
Brandon Wells

108 Brody Ave.

Volga, South Dakota 57071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1643**

**Nonpriority creditor's name and mailing address**
Tami Wells

4699 Kittredge St.

Denver, Colorado 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1644**

**Nonpriority creditor's name and mailing address**
Kristopher M. Wells

5340 S Huron St

Littleton, Colorado 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

**3.1645**

**Nonpriority creditor's name and mailing address**
Crystal Westlund

11801 Washington St Apt H406

Northglenn, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1646**

**Nonpriority creditor's name and mailing address**
Luke A. Whaley

1209 26th Ave Apt 102

Greeley, Colorado 80634

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1647**

**Nonpriority creditor's name and mailing address**
Trevor White

1 Alpine Ct.

Parachute, Colorado 81635

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1648**

**Nonpriority creditor's name and mailing address**
Candice White

15859 E Jamison Dr Apt 12104

Englewood, Colorado 80112

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1649**

**Nonpriority creditor's name and mailing address**
Alexis White

10333 W 80th Dr Apt D

Arvada, Colorado 80005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1650**

**Nonpriority creditor's name and mailing address**
David Whitmore

PO Box 371191

Denver, Colorado 80237

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

Debtor      Loan Stop Acquisitions LLC
            Name                                                    Case number (*if known*) 24-16031

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1651**   **Nonpriority creditor's name and mailing address**
Dennis D. Wiggins

1300 DEL MAR PARKWAY

Aurora, Colorado 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.1652**   **Nonpriority creditor's name and mailing address**
Kelly Wignall

13010 King Cir

Broomfield, Colorado 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.1653**   **Nonpriority creditor's name and mailing address**
Tony Wilhite

10700 E. Dartmouth Ave. AA107

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.1654**   **Nonpriority creditor's name and mailing address**
AISHA WILKERSON

191 S Joliet Cir #302

Aurora, Colorado 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.1655**   **Nonpriority creditor's name and mailing address**
Andrew Wilkins

147 Harvard Ave

Pueblo, Colorado 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.1656**   **Nonpriority creditor's name and mailing address**
Nathan Wilkinson

6620 McCall Dr

Longmont, Colorado 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.1657**

**Nonpriority creditor's name and mailing address**
Aresia Williams

2788 E 132ND CIRCLE

Thornton, Colorado 80241

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1658**

**Nonpriority creditor's name and mailing address**
Levar Williams

921 S Zeno Way Unit 208

Aurora, Colorado 80017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1659**

**Nonpriority creditor's name and mailing address**
Jermaine Williams

242 N. De Gaulle St.

Aurora, Colorado 80018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1660**

**Nonpriority creditor's name and mailing address**
Keyynna Williams

7111 S Wenatchee Way #F

Aurora, Colorado 80016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1661**

**Nonpriority creditor's name and mailing address**
Andrew Williams

1064 S Zeno Way Apt 103

Aurora, Colorado 80017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1662**

**Nonpriority creditor's name and mailing address**
Nicole Williams

14112 E 22nd Pl

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1663** **Nonpriority creditor's name and mailing address**
Cody Williams

2828 Orchard Ave Apt 21

Grand Junction, Colorado 81501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1664** **Nonpriority creditor's name and mailing address**
Ronald L. Williams

2525 E 104th Ave #2011

Denver, Colorado 80233

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1665** **Nonpriority creditor's name and mailing address**
Dante Williams

501 Bent Ave

Akron, Colorado 80720

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1666** **Nonpriority creditor's name and mailing address**
Shala Williams

3341 Yarrow St

Wheat Ridge, Colorado 80033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1667** **Nonpriority creditor's name and mailing address**
Cimion Williams

9987 E Alabama Dr #1314

Denver, Colorado 80247

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

**3.1668** **Nonpriority creditor's name and mailing address**
Ronneka Williams

14721 E 18th Pl

Aurora, Colorado 80011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| | | |
|---|---|---|
| 3.1669 | **Nonpriority creditor's name and mailing address** <br> Dante Williams <br><br> 19580 E 59th Ave <br><br> Aurora, Colorado 80019 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.1670 | **Nonpriority creditor's name and mailing address** <br> Kimberly K. Williams <br><br> 113 Pelican Ave <br><br> Brighton, Colorado 80601 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.1671 | **Nonpriority creditor's name and mailing address** <br> Sharon Williams <br><br> 2781 S Jasper St <br><br> Aurora, Colorado 80013 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.1672 | **Nonpriority creditor's name and mailing address** <br> Gabriel Williams <br><br> 13961 E. MARINA DRIVE #505 <br><br> Aurora, Colorado 80014 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.1673 | **Nonpriority creditor's name and mailing address** <br> Darryl Lamont Williams <br><br> 172 Kenton St #P-111 <br><br> Aurora, Colorado 80010 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |
| 3.1674 | **Nonpriority creditor's name and mailing address** <br> Stacie J. Willis <br><br> 432 S Vaughn Way <br><br> Aurora, Colorado 80012 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,223.00 |
| | **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ | | |

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1675** **Nonpriority creditor's name and mailing address**
Marcus Willis

4029 Trinidad Dr

Loveland, Colorado 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1676** **Nonpriority creditor's name and mailing address**
Adam Willison

364 Sleepy Hollow Dr

Bailey, Colorado 80421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1677** **Nonpriority creditor's name and mailing address**
Kelli L. Wilmoth

14240 E. 104th Ave. Apt 308

Commerce City, Colorado 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1678** **Nonpriority creditor's name and mailing address**
Mark Wilson

565 Arbor Dr

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1679** **Nonpriority creditor's name and mailing address**
Martha M. Wilson

9940 Phillips Rd

Lafayette, Colorado 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

**3.1680** **Nonpriority creditor's name and mailing address**
Jason S. Wilson

2238 Jewell St

Longmont, Colorado 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1681** **Nonpriority creditor's name and mailing address**
Jessica A. Wilson
363 Inverness Pkwy Apt 8-107
Englewood, Colorado 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1682** **Nonpriority creditor's name and mailing address**
Ambur R. Wilson
2415 HARPETH PL SW
Decatur, Alabama 35601

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1683** **Nonpriority creditor's name and mailing address**
Chandra Winkler
129 E 107th Pl
Denver, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1684** **Nonpriority creditor's name and mailing address**
Cinamin Wise
1900 SW Campus Dr #26-204
Auburn, Washington 98023

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1685** **Nonpriority creditor's name and mailing address**
Wayne Wise
435 32 Rd #719
Clifton, Colorado 81520

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1686** **Nonpriority creditor's name and mailing address**
Naomi Wolfe
2525 Bloomingdale Dr NE #1108
Grand Rapids, Michigan 49525

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1687** Nonpriority creditor's name and mailing address
Tiffany Wolfe

5229 Central Park Blvd

Denver, Colorado 80238

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1688** Nonpriority creditor's name and mailing address
Matthew Gregory Wolfe

11515 Adams St

Thornton, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1689** Nonpriority creditor's name and mailing address
Anna Woodhouse

914 E Broadway Rd

Tempe, Arizona 85282

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1690** Nonpriority creditor's name and mailing address
Jennifer Woods

2885 E Midway Blvd Lot 706

Denver, Colorado 80234

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1691** Nonpriority creditor's name and mailing address
Kevin Woodsmall

7875 W Glasgow Pl

Littleton, Colorado 80128

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**3.1692** Nonpriority creditor's name and mailing address
Cathrina Woodvine

1145 S. Oneida St., Apt A

Denver, Colorado 80224

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,223.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | | **Amount of claim** |
|---|---|---|

---

3.1693 **Nonpriority creditor's name and mailing address**
Stephen Worman

902 Liptrap St.

Simla, Colorado 80835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1694 **Nonpriority creditor's name and mailing address**
Jason Worysz

14045 E Princeton Pl #A

Aurora, Colorado 80014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1695 **Nonpriority creditor's name and mailing address**
Travis Woutersz

2721 N. CR 23

Bellvue, Colorado 80512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1696 **Nonpriority creditor's name and mailing address**
Trevor Wright

837 Park Ave W Apt 101

Denver, Colorado 80205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1697 **Nonpriority creditor's name and mailing address**
Gary Wright

2826 C 3/4 Rd

Grand Junction, Colorado 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1698 **Nonpriority creditor's name and mailing address**
Jennifer Wright

431 Wright St Apt 305

Denver, Colorado 80228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

| Debtor | Loan Stop Acquisitions LLC | Case number (*if known*) 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1699** Nonpriority creditor's name and mailing address
Todd Wright
3922 W 25th Ave
Denver, Colorado 80212

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1700** Nonpriority creditor's name and mailing address
Marilou C. Wullstein
11163 E 17th Ave Apt 8-103
Lakewood, Colorado 80215

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1701** Nonpriority creditor's name and mailing address
Amy Xiong
14450 E 104th Ave Apt 304
Commerce City, Colorado 80022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1702** Nonpriority creditor's name and mailing address
Ken Yamada
7218 W Canberra Street Dr
Greeley, Colorado 80634

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1703** Nonpriority creditor's name and mailing address
Fobah Yankey
20208 Randolph Pl
Denver, Colorado 80249

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

**3.1704** Nonpriority creditor's name and mailing address
Salina Yates
10924 Bellaire Way
Thornton, Colorado 80233

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ 1,223.00

| Debtor | Loan Stop Acquisitions LLC | Case number *(if known)* 24-16031 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1705**

**Nonpriority creditor's name and mailing address**
Isaiah Ybarra

323 Watson St Apt A

Aurora, Illinois 60505

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1706**

**Nonpriority creditor's name and mailing address**
Joshua Yeager

7373 W Florida Ave Apt 7E

Lakewood, Colorado 80232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1707**

**Nonpriority creditor's name and mailing address**
Joseph Yeatts

606 S Carr St

Denver, Colorado 80226

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1708**

**Nonpriority creditor's name and mailing address**
Arsina Yesiki

401 S Wheeling Way

Aurora, Colorado 80012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1709**

**Nonpriority creditor's name and mailing address**
Kadeezha Young

620 S Quivas St

Denver, Colorado 80223

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

**3.1710**

**Nonpriority creditor's name and mailing address**
Miranda Monic Yslas

8199 WELBY RD #306

Denver, Colorado 80229

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.00

---

Debtor  Loan Stop Acquisitions LLC
        Name                                                    Case number (if known) 24-16031

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.1711  **Nonpriority creditor's name and mailing address**
Eleanor I. Zamora

608 Goodrich Ave

Platteville, Colorado 80651

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1712  **Nonpriority creditor's name and mailing address**
Violet Zavala

11783 Xavier Ct

Westminster, Colorado 80031

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1713  **Nonpriority creditor's name and mailing address**
Christopher S. Zavala

1691 S Galena St #625

Aurora, Colorado 80247

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1714  **Nonpriority creditor's name and mailing address**
Michael Zenz

7257 S Long Springs Butte

Littleton, Colorado 80127

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1715  **Nonpriority creditor's name and mailing address**
Jennifer Zimmerman

101 E 88th Ave Apt G106

Thornton, Colorado 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

3.1716  **Nonpriority creditor's name and mailing address**
Susan Zwahlen

1021 Burning Bush Pt

Monument, Colorado 80132

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,223.00

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Loan Stop Acquisitions LLC | | Case number *(if known)* 24-16031 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.1717 Nonpriority creditor's name and mailing address
Max Maximiliano

522 S Meade St

Denver, Colorado 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 1,223.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Nonpriority creditor's name and mailing address
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Nonpriority creditor's name and mailing address
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Nonpriority creditor's name and mailing address
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Nonpriority creditor's name and mailing address
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Nonpriority creditor's name and mailing address
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Debtor _____

       Name

Case number *(if known)*_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____  Case number _____
        Name                              (if known)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____    Case number (if known) _____
　　　　Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. ✚ | $2,099,891.00 |
| 5c. **Total of Parts 1 and 2**<br>　　Lines 5a + 5b = 5c. | 5c. | $2,099,891.00 |