UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LOAN STOP ACQUISITIONS, LLC | ) | Case No. 24-16031 KHT |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS ATTORNEYS FOR THE TRUSTEE**

Simon E. Rodriguez, chapter 7 trustee, hereby applies to this Court for authorization to employ the law firm of Wadsworth Garber Warner Conrardy, P.C. as attorneys for the Trustee, and states as follows:

1. Loan Stop Acquisitions, LLC (the "Debtor") filed for relief under chapter 7 of the Bankruptcy Code on October 10, 2024 (the "Petition Date").

2. Simon E. Rodriguez is the duly appointed chapter 7 trustee (the "Trustee") of the Debtor's bankruptcy estate.

3. The Trustee desires to hire the law firm of Wadsworth Garber Warner Conrardy, P.C. ("WGWC") to handle general representation of the Trustee and litigation matters arising in this case and to generally assist the Trustee in the administration of this case.

4. The firm of WGWC specializes in bankruptcy litigation and is available to provide the necessary services.

5. The professionals' rates for the services referenced above are as follows:

| | |
|---|---|
| David V. Wadsworth | $500 per hour |
| Aaron A. Garber | $500 per hour |
| David J. Warner | $425 per hour |
| Aaron J. Conrardy | $425 per hour |
| Lindsay S. Riley | $325 per hour |
| Hallie S. Cooper | $225 per hour |
| Paralegals | $125 per hour |

All compensation to the professionals shall be subject to approval by the Court after additional motion and notice.

6. To the best of WGWC's knowledge, it and its employees have no connection or

conflict of interest between WGWC and the bankruptcy estate, the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except as follows: (a) David Wadsworth and David Warner serve as chapter 7 panel trustees for the Office of the United States Trustee in other matters and (b) WGWC represents the Trustee in other, unrelated cases.

7. WGWC is a disinterested person qualified to be employed under § 327(a) and F.R.B.P. 2014(a). See attached Affidavit of David V. Wadsworth.

8. The Trustee asserts that appointment of WGWC is in the best interests of the estate under § 327(d).

9. WGWC requests its employment be approved effective as of October 29, 2024, the date that WGWC first provided services to the Trustee in connection with this case.

WHEREFORE, the Trustee requests that Wadsworth Garber Warner Conrardy, P.C. be appointed to act as attorneys for the Trustee effective as of October 29, 2024, and for such other and further relief as to this Court may seem just and proper.

DATED this 29th day of October, 2024.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com

## **CERTIFICATE OF MAILING**

The undersigned certifies that on October 29, 2024, I served by electronically through CM/ECF, where indicated, or prepaid first class mail a copy of the Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Attorneys for the Trustee and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Simon E. Rodriguez
lawyercolo@aol.com

Loan Stop Acquisitions, LLC
1550 Larimer Street, Ste. 118
Denver, CO 80202

J. Seth Moore
semoore@swlaw.com


*/s/Dorelia E. Tackett*
For Wadsworth Garber Warner Conrardy, P.C.