# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LOAN STOP ACQUISITION, LLC, | )   Case No. 24-16031-KHT |
| | )   Chapter 7 |
| Debtor. | ) |

## ENTRY OF APPEARANCE

COMES NOW, James G. Anderson, P.C., and hereby enter its appearance on behalf of James G. Anderson and requests that all notices, pleadings and other documents filed in this proceeding be sent to the undersigned counsel.

October 29, 2024

James G. Anderson, P.C.

/s/ James G. Anderson
James G. Anderson #1721
12101 E. 2nd Avenue, Suite 202
Aurora, CO 80011
303-343-4504
Fax: 303-366-4078
gremly@jgandersonpc.com

## Certificate of Service

I hereby certify that on the 29th day of October, 2024, I served by electronic transmission the foregoing Entry of Appearance to:

| | | |
|---|---|---|
| Simon E. Rodriguez, Chapter 7 Trustee | US Trustee | James Seth Moore |

/s/ James G. Anderson