UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>LOAN STOP ACQUISITIONS, LLC )<br>)<br>)<br>Debtor. ) | Case No. 24-16031 KHT<br>Chapter 7 |

**STATUS REPORT**

Simon E. Rodriguez, chapter 7 trustee (the "Trustee"), through undersigned counsel, hereby provides the following Status Report informing the Court of the status of the case:

1. Pre-petition, Loan Stop Acquisitions, LLC ("Debtor") was engaged in the business of debt collection. Debtor retained James G. Anderson, P.C. as its collection lawyer.

2. In addition, pre-petition, Debtor, Mr. Anderson, his law firm, and others were named as defendants in a putative class action lawsuit filed in the City and County of Denver District Court, Case No. 2022CV33300 (the "Litigation"). Generally, the Litigation concerns the contention that the defendants' collection activities violated various statutes, including the Colorado Uniform Consumer Credit Code, the Colorado Consumer Protection Act, and the Colorado Fair Debt Collection Practices Act.

3. As a result of the bankruptcy filing, the Litigation is stayed as to the bankruptcy estate. However, the Litigation is not stayed as to the remaining defendants.

4. The bankruptcy case was filed as a result of the Litigation. Debtor's creditor matrix includes every person Debtor was able to identify who could potentially be a member of the class in the Litigation. Based on the entry at Docket No. 7 in the case, the matrix includes more than 1,200 individuals.

5. Trustee has identified two potential assets in this case: (a) funds held in escrow by Debtor's pre-petition collection lawyer James Anderson and (b) potential litigation claims against Mr. Anderson that overlap with the claims asserted in the Litigation.

6. Other issues include noticing issues given the large matrix and the possibility of a class proof of claim being filed in connection with the Litigation. Trustee has had discussions with the Clerk of the Court regarding limiting notice in the event a Notice of Possible Dividends is filed.

7. Trustee has engaged in multiple discussions with Mr. Anderson, his attorney John Palmieri, and Dan Vedra, plaintiff's attorney in the Litigation, regarding the above-described issues.

8.  A mediation is set in connection with the Litigation to be held on February 12, 2026. Although, as set forth above, the Litigation is stayed as to the estate, given the estate's interest in any resolution of the Litigation, the Trustee was invited to attend the mediation, which he will do. If the issues are not resolved at the mediation, Trustee will continue to pursue investigation and recovery of the assets described above.

DATED this 2nd day of January, 2026.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com